UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL POST-SENTENCING MINUTES

FILED
JUN 15 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: June 12, 2009

Case No. CR 96-0094 MHP          Judge: MARILYN H. PATEL

Title: UNITED STATES -v- JOHN THAT LUONG ©:
                         MADY CHAN ©:

Attorneys: Plf: Robert Rees
           Dft: William Osterhoudt, Gary Dubcoff

Deputy Clerk: Anthony Bowser/Lashanda Scott     Court Reporter: Kelly Bryce
USPO: Christina Carruba

## PROCEEDINGS

1) Status re Further Sentencing

2)

3)

## ORDERED AFTER HEARING:

Defendants present in custody; Counsel submit after further discussion re 3553(a), 924(c) factors; Defendants RE-SENTENCED as follows:

(1) **John That Luong:** Custody of BOP for:
    Cnt 1- 20 years;
    Cnt 2- 20 years, consecutive to sentence imposed on Cnt 1;
    Cnts 10, 11, 13,14, 16, 17 - 10 years as to each count,, concurrent to sentence imposed on Cnt 1 and each other;
    Cnt 12- 5 years, consecutive to sentence imposed on Cnt 1;
    Cnt 15- 20 years, consecutive to sentence imposed on Cnt 2;
    Cnt 19- 4 years, concurrent to sentence imposed on Cnt 2
    **Total Term of 65 years;** TSR remains unchanged; Fine waived; Restitution remains as previously ordered; S/A of $550; Conditions of supervised release as previously ordered, with addition of mental health treatment condition;

(13) **Mady Chan:**
        Cnt One dismissed by USCA;
        Cnt 2- 100 months;
        Cnt 4, 5, 7,10.11. 13,14 - 60 months concurrent to cnt 2/and each other;
        Cnt 6- 5 years consecutive to sentence imposed on Cnt 2;
        Cnt 12- 20 years consecutive to sentence imposed on Cnts 2,6;
        Cnt 15 - 20 years consecutive to the sentence imposed on Cnts 2, 6, 12;
        **Total Term of 640 months;** TSR remains as previously ordered; Fine waived; Restitution remains as previously ordered; S/A reduced to $550.00; Conditions of supervised release as previously ordered with addition of mental health treatment condition.