# EXHIBIT A

  

Home | Contact

California | **Bay Area** | Counties | Cities | Tracts/Blocks
Transportation | Historical Data | Maps | Links | FAQ

# San Francisco Bay Area

**Decennial Census data**
   1860-1940   |   1950-1960   |   1970-1990   |   2000-2010      More Census Bureau data here

|  | Census 2000 | | Census 2010 | | 2006-2010 ACS* | |
|---|---|---|---|---|---|---|
| **TOTAL POPULATION** | 6,783,760 | 100.0% | 7,150,739 | 100.0% | 7,002,425 | 100.0% |
|    In households | 6,640,972 | 97.9% | 7,003,059 | 97.9% | | |
|    In group quarters | 142,788 | 2.1% | 147,680 | 2.1% | | |
| | | | | | | |
| **RACE** | | | | | | |
|    White | 3,941,687 | 58.1% | 3,755,823 | 52.5% | | |
|    Black or African American | 511,084 | 7.5% | 481,361 | 6.7% | | |
|    American Indian and Alaska Native | 43,529 | 0.6% | 48,493 | 0.7% | | |
|    Asian | 1,289,849 | 19.0% | 1,664,384 | 23.3% | | |
|    Native Hawaiian and Other Pacific Islander | 36,317 | 0.5% | 44,386 | 0.6% | | |
|    Some other race | 627,004 | 9.2% | 770,820 | 10.8% | | |
|    Two or more races | 334,290 | 4.9% | 385,472 | 5.4% | | |
| | | | | | | |
| **HISPANIC OR LATINO AND RACE** | | | | | | |
|    Hispanic or Latino (of any race) | 1,315,175 | 19.4% | 1,681,800 | 23.5% | | |
|    Not Hispanic or Latino | 5,468,585 | 80.6% | 5,468,939 | 76.5% | | |
|       White | 3,392,204 | 50.0% | 3,032,903 | 42.4% | | |
|       Black or African American | 497,205 | 7.3% | 460,178 | 6.4% | | |
|       American Indian and Alaska Native | 24,733 | 0.4% | 20,691 | 0.3% | | |
|       Asian | 1,278,515 | 18.8% | 1,645,872 | 23.0% | | |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Native Hawaiian and Other Pacific Islander | 33,640 | 0.5% | 41,003 | 0.6% | | |
| Some other race | 18,451 | 0.3% | 20,024 | 0.3% | | |
| Two or more races | 223,837 | 3.3% | 248,268 | 3.5% | | |

**SEX**

| | | | | |
|---|---:|---:|---:|---:|
| Male | 3,379,089 | 49.8% | 3,543,908 | 49.6% |
| Female | 3,404,671 | 50.2% | 3,606,831 | 50.4% |

**AGE**

| | | | | |
|---|---:|---:|---:|---:|
| Under 5 years | 438,271 | 6.5% | 447,811 | 6.3% |
| 5 to 17 years | 1,163,587 | 17.1% | 1,141,862 | 16.0% |
| 18 to 64 years | 4,424,395 | 65.2% | 4,682,837 | 65.5% |
| 65 years and over | 757,507 | 11.2% | 878,229 | 12.3% |
| Median age | 36.6 | X | | |

**HOUSEHOLDS**

| | | | | |
|---|---:|---:|---:|---:|
| Total households | 2,466,019 | 100.0% | 2,608,023 | 100.0% |
| Family households | 1,594,470 | 64.7% | 1,685,972 | 64.6% |
| Families with children under 18 | 772,586 | 31.3% | 784,045 | 30.1% |
| Average household size | 2.69 | X | | |
| Average family size | 3.28 | X | | |

**HOUSING OCCUPANCY**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Total housing units | 2,552,402 | 100.0% | 2,785,948 | 100.0% | 2,762,364 | 100.0% |
| Occupied housing units | 2,466,019 | 96.6% | 2,608,023 | 93.6% | 2,563,524 | 92.8% |
| Owner-occupied housing units | 1,423,958 | 57.7% | 1,465,362 | 56.2% | 1,488,610 | 58.1% |
| Renter-occupied housing units | 1,042,061 | 42.3% | 1,142,661 | 43.8% | 1,074,914 | 41.9% |
| Vacant housing units | 86,383 | 3.4% | 177,925 | 6.4% | 198,840 | 7.2% |
| 1 unit, detached housing | 1,376,911 | 53.9% | | | 1,482,618 | 53.7% |
| Median value owner occupied unit (dollars) | 353,500 | X | | | 637,000** | X |
| Median gross rent (dollars) | 968 | X | | | 1,305** | X |

