# EXHIBIT B

  

Home | Contact

California | Bay Area | Counties | Cities | Tracts/Blocks

Transportation | Historical Data | Maps | Links | FAQ

## San Francisco Bay Area

**Decennial Census data**
   1860-1940  |  1950-1960  |  1970-1990  |  2000-2010

| 1970 Census | | | 1980 Census | | | 1990 Census | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL POPULATION | 4,628,199 | 100.0% | TOTAL POPULATION | 5,179,784 | 100.0% | TOTAL POPULATION | 6,023,577 | 100.0% |
| **RACE** | | | **RACE** | | | **RACE** | | |
| White | 3,998,436 | 86.4% | White | 3,940,084 | 76.1% | White | 4,147,971 | 68.9% |
| Negro | 367,477 | 7.9% | Black | 466,274 | 9.0% | Black | 533,188 | 8.9% |
| Indian | 18,945 | 0.4% | American Indian, Eskimo, and Aleut | 37,187 | 0.7% | American Indian, Eskimo, or Aleut | 39,035 | 0.6% |
| | | | Eskimo | 551 | 0.0% | Eskimo | 561 | 0.0% |
| | | | Aleut | 178 | 0.0% | Aleut | 683 | 0.0% |
| | | | Asian and Pacific Islander | 462,890 | 8.9% | Asian or Pacific Islander | 919,279 | 15.3% |
| | | | | | | Asian | 887,895 | 14.7% |
| Japanese | 51,228 | 1.1% | Japanese | 66,741 | 1.3% | Japanese | 79,177 | 1.3% |
| Chinese | 97,466 | 2.1% | Chinese | 169,016 | 3.3% | Chinese | 330,489 | 5.5% |
| Filipino | 54,730 | 1.2% | Filipino | 137,863 | 2.7% | Filipino | 257,947 | 4.3% |
| | | | Korean | 18,632 | 0.4% | Korean | 41,163 | 0.7% |
| | | | Asian Indian | 19,011 | 0.4% | Asian Indian | 49,960 | 0.8% |
| | | | Vietnamese | 22,125 | 0.4% | Vietnamese | 84,662 | 1.4% |
| | | | | | | Cambodian | 11,483 | 0.2% |
| | | | | | | Hmong | 68 | 0.0% |
| | | | | | | Laotian | 10,478 | 0.2% |
| | | | | | | Thai | 3,730 | 0.1% |
| | | | | | | Other Asian | 18,738 | 0.3% |
| | | | | | | Pacific Islander | 31,384 | 0.5% |
| | | | | | | Polynesian | 21,154 | 0.4% |
| | | | Hawaiian | 7,680 | 0.1% | Hawaiian | 9,913 | 0.2% |
| | | | Samoan | 4,557 | 0.1% | Samoan | 7,578 | 0.1% |
| | | | | | | Tongan | 3,291 | 0.1% |
| | | | | | | Other Polynesian | 372 | 0.0% |
| | | | Guamanian | 6,098 | 0.1% | Micronesian -- Guamanian | 6,458 | 0.1% |
| | | | | | | Micronesian -- Other | 248 | 0.0% |
| | | | | | | Melanesian | 2,709 | 0.0% |
| | | | Other Asian and | | | Pacific Islander | | |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Pacific Islander | 11,167 | 0.2% | Not Specified | 815 | 0.0% |
| All other | 39,917 | 0.9% | Race, n.e.c. | 273,349 | 5.3% | Other Race | 384,104 | 6.4% |
| **PERSONS OF SPANISH ORIGIN OR DESCENT** | 380,947 | 8.2% | **SPANISH ORIGIN** | 632,650 | 12.2% | **TOTAL HISPANIC** | 899,243 | 14.9% |
| **SEX** |  |  | **SEX** |  |  | **SEX** |  |  |
| Male | 2,270,978 | 49.1% | Male | 2,546,058 | 49.2% | Male | 2,999,489 | 49.8% |
| Female | 2,357,221 | 50.9% | Female | 2,633,726 | 50.8% | Female | 3,024,088 | 50.2% |
| **AGE** |  |  | **AGE** |  |  | **AGE** |  |  |
| Under 5 years | 366,571 | 7.9% | Under 5 years | 326,137 | 6.3% | Under 5 years | 425,086 | 7.1% |
| 5 to 19 years | 1,271,028 | 27.5% | 5 to 19 years | 1,147,194 | 22.1% | 5 to 17 years | 958,435 | 15.9% |
| 20 to 64 years | 2,582,775 | 55.8% | 20 to 64 years | 3,176,988 | 61.3% | 18 to 64 years | 3,976,156 | 66.0% |
| 65 years and over | 407,824 | 8.8% | 65 years and over | 529,465 | 10.2% | 65 years and over | 663,900 | 11.0% |
|  |  |  | Median age | 31.3 | X | Median age | 33.7 | X |
| **HOUSEHOLDS** |  |  | **HOUSEHOLDS** |  |  | **HOUSEHOLDS** |  |  |
| Head of household | 1,552,801 | 100.0% | Total households | 1,973,880 | 100.0% | Households | 2,250,975 | 100.0% |
| Families | 1,153,403 | 74.3% | Families | 1,301,142 | 65.9% | Total families | 1,474,257 | 65.5% |
| With own children under 18 years | 634,138 | 40.8% | With own children under 18 years | 656,418 | 33.3% | With own children under 18 years | 739,329 | 32.8% |
|  |  |  | Persons per household | 2.56 | X | Persons per household | 2.61 | X |
|  |  |  | Persons per family | 3.17 | X | Persons per family | 3.18 | X |
|  |  |  | **INCOME AND POVERTY IN 1979** |  |  | **INCOME AND POVERTY IN 1989** |  |  |
|  |  |  | Median household income | 20,607 | X | Median household income | 41,595 | X |
|  |  |  | Median family income | 24,731 | X | Median family income | 48,532 | X |
|  |  |  | Per capita income | 9,368 | X | Per capita income | 19,716 | X |
|  |  |  | Below poverty level |  | 9.1% | Below poverty level |  | 9.3% |
|  |  |  | **COMMUTING TO WORK** |  |  | **COMMUTING TO WORK** |  |  |
|  |  |  | Mean travel time to work (minutes) | 24.3 | X | Mean minutes traveled to work | 25.6 | X |
|  |  |  | Mean travel time to work for workers traveling 45 or more minutes | 57.4 | X |  |  |  |
|  |  |  | **MEANS OF TRANSPORTATION TO WORK** |  |  | **MEANS OF TRANSPORTATION TO WORK** |  |  |

