# EXHIBIT D

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    7-27-98

On July 17, 1998, Chhayarith RETH (protect identity) was interviewed by Special Agents Timothy Doran and Nelson Low, San Francisco FBI, at Santa Rita Jail, Alameda County Sheriffs' Office, Pleasanton, CA. Assistant United States Attorney (AUSA) Elizabeth Lee, San Francisco US Attorney Office and John Runfola, representing Chhayarith RETH (protect identity), were also present during the interview.

Before beginning the interview of RETH (protect identity), AUSA Lee discussed the terms under which the statement would be made. A written agreement was reached which was signed by the parties.

Reth advised of the following information:

Reth stated that he worked with the "foundation" and was familiar with the activities committed by and/or on behalf of the "foundation". Reth advised that the "foundation" originally consisted of individuals to include Mady, Kevin, Donovan, and Andy. These individuals initially collaborated together in the commission of burglaries of computer companies in the San Jose and Fremont areas. Later, armed takeover robberies were committed at computer computers resulting in significant financial gains for "foundation" members and associates.

Reth provided cursory information concerning the following burglaries and robberies:

Burglary - Micro Distribution

Participants in the burglary of Micro Distribution included Mady, Donovan, Kevin, and Kevin's brother.

Burglary - BJS

Nam Pham was one of the participants in the burglary of BJS. Pham had an understanding or knowledge of security/alarm systems.

**97,225**

| | | | |
|---|---|---|---|
| Investigation on | 7-17-98 | at | Pleasanton, CA |
| File # | 281E-SF-111963 | Date dictated | 7-27-98 |
| by | SAs Timothy Doran and Nelson Low | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith Reth_____ , On _7-17-98_ , Page ___2___

1994 Robbery - Teg Micro

Mady, Kevin, Donovan, Reth and others were involved in the robbery of Teg Micro.  Reth advised that Mady and Kevin collaborated with someone who worked at Teg Micro who provided inside information about the company.  Reth also advised that prior to the execution of the robbery, he was told that $20,000 cash would be in a safe at the company which was slated to be "payoff" money to Mady and Kevin for robbing the business.  Reth advised that he found the company safe and took the $20,000 during the robbery.

Reth advised that he believed that the Teg Micro robbery was an "insurance fraud" robbery.

1994 Robbery - Golden _____ , Fremont, CA (near a McDonald's Restaurant)

In the course of robbing this business, Reth advised that he took a Honda sedan belonging to a female after the robbery because Kevin, who was driving Donovan's RX-7, failed to pick up Charlie when it was time to leave the crime scene. Subsequently, Reth and the other participants in this robbery met at Mady and Donovan's apartment in Pleasanton, CA.  Reth had driven the stolen car to the apartment and parked same in the apartment parking lot.  Mady, not wanting the stolen car to be associated with the apartment, had the vehicle moved to a shopping center parking lot where it was abandoned there.  Reth advised that an individual known as Hong (phonetic), Vietnamese male, 16 - 17 years old, drove the vehicle to the shopping center parking lot.

Reth advised that Mady and Donovan's apartment can be located because the Pleasanton Police questioned Mady concerning an accidental gun discharge incident which happened in the apartment.  Reth advised that during this incident, Benji was playing with a gun when the gun was discharged accidentally.  A neighbor called the police because the bullet had penetrated the wall(s) and lodged in the neighbor's apartment.  Reth advised that investigating officers questioned Mady who made a statement concerning the incident.

97,226

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith Reth_____ , On __7-17-98___ , Page ___3___

Robbery - Aristocrat

Reth advised that four Cambodians assisted him in the robbery of Aristocrat.

Reth also advised "foundation" members Mady and Donovan opened a business known as Challenger Computer using an individual known as Ron Chan to help run day to day operations. Reth advised that Andy supplied computer equipment to Challenger Computer to give the appearance of a legitimate business. Reth advised that the business regularly received stolen property comprising of mostly computer components and related equipment.

At the conclusion of the interview, Reth advised that he believed that he was involved with approximately 12 - 14 robberies. Additional details concerning Reth's knowledge of the "foundation" and his involvement in robberies will be obtained subject to Reth and his attorney(s) concurrence to further interview(s).

97,227

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    4/8/99

On April 3, 1999, Chhayarith Reth, also known as
Charlie, date of birth, February 27, 1967, was interviewed at
███████████████ Present during the interview was
Reth's attorney's Dean D. Paik and Manish S. Shah and Federal
Bureau of Investigation (FBI) Special Agents (SAs) Stephen C.
Laycock and Nelson Low, San Francisco Division.  After being
advised of the identities of the interviewing agents and the
purpose of the interview, Reth and his attorney's was given a
proffer letter which both Reth and Reth's attorney, Paik,
signed.  Reth then provided the following information:

Reth stated that he met Mady, Donovan, and Kevin Liu
around 1992 or 1993 when Mady worked as a hair cutter.  Reth, at
that time, was working as a teacher's aid.  Reth frequently shot
pool at "Naughty Nap" where he would run into Mady shooting pool
and gambling.  Reth saw Mady hanging out with a group of
Vietnamese guys.

