FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     7/23/99

On July 13, 1999, Chhayarith Reth, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was interviewed by Special Agent (SA) Stephen C. Laycock, Federal Bureau of Investigation (FBI) at the United States Marshal's (USM) Conference room, 450 Golden Gate Avenue, 20th floor, San Francisco, CA. Also present during the interview was Reth's attorney Dean Paik and Assistant United States Attorney (AUSA) Elizabeth Lee, Northern District of California. Reth was aware of the identity of the interviewing agent through previous interviews. Reth thereafter provided the following additional information regarding computer chip robberies he had knowledge of or participated in:

**Valtrix**

Reth advised that Valtrix was robbed twice. The first robbery consisted of Donovan (Donovan Wong), Mady (Mady Chan), Kevin (Kevin Liu), Benji, and himself. The crew first went to a Chinese supermarket and drove around in an old red Toyota truck prior to the robbery. Reth and Benji entered the business, while Mady and Donovan were lookouts. Reth advised that there were two Chinese males sitting at the front desk upon entry to the business. Benji pulled out his handgun and one of the males started "freaking out" and dropped to the floor. Benji took the employee to the back and ordered him to open the gate to the warehouse. Andy (Andy Chu) had previously told Reth that the company had a white caravan that good product stored in it. Reth located the caravan and removed the product. They also took some VJ cards. Reth figured that the total value of the property taken was approximately $60,000. Reth advised that he was paid $10,000.

The second robbery consisted of Donovan, Mady, Thi, Mexican guy, Cartoon, Bologne, and Reth. Reth only recalled that a guy named Steve, who owns a store in Los Angeles, wanted some VJ cards, which is why they did the robbery for a second time. Reth recalled that they got approximately $100,000 worth of product.

**PC Team**

| | | |
|---|---|---|
| | | 101,304 |

Investigation on   7/13/99   at San Francisco, CA

File # ▓▓▓▓▓▓▓▓▓▓   Date dictated   7/23/99

by   SA Stephen C. Laycock

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Chhayarith Reth___ ██████████████ On _7/13/99_ , Page __2__

     Reth advised that this business is located near Bay 101 and Hokkins (computer business that Reth robbed). Mady and Donovan were the bosses of this robbery, but were lookouts for the robbery. Froggy, Thi (phonetic), Cartoon, and a Mexican guy from Stockton were the crew. Whole crew except for Donovan and Mady went inside business. Reth advised that prior to this robbery Reth was at Mady's fathers house in Stockton. Donovan gave Reth a diagram and gave out the orders for the robbery. Donovan gave instructions on how to get in the doors if they were locked. Froggy knocked on the front door. An employee came to the front door and opened it. The employee then tried to close the door on Froggy and not let the crew in. Froggy pushed his way through the front door. Once inside Froggy grabbed the employee and tied him up. Soon after, a white male came in and was apprehended and also tied up. Thi tried to get a ring of one of the female employees and hurt her finger attempting to do so. Reth advised that they did not get a lot of stuff, approximately $40,000, and recalled noticing a lot of empty Samsung boxes.

### Lions

     Reth advised that this was Donovan's and Mady's job again. Reth and Kevin Liu were lookouts. Other crew members were Sang, PJ, Captain, and others that Reth did not recall at this time. Reth advised that the inside team was caught on the freeway after the robbery, except for PJ who was caught at Johnny Tram's house later after the robbery. Reth recalled that on this day Mady was supposed to travel to Canada. Reth advised that the information he received about the actions on the inside during the robbery were from PJ. Reth advised that PJ and Captain entered the business first and took control of the employees. Captain noticed that a female employee was pregnant and only tied up her hands, leaving her feet free. The female employee was able to escape. The crew then exited the business but could not get too far because there was heavy traffic. The police stopped the crew on the freeway and were arrested. Reth advised that he was told that the owner of Lions had an AK-47 inside the business.

### CMC

     Reth advised that Mady and Kevin gave Reth a list of targets with CMC on the list. Reth was in charge of getting the

FD-302a (Rev. 10-6-95)

▮▮▮▮▮▮▮▮▮▮▮▮

Continuation of FD-302 of ___Chhayarith Reth ▮▮▮▮▮▮▮▮▮▮___ , On _7/13/99_ , Page ___3___

crew for the robbery which consisted of Ding Dong, Jha, Thi, and
Bologna.  Reth drove his BMW, Thi drove a Ford Blazer.  Reth
recalled that this was Ding Dong's first job.  Reth advised that
he decided to hit CMC after an earlier failed attempt from a
company on the list provided by Mady and Kevin.  Reth drove up to
the front door of CMC, exited his car, and went to the front door
of CMC.  Reth asked and employee directions to the computer
business that they had attempted to rob earlier.  Reth recalled
that he was buzzed in from an employee.  Reth carried with him a
.380 caliber handgun that did not have a magazine with bullets.
Once inside, Reth tried to wave the rest of the crew to the front
door but they did not respond.  Reth then pulled out his handgun
on the employees, then walked to the front door to tell the rest
of the crew to enter.  Once the employees were tied up and
secured, Ding Dong went to the back of the business where he
loaded two gym type bags full of product.  Reth advised one of
his crew members to unplug the telephones.  Thi tried to get some
jewelry off the employees.  Reth recalled that he was angry
because Thi always wanted to get jewelry from the employees.
Reth and Thi had an argument and they split from each other after
this robbery.