**PLACE OF BIRTH BY CITIZENSHIP STATUS**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Native | 4,927,958 | 72.6% | 4,904,094 | 70.0% |
| Foreign born | 1,855,802 | 27.4% | 2,098,331 | 30.0% |
|   Naturalized citizen | 845,101 | 12.5% | 1,086,643 | 15.5% |
|   Not a citizen | 1,010,701 | 14.9% | 1,011,688 | 14.4% |

**INCOME AND POVERTY IN 1999**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Median household income (dollars) | 62,024 | X | 75,989** | X |
| Median family income (dollars) | 71,333 | X | 90,220** | X |
| Per capita income (dollars) | 30,934 | X | 38,294** | X |
| Individuals in poverty | 573,333 | 8.6% | 668,876 | 9.7% |

**EDUCATIONAL ATTAINMENT**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Population 25 and over | 4,599,189 | 100.0% | 4,801,282 | 100.0% |
|   High school graduate | 813,743 | 17.7% |  | 18.3%** |
|   Bachelor's degree | 1,068,649 | 23.2% |  | 25.2%** |
|   Graduate or professional degree | 649,767 | 14.1% |  | 16.3%** |

**COMMUTING TO WORK**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Mean travel time to work (minutes) | 29.4 | X | 27.3** | X |

**MEANS OF TRANSPORTATION TO WORK FOR WORKERS 16 YEARS AND OVER**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Total | 3,306,051 | 100.0% | 3,363,635 | 100.0% |
| Car, truck, or van: | 2,674,595 | 80.9% | 2,627,921 | 78.1% |
|   Drove alone | 2,248,095 | 68.0% | 2,268,065 | 67.4% |
|   Carpooled | 426,500 | 12.9% | 359,856 | 10.7% |
| Public transportation (Census 2000 includes taxicabs, ACS excludes them) | 321,053 | 9.7% | 338,788 | 10.1% |
|   Bus or trolley bus | 178,913 | 5.4% | 184,220 | 5.5% |
|   Streetcar or trolley car | 14,260 | 0.4% | 13,837 | 0.4% |

| | | | | |
|---|---:|---:|---:|---:|
| Subway or elevated | 98,717 | 3.0% | 109,892 | 3.3% |
| Railroad | 20,087 | 0.6% | 26,254 | 0.8% |
| Ferryboat | 5,772 | 0.2% | 4,585 | 0.1% |
| Taxicab | 3,304 | 0.1% | 2,730 | 0.1% |
| Motorcycle | 11,885 | 0.4% | 12,662 | 0.4% |
| Bicycle | 36,003 | 1.1% | 47,227 | 1.4% |
| Walked | 106,063 | 3.2% | 120,008 | 3.6% |
| Other means | 23,717 | 0.7% | 32,044 | 1.0% |
| Worked at home | 132,735 | 4.0% | 182,255 | 5.4% |

**LABOR AND EMPLOYMENT BY OCCUPATION**

| | | | | |
|---|---:|---:|---:|---:|
| Employed civilian population 16 years and over | 3,366,503 | 100.0% | 3,456,405 | 100.0% |
| Management, professional and related | 1,470,597 | 43.7% | 1,537,074 | 44.5% |
| Service | 430,965 | 12.8% | 547,977 | 15.9% |
| Sales and office | 863,193 | 25.6% | 819,359 | 23.7% |
| Farming, fishing & forestry | 14,107 | 0.4% | Included in following category | |
| Construction, extraction, and maintenance | 248,501 | 7.4% | 265,244 | 7.7% |
| Production, transportation, and material moving | 339,140 | 10.1% | 286,751 | 8.3% |

**CLASS OF WORKER**

| | | | | |
|---|---:|---:|---:|---:|
| Self-employed workers | 273,008 | 8.1% | 300,907 | 8.7% |

The Bay Area consists of nine counties: Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, Santa Clara, Solano and Sonoma. The Bay Area data shown are totals for the nine counties.

**Source:** Census 2000 SF1, SF3, DP1-DP4, Census 2010 DP-1, American Community Survey 2006-2010

\* Go to tables in American Factfinder to view information on methodology and margins of error

\*\* Median values are taken from data for the San Jose-San Francisco-Oakland, CA CSA which includes the nine counties of the Bay Area plus Santa Cruz County and San Benito County.

**Decennial Census data**
   1860-1940  |  1950-1960  |  1970-1990  |  2000-2010

Counties in San Francisco Bay Area:
Alameda     Contra Costa     Marin     Napa     San Francisco     San Mateo     Santa Clara     Solano     Sonoma

Top

---

California  |  Bay Area  |  Counties  |  Cities  |  Tracts/Blocks  |  Transportation

Historical Data  |  Maps  |  Links  |  FAQ  |  Home  |  Contact  |  MTC  |  ABAG

MTC-ABAG Library, 101 Eighth St., Oakland, CA 94607
510-817-5836, library@mtc.ca.gov