|  |  |  |  |  |  |
|---|---:|---:|---|---:|---:|
| Workers 16 years and over | 2,481,314 | 100.0% | Workers 16 years and over | 3,085,634 | 100.0% |
| Private vehicle | 1,963,376 | 79.1% | Car, truck, or van | 2,504,389 | 81.2% |
| Drive alone car | 1,357,858 | 54.7% | Drove alone | 2,104,716 | 68.2% |
| Drive alone truck or van | 200,791 | 8.1% |  |  |  |
| Carpool car | 349,081 | 14.1% | Carpooled | 399,673 | 13.0% |
| Carpool truck or van | 55,646 | 2.2% |  |  |  |
| Public transportation | 283,277 | 11.4% | Public transportation | 293,581 | 9.5% |
| Bus or streetcar | 228,324 | 9.2% | Bus or trolley bus | 182,991 | 5.9% |
|  |  |  | Streetcar or trolley car | 13,771 | 0.4% |
| Subway or elevated train | 38,438 | 1.5% | Subway or elevated | 75,887 | 2.5% |
| Railroad | 14,606 | 0.6% | Railroad | 14,381 | 0.5% |
|  |  |  | Ferryboat | 4,034 | 0.1% |
| Taxicab | 1,909 | 0.1% | Taxicab | 2,517 | 0.1% |
| Motorcycle | 22,887 | 0.9% | Motorcycle | 16,826 | 0.5% |
| Bicycle | 31,029 | 1.3% | Bicycle | 32,473 | 1.1% |
| Walked only | 109,007 | 4.4% | Walked | 111,968 | 3.6% |
| Other means | 23,971 | 1.0% | Other means | 20,311 | 0.7% |
| Worked at home | 47,767 | 1.9% | Working at home | 106,086 | 3.4% |

| **CIVILIAN LABOR FORCE** |  |  | **CIVILIAN LABOR FORCE** |  |  | **CIVILIAN LABOR FORCE** |  |  |
|---|---:|---:|---|---:|---:|---|---:|---:|
| Employed | 1,823,357 | 100.0% | Employed | 2,517,311 | 100.0% | Employed | 3,111,783 | 100.0% |

**Source:** 1970 Census, 1980 Census, 1990 Census

**Decennial Census data**
   1860-1940   |   1950-1960   |   1970-1990   |   2000-2010

Top

California   |   Bay Area   |   Counties   |   Cities   |   Tracts/Blocks   |   Transportation

Historical Data   |   Maps   |   Links   |   FAQ   |   Home   |   Contact   |   MTC   |   ABAG

MTC-ABAG Library, 101 Eighth St., Oakland, CA 94607
510-817-5836, library@mtc.ca.gov