Reth heard from some of the Vietnamese guys that Mady
was involved in the burglary of Micro Distribution.  During this
period, Reth saw Mady change from average dress to wearing nice
clothes and driving nice cars.

Reth identified Mady's group as consisting of: Sophat
Laem, Ducktail, and Rainman.  Reth stated that Rainman owned a
green Legend that at one time had been chased from Stockton to
Sacramento by the police.  Rainman abandoned his car after the
chase and was eventually arrested when he called the police to
report his car missing.

Reth knew a guy named Benji whom Reth knew was from San
Francisco.  Reth described Benji as a "crack head".  Benji also
had a group which consisted of Hang, and Duc.

Reth indicated that Duc had a confrontation with
"Catfish's" group at the Naughty Nap where Duc shot a member of
"Catfish's" group in the neck.  Reth believed that the person may
have died from the shooting.

---

Investigation on   4/3/99     at Oakland, CA

File # 281E-SF-111963/ 281E-SF-120693    Date dictated   4/8/99

      SA Nelson Low
by   SA Stephen C. Laycock:cc1                           **97,233**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ , On _4/3/99_____ , Page ___2___

       Challenger Computer International (CCI):  Ronald Chan
and Mady Chan opened CCI and later planned to have their own
store robbed to make money on the reported stolen computer parts
as well as the insurance money.  Mady eventually lost trust in
Ronald because Mady wanted their business robbed but Ronald would
never set it up.  Mady recruited a technician from Delta College
and hired him to work at CCI.  CCI was eventually robbed by
people hired by Mady for the insurance money.  Andy Chu was the
buyer of the product that was taken in the robbery.

       Ronald had an apartment in Riverbanks in Stockton.
Ronald was in the real estate business, had a Stockton apartment
at "Riverbanks", and had a contact for apartments.

       PC TEN:  Andy Chu owned PC TEN which located on Davis
Street in San Leandro at the Westgate shopping center.  PC TEN
was a set up robbery agreed to by Andy Chu for insurance money.
Andy asked Mady to organize the robbery.  Reth, Benji and Hang
were the inside crew for the robbery while Donovan, Mady, and
Kevin were lookouts during the robbery.  Andy was not at PC TEN
when the robbery occurred; however, there were three employees
present during the robbery.  Reth described one of the employees
as Indian.

       Reth advised that the employees that were present did
not know that the robbery was set up by Andy Chu.  During the
robbery, one employee began laughing during the robbery because
Benji was laughing.  Reth advised that Benji was laughing
because it was an easy set up robbery.  When Chu showed up,
Donovan approached Chu outside of the business and advised him
that the robbery was taking place.  Chu drove off until the
robbery was over.  Reth and Benji carried guns during the robbery
which were provided by Mady.  They used duct tape to secure the
employees.

       During the robbery, Benji could not open a cabinet
inside the business.  Mady then entered the store and helped
Benji open the cabinet.  Mady covered his face while inside so
the employees would not recognize him.

       Andy Chu arrived at PC TEN while the robbery was in
progress.  Donovan approached Chu outside of the business and

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth___ , On 4/3/99 . Page 3

advised him that the robbery was taking place. Chu drove off until the robbery was over. Reth indicated that Chu did not know that Mady had orchestrated the robbery at this moment because there had been so many delays caused by Chu that Mady decided to do the robbery without telling Chu.

Reth advised that the crew was only able to take ten or fifteen computer monitors from PC TEN which were taken directly to CCI. Reth indicated that Chu had already removed some of the property prior to the robbery and moved it to CCI.

Prior to the PC TEN robbery, Reth met at Jimmy's house in Stockton tor instructions on how the robbery was to take place. Reth then picked up Benji and Hang and drove to the robbery. Benji and Hang had obtained a truck to use in the robbery. Mady provided a gun for Benji for the robbery. Reth recalled that "Rainman" was also present during the PC TEN robbery. During this time, Mady owned a red Toyota pick up with a stolen cap on the back.

Reth advised that he was not paid for doing this robbery (PC TEN).

Reth also advised that Chu was involved with the purchase of the product taken during the Comtrade robbery and shipped same to another buyer in Miami, Florida. Reth added that Chu was slow in paying the crews after robberies. Chu's computer company was drawing approximately $5,000 per week making it difficult for Chu to pay Reth and the other crew members promptly after robberies.

Additionally, Chu gave robbery targets to Mady and Donovan and Mady and Donovan would provide the guns for the robberies.

"Am Sung" (phonetic): Reth stated that "Am Sung" (phonetic) provided guns to Jimmy and Jimmy provided the guns to Mady and Mady would give out the guns to the crew members. Reth indicated that Mady also had a bullet proof vest. Reth stated that "Am Sung" controlled a Vietnamese group in Stockton.