        Reth drove from CMC to Bologne's house in Stockton near
Leak's Park.  Reth called Mady to tell him that they had done the
robbery and they did not get much product.  Mady thought Reth was
holding back when he told him (Mady) they did not get a lot of
product.  Reth was paged later that evening, while at the Jackson
Casino, by Mady and told to met Mady and Donovan at the Nut Pub
restaurant.  Reth met Mady and Donovan there and was again
accused of holding back because of the small take from the
robbery.  Reth again advised Mady that they did not get a lot of
product.  At this time Reth believed that Donovan was having an
affair with Reth's girlfriend Melissa.

AMT

        Reth advised that this was one of his first robberies
and was still in training.  Reth recalled that this robbery
occurred after the robbery at PC Ten at Westgate.  Reth recalled
that AMT was located off Montague Expressway in San Jose, CA,
past CMC.  Reth advised that this robbery was Mady's job and the
crew consisted of Ducktail, Sophaet (Rainman), Wingman, Hang,
Benji, and Reth.  Reth advised that a window near the front door

101,306

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Chhayarith Reth_____ , On _7/13/99_ , Page ___4__

of AMT was always open.  Wingman and Rainman hopped through the window and opened the front door for the rest of the crew.  Reth advised that one of the employees tried to run away but Rainman rounded up all the employees at gunpoint and ordered them to the ground.  Reth advised that Rainman was blocking his face with a handkerchief.  Ducktail and Reth remained outside and upon learning that the police were coming, Ducktail began crying.  The crew exited the area and although traffic was heavy, they were able to get away.  Reth was in contact with Mady and advised Mady about the police coming.  Mady told Reth to get a motel of I-880 until the traffic died down and it was clear to get on the highway again.  Reth advised that he was not paid much for this robbery.

**Teg Micro**

Reth advised that this was Mady and Donovan's job and also that this robbery had an insider that provided information. The crew consisted of Reth, Ryan, Johnny Tram, and Mat (Mark). Mady and Donovan told Reth everything that would happen during the robbery which is why he (Reth) felt that it was an inside job.      Reth and Ryan entered first with Reth asking an employee for a job application.  While Ryan was rounding up and securing all the employees, Tram was let in by Reth.  Tram saw a female employee and took her to the back conference room.  Ryan then began loading the product.  Reth noticed a safe and asked an employee to open the safe, where Reth found an envelope containing $20,000 in cash.  The owner then showed up whereupon Reth directed the owner to the conference room where the other employees were being held by Tram.  The owner advised Reth that he had a key to the back door. Reth opened the back door and Ryan and Mat loaded the product into the vehicles they had brought.

**Golden West**

Reth was unsure of the actual name, but he was sure that the name began with "Golden".   (Referencing police reports indicate a robbery for a company titled Golden Micro.)  Reth advised that this was Mady's job.  Mady and Donovan had a two bedroom apartment located in Pleasonton, CA, off 580/680 highways.  Donovan, Mady, and Kevin stayed at this apartment. Mady showed Reth where the company was located.  Reth recalled that it was near where Teg Micro was located.  While Mady was

101,307

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Chhayarith Reth ▆▆▆▆▆▆▆▆▆▆, On 7/13/99 , Page 5

     showing Reth where the company was located, Mady entered the
company and inquired about a certain type of computer chip which
an employee advised him that they carried that type of chip.
Reth advised that Mady only noticed three or four employees at
that time. Mady and Reth returned to the apartment and decided
to do the robbery later that day.

     Reth advised that the crew consisted of Reth, PJ,
Ducktail, Wingman, and Kevin. Reth advised that they crew had to
terminate the robbery quickly and Kevin departed, leaving Reth
behind. PJ, who was driving the van, also departed. Reth asked
a female employee for her car keys. Reth went into the parking
lot and found the car, a Honda, and drove the car to a shopping
center parking lot next to Mady's and Donovan's apartment in
Pleasonton. Mady directed Ducktail and Wingman to move the car
to a different location. Reth recalled that they took
approximately $50,000 worth of product, whereupon Reth received
$5,000 for his part.