Reth stated that Wingman, who Reth said is Sophat Laem,

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ , On _4/3/99_ , Page ___4___

and Rainman had done robberies for Mady before Reth got involved. Ducktail's group, from San Francisco, got busted for a robbery of UPS.

Attempted jewelry store robbery: Reth stated that this attempted jewelry store robbery occurred in Arcadia, CA prior to the PC TEN robbery. The crew included Reth, Mady, Donovan, Ben, Benji, Hang, Bun and Dob. Dob owns a computer store located behind the International Club in Southern California. The crew stayed at the Holiday Inn. The robbery was to start as a home invasion at the jewelry store owner's house where they would get the owner and take him back to the jewelry store and then rob it. Reth indicated that the robbery did not go as planned. Reth used his former girlfriend's car for the robbery. Reth identified the girlfriend as Melissa who worked at the Cache Creek Casino. Reth advised that Melissa's true name is Muang Chong Saephan.

The crew went directly to the jewelry store. Reth entered the front door first while Hang and Benji entered through the back. Hang and Benji tied up the employees with duct tape. When Bun entered, he took some diamond rings but could not locate a specific diamond which they wanted to steal.

Reth recalled that Bun began sexually assaulting a female employee during the robbery. Bun searched her body and then had her remove her clothing after which he groped her.

Benji had parked the car on the sidewalk near the jewelry store. When he and others exited the store and began running toward the car, a police cruiser noticed them running toward the car and stopped at the car. Reth exited out through the rear of the store when he saw the police car. Reth jumped a wall behind the jewelry store and went to a Kentucky Fried Chicken where he asked a customer for a ride. The customer gave Reth a ride; however, when the car was stopped at a red light, a police officer who had seen Reth walking from behind the jewelry store spotted Reth in the car. The signal light changed before the officer could approach the car; Reth was able to elude the police and avoided arrest.

Bob at Excel: Reth indicated that he dealt with a man named Bob who owned Excel Computers in Sacramento. Bob gave Reth

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ , On _4/3/99_ , Page ___5___

names computer chip companies to rob. Smart Computers, Micro
Distribution, and Alpha Systems were among the companies provided
to Reth by Bob. Smart Computers was on the list and the crew was
going to rob it but the robbery never took place.

Micro Distribution was given as a robbery target but
Vanthien and Ding Dong (Dung Nguyen) had already robbed it. Reth
advised that Vanthien called Reth, who at the time was at Peter's
house, while he .(Vanthien) was robbing Micro Distribution. Reth
indicated that Vanthien called Reth to advise Reth how the
robbery was going.

Bob also gave Reth Alpha Systems as a target and Mady
confirmed the location.

Reth stated that Bob bought computer chips after
robberies to include: Micro Distribution, Valtrix, PC Team, CMC,
as well as from places that Vanthien robbed. Reth stated that Bob
bought approximately $60,000 worth of computer chips from the
Micro Distribution robbery; $15,000 - $20,000 from the Valtrix
robbery; $20,000 -$25,000 from the PC Team robbery; and $30,000
from the CMC robbery. Bob would sometimes pick up the product
from Reth's residence; Reth delivered the product to Bob's
computer business, Excel, most of the time. Reth noted that Bob
always paid cash for the product. Additionally, Reth advised
that Reth's former girlfriend, Melissa,(identified above) was
sometimes present when Reth provided Bob with product.

Reth's pager number and cell phones; Kim (Kim Ngo):
Reth advised that a pager number that he used in the past
includes 209/547-6294 with service provided in his friend's name,
Bora (phonetic). Reth advised that he dated a girl, Kim, from
Los Angeles for a couple months and during this time Kim
purchased two cellular phones for him. One phone was portable
and the other was a car phone for his Lexus. Reth described Kim
as a USC student and a roommate of Mark's girlfriend. (Reth
identified a photograph of Kim Ngo, #1166, as Kim.) Reth advised
that the phones were purchased in Los Angeles and had Los Angeles
phone numbers. Reth advised that the Lexus that he owned was in
his dad's name.

Reth specifically recalled that Kim drove him to and
from the Zenon and Maximus robberies. Reth advised that he paid

**97,237**

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ . On _4/3/99___ . Page __6__

Kim for helping in the robberies and she was paid as much as $10,000 on one occasion. Reth advised that Kim was caught with several thousand dollars, possibly $10,000, when the police busted a night club in Los Angeles area.

Additionally, Reth stated that Kim would sometimes drive him to and from robbery locations in the Los Angeles area. Kim, at Reth's request, took a $300 or $500 cash advance on her credit card to give to Phim Phay John so Phim Phay John could purchase a gun.