**Aristocrat**

     Reth advised that Bora was at the robbery, but his role
was as a lookout. Bora did not have a gun and parked his
personal black Acura Integra at a Chevron gas station near
Aristocrat. Reth added that he and Sar (phonetic) were the first
to enter with Ho Sith entering third. Reth advised that they
were dressed in dress slacks, button-up shirt, with ties and
sunglasses. Once inside, Reth made a call to Sung (Kim Sung
You/phonetic) in the van and advised Sung to bring the van to the
rear of the business. Reth Srey was riding in the van with Sung.
Reth relayed that the van Sung was driving was the same van which
he was riding in when he was arrested in. Reth advised that
there was one male employee and three or four female employees.
The employees were tied up by Ho Sith with cable ties. Reth
advised that they did not get a lot of product in the robbery,
but what they got went to Mady. Reth added that the other
vehicles consisted of a police type car rented by Vannel Kim, and
another car driven by Ton, whose brother is a Modesto police
officer. All crew members carried a gun except Bora. Nath Ny
(phonetic) acted as a lookout and was parked at a Chevron station
with Thong. Vuthy Hong (phonetic), from Boston, was in an
unknown car, and also acted as a lookout.

101,308

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____ Chhayarith Reth ▓▓▓▓▓▓▓▓▓▓▓ , On 7/13/99 , Page   6

        Piiceon

            Reth advised that this was John Luong's job and Luong
    provided some people to do the robbery with Reth's group.  Reth
    advised that his crew that participated consisted of Freeman,
    Sung, Thong, Sar, and himself.  Reth relayed that Sung, Thong,
    and Sar were the same that did the Aristocrat robbery.  Luong had
    Freeman hang tight with Reth so Reth could train Freeman to do
    robbery's.  Reth advised that he conducted video surveillance of
    the location.  The crew stayed at a Super 8 motel in Pleasonton,
    CA.  The robbery occurred in the morning time and the only
    employee present was a white male who Reth described as 6'1" tall
    and 250 pounds.  Reth advised that himself, Sar, Freeman, and an
    unknown Chinese man rode in a Cadillac.  Once inside, Reth
    noticed that a pair of bolt cutters which Reth ordered the owner
    to use to open the gates.  While the robbery was taking place,
    another employee entered carrying a cup of coffee, which was
    thrown at Reth.  The employee was gathered and secured.  Reth
    advised that he was paid $10,000 for his participation in the
    robbery.

        Zenon

            Reth advised that this was John Chu and Mady's job.
    Reth was staying at the Sheraton Hotel and Mady was staying at
    the Shilo Inn.  Chu came to the Shilo Inn and talked about Zenon.
    Mady told Reth and Chu that he (Mady) knew the owner and that the
    owner was related to someone that Mady knew from another company.
    Mady drew a diagram of the location.

            Reth advised that at this time the robbery groups are
    starting to split up.  Mady wanted to oversee everything, so John
    and Jimmy Luong obtain their own groups so there could be more
    crews.  Mady's new plan consisted of 10% off the profit from the
    robberies would go to Jimmy Luong's group because Jimmy Luong's
    groups were not yet producing any money but Mady's group, which
    consisted of Reth, were making all the money.  Reth advised that
    5% was also going to Kevin Liu.

            Reth advised that prior to the Zenon robbery, the crew
    assembled at an Asian supermarket.  The crew consisted of Ding
    Dong, Johnny Tram, Ryan, Mark, John Phay, and Ah Min (phonetic).

                                            101,309

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   Chhayarith Reth█████████████████ , On  7/13/99  , Page   7

Reth advised that he did not want a big group for the job.

**Centon**

Reth advised that Ding Dong's group did this robbery and Reth was not present.

After the robbery of Centon had occurred, Reth and Sophaet (Wingman) flew to Burbank, CA, and hooked up with Mady. Mady advised Reth to return home and Mady would explain why later.

Reth advised that Ding Dong was paid one million dollars for the Centon robbery which he used to purchase an auto repair and a coffee shop in Santa Ana, CA.

Reth advised that he was now being paid 5% of the profits which consisted of $30,000 from the Centon robbery. Reth described this as a payback from Jimmy Luong' group for giving Jimmy's group 10% of Mady's profits when Jimmy Luong was not making any money. Reth relayed that Ding Dong was working for Jimmy Luong and Ding Dong's group did the Centon robbery and the profits went to Jimmy Luong.

**Alpha Systems**

Reth advised that Mady gave Reth Alpha System as a target.

**Smart**

Reth advised that Smart was a target given from Bob at Excel Computers in Sacramento.

**Maximus**

Reth advised that he did not participate in the robbery of Maximus. Van Di and his crew did the robbery.

**Minnesota Robbery**

Reth heard that the crew was busted outside the location of the robbery. Reth heard that John Luong had raised

101,310

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   Chhayarith Reth ██████████████████ , On 7/13/99 , Page 8

$20,000 for bail money for those arrested at the robbery.