Aristocrat, Data Pro, and Piiceon robberies: Reth indicated that there was a Cambodian gangster, Ah Shoung (phonetic), who was involved in three computer chip robberies - Aristocrat, Data Pro, and Piiceon computer companies. Reth described Ah Shoung as sponsoring three movie actresses, and lived in a duplex with a member of Ah Shoung's crew, identified as "Reth" (different from interviewee). Reth indicated that a third member of Ah Shoung's crew was "Ton", a Cambodian male from Modesto whose brother was a Modesto police officer.

Reth, along with Freeman and Minh participated in the Piiceon robbery which was ordered by "John" (John Luong). As the participants executed the robbery, the crew had to use bolt cutters to cut the cage at Piiceon because there were no employees at the company when they proceeded with the robbery. They waited for the owner to arrive but did not arrive soon enough. The crew stayed at a Pleasanton, CA Motel 8 at some point around the time of the robbery.

Reth indicated that while he was in custody in the Santa Clara case, Ah Shoung and the rest of his crew committed a home invasion robbery in Modesto where five crew members were arrested by the Modesto Police. Reth indicated that the crew entered a home and took the family hostage. The father owned his own company and the purpose of the home invasion was to get information on the owners company to proceed with the robbery of the company. Someone tipped the police resulting in the police's response to the residence. The daughter of the father, an eleven year old, was supposed to go out to the police and tell the police that everything was okay and that the people inside were friends. However, when the girl went but to the police, she told

97,238

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ , On _4/3/99_____ , Page __7__

them that they were being robbed. The crew was arrested by the
police.

           Reth indicated that the case did not go to trial
because "Ton", described above, threatened the witnesses which
caused them to leave town. The case was dismissed.


           Steven, Oakland "dai lo": Reth advised that Steven is
a "dai lo", in Oakland's Chinatown. Steven reportedly used to
extort a bakery located on Webster Street in Oakland Chinatown.
Steven speaks Cantonese and Mandarin. One of Steven's followers
was identified as "Freeman" who participated in the Piiceon
robbery and carried a gun during the robbery. Reth advised that
Freeman also participated in the Hokkins robbery.


           Donovan, Mady, and Nam Pham: Donovan, Mady, and Andy
Chu (see PC Ten) were the original group involved with burglaries
and robberies of computer businesses. Donovan was the enforcer,
the guy who talked tough, and Mady was the finesse guy. Both
Donovan and Mady worked closely Andy Chu who was a buyer of
stolen property taken in burglaries and robberies.

           Reth did not like Donovan because Donovan once put a
gun to Reth's head. Reth advised that the incident occurred
because Reth had broken Donovan's car windshield.

           Both Donovan and Mady were involved in the robbery of
Micro Distribution. Nam Pham, who burglarized BJS Computer
Company, knows Donovan and Mady well. Nam Pham bought the
product from the Piiceon robbery from John (Luong).

           Donovan and Mady have both been known to use cocaine.
Donovan has a girlfriend who lives in Sacramento.

           Jay: Jay, a Cambodian male, who was part of the
robbery crew, wanted to start a credit card scheme and cloning
cellular phones. Jay stole credit cards and bought computer
equipment for CCI. Jay also manufactured counterfeit checks to
help support the robbery crew.

                                                    97,239

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ . On _4/3/99_____ . Page ___8___

      Miscellaneous: Donovan purchased a restaurant on Charter Way in Stockton, CA using proceeds from the sale of stolen merchandise taken in the Micro Distribution burglary. Donovan also bought a 3000 GT for his girlfriend and a Nissan for his mother from the proceeds of the Micro Distribution burglary. Donovan's girlfriend lives in the Sacramento area.

      A robbery attempt was made of a shark fin business in San Francisco.

      Mady organized the robbery and provided the crew for the PC Team robbery in Fremont, CA. The crew consisted of "Froggy", Ah Thi, "Cartoon", and a Mexican guy who lived on Manchester in Stockton, CA. Cartoon was later arrested in a bank robbery.

      Donovan and Mady rented an apartment in Pleasanton, CA. The robbery crews stayed in the Pleasanton apartment before some of the robberies. One evening, while at the apartment, Benji accidentally discharged a Berretta firearm into the wall. The police responded to the incident and made a report regarding the shooting.

      Mady has a second wife, Jillian, who was given a black Legend from Mady. Mady later gave Jillian a Mercedes. Additionally, Reth advised that Mady gave Jillian $200,000 cash after the Centon robbery. Jillian was believed to have used the money to help finance an import/export business with which she was involved.

      Reth recalled an occasion in which he went to the Sacramento Airport to pick up John (John Chu). Reth was in a second car and was used as security because John (John Chu) was arriving with $400,000 cash in a suitcase. Reth added that he was often used as a driver for Mady.

      Mike (Mike Chiang) purchased computer chips after the Centon robbery.