**Date Pro**

Reth advised that the crew was similar to the crew in the Aristocrat robbery, which consisted of, Reth, Bora, Than, A Sung, Ho, Victor, and Sara. Mady and John Chu gave the target. Reth recalled getting $30,000 to $40,000 from Data Pro with Reth receiving $3,000 for his participation.

Reth advised that it was after the Data Pro robbery when he was arrested.

**Boston Trip**

Reth advised that he went on a trip to Boston with several others after the attempted robbery in Minnesota. Reth advised that he was asked by John Luong to go to Boston to check out a job, meaning a computer chip business. Reth advised that Luong gave him $3000 for expenses. Reth advised that he went to Boston with Freeman and Sam before Vannel's (Vannel Kim) group traveled to Boston. Vannel's group consisted of Vannel, Sar, and Bora. One he arrived in Boston, at Logan Airport from San Francisco, Reth was picked up by a Chinese guy, from the Boston area, that Reth described as Luong's contact in Worchester, MA. Reth advised that if he (Reth) needed more money while he was there, he was to meet with this same Chinese guy and he (Chinese guy) would help him (Reth) out.

Reth advised that Vannel's purpose traveling to Boston was to visit the area and to rent the vehicles needed to check out the computer chip businesses or do the robbery. Reth advised that they rented a room at the Holiday Inn in Worchester.

Reth advised that when he, Freeman, and Sam went to the airport to pick up Vannel and his group, they were walking toward the rental counter to rent a vehicle when they were stopped by the airport police and Id'd. Reth advised that everyone gave there real name and ID, except for Reth who gave the name Johnny Tram. Reth advised that the group was let go, but they had decided that they may be followed so they decided not to follow through with the robbery.

101,311

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of   Chhayarith Reth ▇▇▇▇▇▇▇▇▇ , On 7/13/99 , Page   9

Reth advised that they were driven to New York to fly
back to San Francisco because they felt they were being watched
in Boston.  Reth stated that the crew was driven to New York by a
Boston Police Officer.  Reth advised that the entire crew flew
together from New York to San Francisco.

**Planning for robberies**

Reth would typically meet with Mady prior to any
robbery and discuss the robbery target and the expenses
associated with putting the crews together for the robbery.  Reth
would advise Mady what he needed, expense wise, to proceed with
the robberies.  Reth advised that they would discuss the guns,
phones, money for plane tickets and motels and vehicle rentals.
Mady would give Reth money in advance to pay for all the expenses
and when it came time to pay the crews for conducting the
robberies, the expenses incurred were deducted prior to the crews
being paid.

**Other criminal activity**

Reth advised that Kevin Liu knew a man in either San
Jose or Oakland who would produce fake Farmers Insurance checks
for $2,500 which Reth would cash in his true name.

101,312

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription        9/1/99

On August 26, 1999, Chhayarith RETH (protect identity) was interviewed by Special Agent Nelson Low. Also present during the interview were AUSAs Richard Serafini and Elizabeth Lee. Additionally, RETH's attorney, Dean PAIK, was also present. RETH advised of the following information:

## Attempt robbery - Quantum Computers

RETH recalled a planned robbery of Quantum Computers during which RETH was driving with Benji in Mady's white Mitsubishi 4 door Gallante checking out the business. RETH noticed that a door to the business was "wide open" with only the owner present in the business. However, the planned robbery was abandoned/aborted when RETH noticed/believed that he was being followed by someone in another vehicle. Also present and prepared to assist with the robbery were Hang and Bun in a white car owned by Ducktail's brother; Kevin in a Datsun SX type vehicle; and, Mady and Don in a vehicle which RETH could not recall.

## Attempt robbery - unknown computer business behind Memory Source

RETH advised that a robbery was attempted of an unknown computer business owned by a Pakistani or Indian located behind Memory Source Computer Company off the Montague exit. RETH advised that Benji and Hang hid in the bushes for a period of time until they could approach and confront the victim. At the point the victim was approachable by Benji and Hang, they confronted the victim during which Benji pulled a gun on the victim. The victim resisted while being held at gunpoint during which a scuffle ensued. During the scuffle, Benji grabbed and choked the victim at one point. Because of the resistance and scuffle during the robbery attempt, Benji and Hang abandoned the robbery attempt and fled the scene without completing the robbery.

## Attempt burglary - Micro Distribution                    102,253

RETH advised that, at one time, Mady had an apartment on Brokaw Ave in the name of his wife or sister-in-law. During this time period, Mady discussed with RETH the possibility of

Investigation on    8/26/99    at  San Francisco, CA

File # 281E-SF-111963                          Date dictated    9/1/99

by   SA Nelson Low

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____ , On 8/26/99 , Page ___2___

either robbing or burglarizing Micro Distribution.  At some point, Donovan told Mady that Micro Distribution had been burglarized before.  After having been told that Micro Distribution had been burglarized, Mady decided to burglarized Micro Distribution again.