      Mady used to work at Micro Land, a computer business in San Jose. Donovan decided to rob Micro Land after Mady quit working there. Something went wrong during the robbery and the

**97,240**

FD-302a (Rev. 10-6-95)

281E-SF-111963; 281E-SF-120693

Continuation of FD-302 of ___Chhayarith Reth_____ . On 4/3/99_____ . Page ___9___

owner of the company believed that Mady set up the robbery attempt.

Mady's father-in-law owns a business known as Vinh Phat (phonetic). Mady's family purchased homes together on a cul-de-sac with money he obtained from the proceeds of computer chips and product taken in computer chip burglaries and robberies.

Reth stated that there was a car dealership called T and G (T and G Autos) where the Chinese owner sold cars at a discount price to select buyers. Rainman bought a green Legend there; Reth bought his BMW there; John Luong and Mady both bought Mercedes there. Mady also purchased Reth's black BMW.

Reth indicated that there were several different robbery groups operating at one time. One group was led by Vanthien, one by Mark, and one by Dung.

Reth advised that he did not own a donut shop but that he had put some money into a donut shop. Reth eventually pulled his money out of the deal because he lost so much money gambling.

97,241

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____6/5/99_____

On June 3, 1999, Chhayarith Reth was interviewed by Special Agents Nelson Low and Carol Lee. Also present during the interview was Reth's attorney, Dean Paik. Reth advised of the following information:

Background information

Before becoming involved in robberies with Mady and his associates, Reth advised that the first participants/associates who committed criminal activity with or for Mady included Sophat, Rainman, and Ducktail. Benji joined the threesome later. Reth noticed that the Mady and the now foursome had a lot of money and wanted to become involved with the group to make some money.

Reth was eventually allowed to participate during which Reth worked/committed robberies with a number of people, mostly Cambodians, who hung out at Lewis Park. The Lewis Park people included cousins Andrew and Roni, Ding Dong, Baloney, Loi (Lloyd), Ja, Short Hmong Joy, Vannel Kim, Ryan, Iceman, Ray, Froggy, Cartoon, "T", PJ, Sang, Captain, Johnny Gia Tram, Mark, and Hardhead.

Initially, Donovan, his brother Edmond, and Mady committed burglaries of computer companies. Later, Edmond began working with Ben from Los Angeles during which they became involved in an attempt robbery where the victim/owner of a business was taken hostage in his vehicle. The victim/owner got away during the robbery and the robbery attempt was aborted.

Mady and Donovan later parted on separate ways because Mady did not like Ben who was working closely with Donovan.

Subsequently, problems developed between Catfish's associate who worked closely with Om Soon and Sophat's people who worked closely with Mady. A shoot out had occurred at the Carrington Apartment, Stockton between the two factions which culminated in a sit down around the end of 1994/beginning of 1995 which was mediated by Om Soon along with Jimmy, an associate of Om Soon from the past. An agreement was reached which settled the difficulty(ies) between Catfish and his associates with

Investigation on ___6/3/99___ at _San Francisco, CA_____

File # ████████████

by _SA Nelson Low_ Date dictated ___6/5/99___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

97,661

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of   **Chhayarith RETH**

Sophat and his associates.                          On 6/3/99   , Page   2

## Robbery of Shark Fin business, San Francisco, CA

One of Reth's first robbery for Mady was a shark fin business, which occurred sometime around January 1994 in San Francisco, CA. Reth advised that Benji had persuaded Mady and Donovan to agree to commit the robbery in which the intent was to take the shark fin from the victim business and have it resold at the Vinh Phat Market in Sacramento, CA.

Reth advised that he (Reth), Benji, and Hang committed the robbery - Benji and Hang had guns during the robbery. The trio used a white Dodge Colt belonging to Ducktail's brother as transportation. They drove from Mady's house to Donovan's restaurant and onto San Francisco to commit the robbery. Upon arrival at the victim business, Benji knocked on the door or rang the doorbell to gain entry. Once he was able to gain entry, Benji let Hang in who then let Reth into the business.

Benji displayed his gun and announced the robbery and ordered everyone onto the floor. The 3 or 4 victims, 1 female and 2 or 3 males, complied with the order. Benji then handed his gun to Reth who was told to stand watch over the robbery victims. Benji then proceeded to walk around the business looking for cash register(s) when he was supposed to be looking for sharks fin.

An employee, possibly in another section of the business, who had not been secured activated the fire alarm as the robbery was in progress. Upon the alarm activation, Benji, Hang, and Reth immediately fled from the scene. Due to the hasty departure, the trio was unable to obtain any sharks fin or other property of value.

Reth noted that Benji was a "dopehead" whose judgement has been affected by his drug use. Presently, Benji is believed to be in Bakersfield on an INS hold/matter.