    Mady, Donovan, Kevin, and RETH subsequently went to Micro Distribution and checked out the building and surrounding area.  Mady asked Donovan how to make entry into the business; Donovan suggested a roof entry which required the use of a ladder and U-Haul truck.

    Preparations were then made to commit the burglary during which RETH rented the U-Haul truck in Fremont, CA using his own name and leaving a cash deposit of $80.  The U-Haul truck was driven and parked at or near Mady's apartment.  RETH then went to Mady's apartment and discussed the burglary plan with Mady.

    Subsequently, RETH and his associates, Sophat, Ducktail, John (a Vietnamese male), and Peter (John's brother) agreed to commit the burglary.  On the day of the attempt burglary, Sophat drove the U-Haul truck while RETH, John, and Peter were in the back of the U-Haul truck.  Once Sophat arrived at Micro Distribution, Sophat opened the back of the truck and RETH, Ducktail, John, and Peter exited the truck.  They removed a ladder which was brought with them and leaned it against the side of the building.  Sophat, RETH, Ducktail, John and Peter climbed the ladder onto the roof of Micro Distribution.  The fivesome brought tools with them to pry the skylight(s) on the roof.  In the meantime, Mady and Donovan were in the area in Mady's white Mazda Miata.

    As the fivesome were on the roof, RETH spotted a security guard driving around who appeared to have noticed the U-Haul truck and/or the ladder against the building.  RETH observed the security guard park his vehicle in a manner to block the U-Haul truck.  As this was happening, RETH decided to flee the scene.  RETH jumped from the roof falling through branches of a tree onto the ground.  RETH's associates also jumped from the roof and fled on foot from the scene.  RETH noted that John injured himself, possibly breaking his leg, when John jumped off the roof.  As such, they had to carry John as they fled the

**102,254**

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of   __Chhayarith RETH_____ , On __8/26/99__ , Page ___3___

scene.

     RETH advised that they ran across a cotton/thorn field into a residential area and later hid in an animal barn while the police were searching the area. At some point, RETH learned that Mady was stopped by the police in the area of Micro Distribution while they searched for the suspects involved in the attempt burglary of Micro Distribution. Donovan was reportedly also in Mady's car at the time of the police stop.

     Sophat later exited from the animal barn and walked to a Dennys where he paged and made contact with Mady. Mady arrived at a designated location and picked up the fivesome one at a time and drove them to the Brokaw Avenue apartment.

     The police contacted RETH's ex-wife, Nay RETH, to question RETH concerning the U-Haul truck found at Micro Distribution. RETH did not respond to the request by the police to contact the investigating officer(s).

### Robbery - Micro Distribution

     RETH advised that he had given robbery targets, including Micro Distribution, to Hardhead. One day, RETH advised that he was shopping at Macy's with his ex-wife and children when he received a pager call to which he responded. During the contact, he spoke with Hardhead who told RETH that he (Hardhead) had robbed Micro Distribution. RETH then went to Peter's house where he called Mady and informed him (Mady) of this development. Mady told RETH not to worry and disclosed that he (Mady) and Kevin were at Micro Distribution during the robbery.

     RETH proceeded to the Kentfield apartments where he met with Hardhead. RETH was told that Hardhead, Ding Dong, Iceman, and Little Joy had participated in the robbery. RETH also learned that Pentium chips were taken and had been dropped off at Little Joy's house. Kevin and Mady also went to the Kentfield apartments later to meet with RETH and Hardhead. Kevin subsequently took the van which was used during the robbery and drove it away.

     The stolen chips which were stored at Little Joy's

**102,255**

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____ , On _8/26/99_ , Page __4__

house were sold by Mady to unknown buyer(s). RETH advised that
according to Bob at Excel Computers in Sacramento, the stolen
Pentium chips were "recall" chips due to some defect. RETH
described the chips as brown on top with gold on the bottom,
possibly 90 MHZ.

After the sale of the chips, the money was split - RETH
and Mady received approximately $80000 each while Hardhead
received approximately $40000. A sum of money was also given to
RETH in a black garbage bags for distribution - Peter received
$10000, Little Joy received $8000, Ding Dong received $20000, and
Peter received $10000.

RETH, Peter, and a Stockton car dealer went to a Long
Beach car auction where RETH bought a Lexis for $40000. Because
RETH did not have employment to support his ownership of a Lexis,
the car was registered in his father's name to avoid possible
suspicion or problems. RETH noted that though he received
approximately $80000 for the robbery, he did not actually receive
all the money. Mady kept RETH's money and gave it to RETH as
RETH needed it. As an example, RETH advised that he went to Las
Vegas to gamble and needed some additional money while he was
there. He contacted Mady to ask for more money who would then
arrange to wire money by Western Union to RETH in RETH's true
name. RETH advised that when Mady wired the money, it was sent
in the names of people such as Linda, Jillian, Jeanette, or
Scott.