## Attempt robbery of BJS Computer company - Jan/Mar 1994

Bosses-

Mady, Donovan, and Kevin;  Robbery target given by Andy

97,662

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   Chhayarith RETH

to Mady                                                          , On 6/3/99          , Page    3

Crew Chief-

        Benji
Crew Members-

Eureka      Benji, Hang, Binh, Duc, Reth, Michael - a cook from

Guns-

        Benji - .357 revolver
        Hang - .45 semi automatic pistol
Truck rental-

        U-Haul rented in Stockton, CA on Tam O'Shanter;
possibly rented by Duc

Vehicles-

        White Dodge Colt - belongs to Ducktail's brother
        Mitsubishi Diamante - Mady's vehicle
        Black Datsun 240 SX - Kevin's vehicle

Lookouts-

        Mady, Kevin, Donovan

Entry group-

        Benji and Michael walked to the door and attempted to
enter the business.  An employee would not open the door; Benji
and Michael departed from the scene in the white Dodge Colt.

Finder/loader-

        Reth

Delivered to-



                                                97,663

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of  Chhayarith RETH

.On 6/3/99 . Page 4

Sellers-

      Not applicable - attempt only/unsuccessful robbery

      Mady, Kevin, Donovan

Buyers-

      Andy

Motel/hotel-

      Not applicable - none used

Additional comments-

    The robbery attempt was unsuccessful because an employee denied Benji and Michael entry into the business. The anticipated gain from the robbery was estimated to be approximately $500000 to $1 million in computer product. Discussion concerning the robbery was conducted at the Panda Garden restaurant where Mady's brother worked. Mady told Benji to buy duct tape and gloves to use during the robbery; duct tape purchased by Benji was brought to the robbery for use by the crew to secure the victim(s).

    The robbery crew started the robbery attempt from the Panda Garden (Stockton, CA) and drove to BJS (San Jose, CA) to commit the robbery. After arriving in the area of BJS and before actually attempting the robbery, Kevin drove Reth and Benji around BJS several times to familiarize them with the business and surrounding area. Kevin drove Reth and Benji around in Kevin's Nissan 240SX. As noted earlier, the robbery was unsuccessful because Benji and Michael were denied entry into the business.

**Hokkins Robbery**

Bosses-

    Jimmy, John, and Mady; Robbery target was given by Andy. Mady introduced Reth to John from New York who was present during a pre-robbery meeting with 2 other individuals. John gave

97,664

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   Chhayarith RETH                                  , On 6/3/99           , Page    5

Reth some background about himself (John).

Crew Chief-

    Charlie, Ding Dong; Reth noted that Ding Dong started working with Reth during either the Memory Source or Hokkins robbery.

Crew members-

    Charlie, Ding Dong, Nghia, 4 "Oakland boys"

Guns-

    Ding Dong - 9mm or .45 semi automatic pistol
    Nghia - unknown handgun
    Additional guns also possibly used

Truck rental-

    U-Haul van obtained by the Oakland crew who may have rented the van in Berkeley

Vehicles-

    Jimmy's BMW
    John's white (?) Toyota Camry
    Possible rental car
    Other unknown vehicle(s)

Lookouts-

    Jimmy - in his BMW
    John - in his white or light color Toyota Camry

Entry group-

    Nghia and Ding Dong

Loaders-

    "Oakland boys"

97,665

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Chhayarith RETH_____, On _6/3/99_____, Page ___6___

Delivered to-

   Kevin drove the U-Haul van to Sacramento and delivered the stolen property to Jimmy's father's house located in the area off I-99, Laguna exit. The stolen property consisting of CPUs, DIPs, hard drives, and SIMMS were unloaded from the U-Haul van into the garage by Reth, Mady, Kevin, Linda's sister's husband from Seattle, and Jimmy

Seller(s)-

        Mady

Buyer(s)-

        Andy

Motel/hotel-

        Not applicable - none used

Additional comments-

   Upon arrival in the area of Hokkins, Ding Dong and Reth waited in a business parking lot adjacent to Hokkins while last minute maneuvering was conducted. Ding Dong and Reth had a cell phone for communication with the other participants in the robbery. A number of cars were still parked in the parking lot/area of Hokkins when they first arrived. As such, John wanted to wait until the number of cars in the lot had decreased before proceeding with the robbery.

   Reth noted that he saw the target business and wanted to proceed with the robbery the same day.

   Subsequently, Ding Dong and Nghia joined together and waited in a car or by some bushes along the business. Operating under cover of darkness, Ding Dong and Nghia approached the owner and pulled guns on him when he exited the business. The owner was forced back into the business. Reth received a call from Ding Dong on a clone cell phone provided by Jimmy or John; Reth was told the alarm code had been entered. Reth waited 5-10 minutes and did not see any police response to the scene during

97,666

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Chhayarith RETH___

this time.                                      . On 6/3/99    . Page ___7___

Nghia opened the back door after which Reth entered the business. Reth saw the owner opening safes; he also noted that the owner's hand was bloody. Reth then had contact with Jimmy via phone during which Jimmy was told to have the U-Haul van proceed to the back door.