## Robbery - Unigen Computers

RETH advised that Hardhead told RETH that he (Hardhead)
had committed a robbery at Unigen. One of the participants known
as Scooby Doo was involved in the robbery. During the robbery,
the victims were lined up and weapons such as Uzis and Tec 9 were
used. Hardhead reportedly sold the stolen property taken in the
robbery to Donovan.

## Robbery - Hokkins Computers

RETH advised that he, Ding Dong, and a group of
Vietnamese from Oakland committed the robbery of Hokkins
Computers. During this robbery, RETH met Nghia for first time
and told Nghia what to do during the robbery.

102,256

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____, On _8/26/99___, Page ___5___

## Robbery - Maximus

RETH advised that John Chu identified Maximus Computers as a robbery target to Mady with a potential gain of approximately $500000 in computer product. Mady wanted RETH to do the robbery which RETH tried to do with John Phim Phay. RETH abandoned the effort with Phay when Phay "chickened out". Later, RETH told Hardhead about Maximus as a potential robbery target and gave Hardhead $3000 to help pay for expenses. Hardhead and Phay got together after which Phay showed Hardhead the Maximus location. Hardhead decided to proceed with a robbery of Maximus which he committed with others on a weekend. Hardhead subsequently called RETH and told RETH that "T-bone" had been caught committing the robbery.

Had the robbery been successful, Hardhead was to deliver the stolen property to RETH who would then deliver it to Mady to sell.

## Robbery - Zenon Computers

RETH advised that John Chu provided information to Mady and Kevin concerning Zenon Computers as a robbery target. On the day of and just prior to the robbery of Zenon Computers, Mady and RETH were together in the area of Zenon Computers when Mady placed a call to John Chu. During the call which was made in RETH's presence, Mady asked John Chu to call the owner of Zenon Computers to tell the owner that a "buyer" was on the way to Zenon Computers. Shortly after the call, RETH went to Zenon Computers posing as a "buyer". RETH was admitted into the business; RETH then opened the door for his back-up, Mark, to enter. The robbery operation proceeded shortly thereafter.

## Robbery - Piiceon Computers

As preparations were made to rob Piiceon Computers, the participants resided at a Super 8 Motel in either Pleasanton or Dublin. 3 or 4 individuals from Sacramento under John and other individuals were involved in the robbery.

Freeman had a video camera and videotaped the building and area surrounding Piiceon Computers. The robbery participants watched the videotape and made plans for the robbery which

**102,257**

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____ , On _8/26/99_ , Page ___6___

reportedly would yield approximately $1 million in computer product.

On the day of the robbery, Sar (phonetic) drove a red Cadillac with RETH in the front seat and Freeman and an unknown Chinese male in the backseat. Soong (phonetic) and Ah Ruth (phonetic) were in a van. Sar was driving around Piiceon Computers when someone was seen opening a door to the business. Freeman and the unknown Chinese male, armed with guns, exited the vehicle and approached an unknown male. The unknown male was "stuck up" and forced to return into the business. RETH then exited the vehicle to assist Freeman and the unknown Chinese male with the robbery. After RETH exited the vehicle, Sar drove away and parked in the area.

RETH brought a wire cutter with him which was later given to the robbery victim to use to cut fencing in an area inside the business which secured computer merchandise. During the time the victim was cutting the fencing, a second person associated with the business arrived. Freeman, armed with a gun, and RETH confronted the second person/victim who was holding a cup of coffee. The second person/victim was surprised by Freeman and RETH and threw coffee at them. The second person/victim was calmed and later escorted to a back area in the business where the second person/victim was told to lie on the floor and secured.

RETH then returned to the area which had the fenced/secured merchandise. RETH removed merchandise from inside the fenced area and passed merchandise to Freeman. Ah Soong was called and told to drive the van to the business to begin loading the stolen merchandise. Ah Soong drove the van to the business after which the stolen merchandise was loaded into the van.

The robbery participants then fled from the business in various vehicles; the van with the stolen merchandise was driven to the residence where the sister of Ah Soong resided. Ah Sing was called and subsequently went to the residence of Ah Soong's residence. RETH advised that Ah Sing then called Nam and arranged the sale of the stolen merchandise.

Following the robbery, RETH advised that Freeman and the unknown Chinese male went to a Stockton, CA motel near I-5,

**102,258**

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH___ , On _8/26/99_ , Page ___7___

March Lane exit, situated by a Denny's restaurant.

RETH advised that he later received approximately $15000 for the robbery.

## Robbery - Aristocrat Computers

RETH advised that Mady and Kevin provided RETH information concerning Aristocrat Computers and wanted RETH to commit the robbery of the business. Kevin and Mady had information that Aristocrat Computers was receiving a large shipment of merchandise. RETH was told to do the robbery at a certain time which RETH tried to do. However, when RETH and his associates went to do the robbery at around 5:00pm, the business was already closed.