The van was driven to the back door after which 3 unknown males, Oakland boys, exited the van and entered the business. The driver of the van remained in the vehicle. Reth worked with the 3 unknown males and told them which items to take from the safe.

Later, Reth saw Ding Dong in the bathroom tying up the owner with cable ties which had been brought by the Oakland boys. The owner, described as a balding 50 +/- yr old Asian male, was secured to a disability bar in the bathroom. Reth noted that Ding Dong was wearing black leather gloves during this time. After securing the owner, Ding Dong was told to go to the safe area to help load product from the safe into the U-Haul van. A large number of CPUs was taken including 2 boxes of 486 CPUs.

Reth apologized to the owner for his injury and told the owner that they only wanted to take his property for which he could recover the loss through insurance compensation. Reth was picked up by Jimmy from the back of the business after the U-Haul van departed from the scene.

Mady sold the stolen property for approximately $400000; some of the stolen property was sold to Andy. Reth received $3000 from Mady following the robbery to "celebrate". 3 or 4 days later, Reth received another payment of $20000 which he gave to Ding Dong. Over a series of approximately 5 payments, Reth advised that he received approximately $60000 for his participation in the Hokkins robbery; Ding Dong received approximately $40000.

Reth noted that Jimmy and Mady had an argument about splitting the robbery proceeds - Jimmy wanted ½ of the stolen property which was not agreeable with Mady. Reth could not elaborate further on the outcome of this argument.

97,667

FD-302a (Rev. 10-6-95)

████████████

Continuation of FD-302 of ___Chhayarith RETH_____ . On _6/3/99_ . Page __8__

## Robbery of UPS truck

Reth advised that approximately 1 year prior to the robbery of Centon (Electronics), a robbery of an UPS truck was committed after the driver had made a pick up at Centon. The driver was en route to another business when "T", Sang and others (phonetic) from "Froggy's" group "jacked"/robbed the UPS truck. The driver was tied up/secured by Sang who put the driver in the back of the truck as "T" drove the truck. After driving for a short time, the truck was parked in another area. The robbery participants then went through packages in the truck which resulted in their finding football gear and a minimal amount of computer product.

## Aristocrat robbery

Bosses-

        Mady, Kevin, and John Chu

Crew Chief-

        Reth

Crew members-

        Sar who looks like Elvis, approximately 5-7; Ho; possibly Bora (phonetic); Sam who was a driver; Than (phonetic)

Guns-

        The 2 handguns taken/recovered by the police when Reth was arrested by the Stockton Police were guns used during the robbery of Aristocrat.

Vehicles used-

        Green Crown Victoria rented by Vannel Kim and used by Reth during the robbery

Additional comments-

        The robbery was a "no look" robbery meaning Reth had

97,668

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Chhayarith RETH_____ , On _6/3/99___ , Page ___9___

not done any prior preparation for the robbery such as a drive by
to familiarize himself with the business, general area, escape
routes, etc. Reth was told that there was supposed to be a
morning delivery to the business; as such, the robbery was
committed in the morning.

Reth advised that once the decision was made to proceed
with the robbery, he went to the door and asked for someone. The
employee told Reth that the person did not work at the business
any longer. By then, Reth had managed to gain entry after which
he committed the robbery with the assistance of his associates.

After fleeing from the victim business, Reth delivered
the stolen property to Mady who took it to Linda's brother-in-
law's house in the Sacramento area. Linda's brother-in-law had
ties to the Seattle area at one time.

## Wintech robbery

While Reth was in custody in Santa Clara County jail
with Michael LUU, Reth learned from LUU that he (LUU) tried to
commit the robbery of Wintech during which LUU and his
girlfriend, Iris, were arrested. During their discussion, LUU
advised that he knew a Lawrence WONG. LUU related that according
to Tak TRAN (phonetic), WONG was not a buyer for the property
which was to be taken in this robbery. Based upon Reth's
experience, LUU sought information from Reth on how Reth was
preparing his (LUU's) defense.

## Unimax robbery - San Jose, CA 1996

Reth advised that this robbery involved the kidnaping
of the wife to Tak TRAN (phonetic). Reth learned that TRAN was
told to not identify "Joy" in a line up; and, TRAN contacted his
wife to not make a court identification of Joy. As such, Joy was
discharged from the case and released from custody.

## Information concerning various individuals

### John CHU

Reth met John CHU after the robbery of Alpha Systems.
CHU works with Billy or Bill who was a "connection" for potential

97,669

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____ Chhayarith RETH

, On 6/3/99 . Page 10

robbery targets.

**Andy CHU**

A robbery was committed at Andy's business in which Andy allowed his business to be robbed as part of an insurance scam. This robbery is believed to have occurred sometime around March 1994.

**Ding Dong**

Reth described Ding Dong as a polite, quiet, and non-violent person. Reth advised that Ding Dong learned the robbery business from Reth.