Having missed the opportunity to rob the business the day earlier, RETH and his associates returned the following morning to rob the business. RETH drove from Stockton along with other robbery participants. They parked in the area of the business and waited for employees to arrive. Initially, there were two males waiting outside the business when a female arrived and opened the business. RETH quickly went to the business and entered behind the female who had opened the business. RETH, making up a name, asked the female for "Steven". The female told RETH that "Steven" had left the company and did not work at the company any longer. RETH then went to the door and opened to allow Sar (phonetic) entry. RETH and Sar then told the female that she was being robbed. The female and two male employees were secured by the robbery participants including a lady in her 50's who entered the business as the robbery was in progress. RETH recalled that she was tied by "Ho" who had entered the business during the robbery through the front door.

RETH advised that he did not take much merchandise because not much was available. The merchandise which was taken was estimated to be worth approximately $15000 by Reth; the merchandise was given to Kevin. Kevin was angry at RETH because Kevin believed that RETH had actually gotten more merchandise and was hiding the bulk of the robbery merchandise. RETH advised that because of Mady and Kevin's "inside" information (large shipment of merchandise to Aristocrat Computers a day earlier), they expected a substantial amount of merchandise from the

102,259

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____ , On _8/26/99___ , Page ___8___

robbery. RETH became angry with Kevin for being upset and accusing him of stealing. RETH called Mady who later calmed Kevin and RETH.

## Robbery - Data Pro Computers

While preparations were underway to rob Data Pro Computers, Industry, CA, RETH advised that he stayed in a house with a Cambodian in the area. When the robbery of Data Pro was about to be committed, RETH met with the robbery participants at the Best Western Motel where final discussions and preparations were made before going to the business. John Chu had passed word to commit the robbery between 4:00 to 5:00 pm. As the robbery participants, consisting of 6 people, proceeded to the business, Mady and Kevin were somewhere in the area.

Upon arrival at Data Pro Computers, RETH and Sar (phonetic) walked into the business posing as customers. RETH asked for someone whose name he made up and indicated that he wanted to purchase some computer parts. Sar was carrying a briefcase and at some point opened it. RETH removed a gun from the briefcase and announced the robbery. A female employee was on the telephone and RETH told her to terminate the call. Other robbery participants then entered the business and proceeded to go through the business looking for merchandise to take. During the robbery, one of the participants, Tanh (phonetic), struck a victim on the head with a gun. RETH also recalled that a Rolex watch was taken from a victim during the robbery.

RETH advised that nothing of value was taken in the robbery. RETH was yelled at by Kevin who thought the business had a lot of merchandise to be taken by the robbery group. This belief was based upon information given by John Chu who assumed that there would be a large amount of merchandise in the business at the time of the robbery. RETH advised that Kevin thought that RETH had stashed or stole the proceeds of the robbery from Kevin and Mady.

## Robbery - Cal Info, Los Angeles, CA

RETH advised that he participated in a robbery believed to be Cal Info which he committed for Donovan and Mady. RETH recalled that Amnath and Dung/Ding Dong also participated in the

102,260

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of    Chhayarith RETH       , On 8/26/99 , Page 9

robbery.  During the robbery, RETH advised that he was dealing
with a female victim who was resisting RETH who was trying to
secure her.  She kicked and scratch RETH which angered RETH.  In
retaliation, RETH fondled her breasts.  While RETH fondled the
female victim's breasts, Dung told RETH words in effect, "let's
go".  The female victim was secured by RETH after which he
departed as directed by Dung.

RETH advised that Donovan told RETH that the robbery
was not reported to the police.  Additionally, Donovan told RETH
that he (Donovan) knew the owner to the business.

## Information concerning Freeman

RETH advised that he was told by Ah Sing to train an Ah
Sing associate who was inexperienced in the robbery of computer
businesses.  Ah Sing introduced the newcomer, Freeman, to RETH at
the ABC Bakery on Webster Street in Oakland, CA.  Sing provided
robbery target locations to RETH who in turn gave them to Freeman
to check.  Freeman conducted pre-robbery surveys and provided the
results of his findings to RETH for consideration.  RETH advised
that Freeman's first robbery was Piiceon Computers.  RETH felt
that Freeman seemed "scared" during the robbery but continued to
work with him because Ah Sing wanted Freeman to be with Charlie
to gain experience.  RETH believed that Ah Sing kept Freeman with
Charlie as a way to monitor the activity(ies) of RETH and
minimize skimming of stolen merchandise after a robbery.