**Linda**

Linda, wife to Mady, knew what was going on with Mady with regard to his involvement in the burglary and robberies of computer businesses. There were times when she was present at the hotel while robberies were committed by Mady and his associates. Reth contacted Linda periodically who relayed Reth's messages to Mady.

Reth believed that Linda's attitude about police officers was not very positive - it is unlikely that she will cooperate with law enforcement officers.

**Donovan**

Reth knew Donovan who was present during some robberies of computer companies. Reth did not work for Donovan because Reth felt Donovan was greedy and did not like his tactics. Donovan thought he was smarter than most of the people involved and "ripped people off".

Donovan's girlfriend is Angel who worked at a bank before.

**Jillian**

Though married to Linda, Mady had a girlfriend, Jillian, who lived in San Francisco. Jillian was described as

97,670

FD-302a (Rev. 10-6-95)

██████████████████

Continuation of FD-302 of ___Chhayarith RETH___ , On 6/3/99 , Page 11

someone who loves Mady very much and would do anything for Mady. Mady wanted to leave Linda at one time but did not because of financial considerations - everything Mady owned was in Linda's name.

Jillian wanted to "share" Mady but Linda would not agree to the suggestion. At one point, there was competition between the two ladies in giving birth to children fathered by Mady. Jillian was unlikely to cooperate with law enforcement because of her love to Mady.

Reth noted that following the successful robbery of Teg Micro, the stolen property was driven to Jillian's house in San Francisco. Mady used the robbery operation as cover for him to be with Jillian. As the stolen property was en route to Jillian's house, Mady had the vehicle wait at the McDonald's near Jillian's house. Mady then met with the people in the delivery vehicle and led the way to Jillian's house. Her house is off I-280 where there are some railroad tracks.

Jillian's home phone was 415 584-0722 which Reth called collect while in Santa Clara County jail. Since Reth could not reach Mady, he contacted Jillian to relay his concerns to Mady. During a conversation with Jillian, she advised Reth not to worry since Mady was willing to "take care of you". Reth advised that he received $10000 from Mady to help pay for his attorney representing Reth in the Santa Clara County case.

In a separate matter, Jillian stayed at the Shilo Inn in the area of Industry, CA as the group prepared to commit a robbery of the Maximus Computer company. Jillian reportedly used her credit card to reserve and/or pay for the room.

**Victor**

An older Chinese male who was brought into the robbery group during the Data Pro robbery. Victor can be found at the Delta or Cameo Card rooms. Victor's responsibility during the robbery was to drive around and assist with the robbery as needed by the robbery crew.

**Micasa (phonetic) Mike - Pai Gow poker**

97,671

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of　Chhayarith RETH　.On 6/3/99　. Page　12

A Vietnamese male who hung out at the Delta Card room.
Mike committed a robbery with Reth at one time.

**Jay**

Jay is a Cambodian male and the ex-boyfriend to
Melissa. He participated in the attempt robbery of Viking
Computers in the Los Angeles area during which customers were
chased in the business by Jay during the robbery.

Jay is also involved with fake/counterfeit credit cards
and checks and cloning telephones.

**International Card room, Stockton, CA**

The International Card room at California and Webster
Streets was opened by Mady, Kevin, and Donovan for a short time.
Evidence of cheating was occurring at the card room and resulted
in the forced closure of the card room by local authorities.

**Charlie Reth**

Reth liked working for John because John took care of
Reth and also provided "back up" when Reth was in need of help.
Though Reth worked with Mady for a time, Mady still "respected"
Reth after Reth began working for John.

Though Reth knew Jimmy, he did not work directly for
him.

**Bail money for Reth following arrest for robbery, Santa Clara
County - Aristocrat robbery**

After Reth's arrest for the robbery of Aristocrat
Computer Company, Reth contacted Mady through 3 way calls to
Vannel Kim. Through the 3 way calls, Reth told Mady that he
needed help to hire an attorney to represent Reth. Reth needed
money for an attorney to which Mady agreed to help. An attorney,
Cassidy, was hired but did not work out and was released by Reth.

Another attorney was sent by Mady to Reth who contacted
Reth while he was in jail. The attorney passed a note to Reth

97,672

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Chhayarith RETH_____ , On _6/3/99_ , Page ___13

indicating his retention fee of $50000 and an overall charge of
$100000 to represent Reth through the prosecution.

Reth advised that he wanted the money, $100000, to be
given to his brother through Vannel who was to get the money from
Mady. The money would originate from Mady to Kevin to Sophat to
Vannel and finally to Reth's brother.

In the course of preparing Reth's defense, Reth
recalled someone mentioning a lawyer wanted to "intimidate
witnesses".

Money for Reth's attorney was eventually raised through
money which Reth used to purchase Fantasy Donuts, his personal
vehicles, a Lexus sedan and BMW, and money provided by Mady and
others.

97,673