## Travel to Boston, MA

RETH advised that he traveled to Boston, MA at the
request of Ah Sing at one time to conduct a preliminary check for
committing robberies in the Boston area.  When RETH arrived in
Boston, he was picked up at the airport by someone whose name
RETH could not recall.  He was taken to the Holiday Inn in
Worcester, MA where RETH stayed during his visit.  Sam and
Freeman were also in Boston and had gone to look at potential
robbery targets.  Freeman told RETH that it seemed possible to do
robberies in Boston; RETH called back to Stockton, CA and
summoned his associates to travel to Boston for a possible
robbery operation.

Vannel, Paul, Bora, and Sar flew to Boston as directed

**102,261**

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ____Chhayarith RETH_____ , On _8/26/99_ , Page ___10__

by RETH. Shortly after their arrival at the airport, the
foursome was stopped by the police and detained for reason(s) not
known to RETH. During the stop and detention, RETH went to the
bathroom hoping he would not be stopped like the foursome. When
RETH exited from the bathroom, he was also detained by the
police. He identified himself to the police as Johnny Gia Tram
and told them that he worked at the Cameo Card Club in CA. The
group was released after they were identified; RETH believed that
the police continued to follow the group at least from the
airport to Worcester, MA. RETH decided to abort any robbery
operation in the Boston area because of the police contact.

        After RETH returned from Boston, Ah Sing wanted RETH
and his associates to rob Future Computers in the South bay area.
RETH told Ah Sing that Future Computers had been robbed before
and did not want to do it. Ah Sing then told RETH to go to Los
Angeles to commit robberies there with Freeman. RETH agreed to
do robberies in Los Angeles but later made up a story and told Ah
Sing that he could not proceed immediately to Los Angeles because
of an automobile mishap. RETH assured Ah Sing that after the
automobile mishap, though guns were in the car, he was able to
take care of the guns and not lose them. In reality, RETH did
not want to go to Los Angeles at the time because of his romantic
interest in a Cambodian singer.

Information concerning John Chu

        RETH advised that he met John Chu sometime after the
Alpha Systems robbery. John Chu had flown to Sacramento and
rented a Corsica vehicle to pick up some computer product stolen
in a robbery. John Chu, his girlfriend, and Bill went to Mady's
house where RETH was present during a meeting. RETH was
introduced to John Chu and Bill by Mady; John Chu and Bill
subsequently gave their pager numbers to RETH for contact with
them as necessary. At some point, Mady told RETH to contact John
Chu directly to obtain robbery targets as needed.

        RETH advised that when Mady got robbery target
information from John Chu, they tended to be more reliable and
profitable than robbery targets given by Jimmy and Ah Sing. RETH
advised that since John Chu was in the business, he could get
better information, without suspicion, through his daily contacts
with various companies in the computer business.

**102,262**

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____ , On _8/26/99_ , Page __11__

    Jimmy and Ah Sing got robbery target information from a
"big book". Their information tended to be less reliable and at
times inaccurate. Some of the robbery targets given by Jimmy and
Ah Sing turned out to be businesses which had little or no
possibility of obtaining the type of product, i.e. computer
chips, the group wanted.

## Information concerning Andy Chu

    RETH advised that Andy Chu identified the following
companies as potential robbery targets:

    Valtrix, Teg Micro, Micro Distribution, AMD, and PC
Team.

    RETH also noted that Andy's information tended to be
detailed and reliable which resulted in more profitable
robberies.

## Information concerning Mady Chan

    RETH recalled a discussion with Mady during which Mady
wanted RETH to be less involved with robberies and take
"commission only". By taking "commission only", RETH advised that
Mady proposed that RETH receive a percentage of the profits from
the sale of the stolen merchandise taken in computer businesses.
The robberies would continue to be committed by RETH's associates
but RETH would be less involved. Mady wanted to reduce RETH's
exposure which meant a reduced likelihood of RETH being arrested
by the police.

    RETH did not agree to Mady's proposal believing that
Mady was not always forthcoming in their transactions.
Additionally, RETH was able to establish some buyers of stolen
merchandise himself and did not necessarily need Mady to sell
stolen merchandise taken in the robberies.

    RETH also noted that Mady had a rivalry with Om Soon at
one time because of incidents between followers of Mady and Om
Soon. Shootings between associates of Mady and Om Soon including
a shooting in which Sophat, an associate of Mady, was shot on
July 4 and a shooting of one of Catfish's people, followers of Om
Soon, caused high tension between Mady and Om Soon. So serious

102,263

FD-302a (Rev. 10-6-95)

281E-SF-111963

Continuation of FD-302 of ___Chhayarith RETH_____ , On _8/26/99_____ , Page ___12___

the situation, Mady, frightened by the shootings, bought a
bulletproof vest to protect himself.

      However, Mady's brother-in-law, Jimmy intervened on
Mady's behalf and calmed the rivalry.  Associated with Om Soon
from the past, Jimmy worked out the problem(s) between Mady and
Om Soon resulting in a settlement of differences.

      RETH noted that Om Soon was an extortionist in the
past.

**102,264**