# EXHIBIT E

```
1    FILE #      281E-SF-111963
2    LOG # A-08/03/95-004
3    Call type   Incoming
4    Call time   1228-1233 Hours
5    Language    English/Vietnamese
6    Transcriber RM
7    Caller:     POLO (phonetic, male)
8    Receiver:   SING (phonetic, male)
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # ___46 b___

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____
        Deputy Clerk

Case4:96-cr-00094-JSW Document2126-7 Filed11/27/13 Page3 of 69
DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 11:04:42 AM

## A-080395-004

📁 **A-080395-004**

🎬 POLO: Sing, huh?...

A-080395-00401L11     **1 SEGMENTS / 00:04:47:03 DURATION**     

**1. Page 1:11 - 11:03 / Duration 00:04:47:03**

| | |
|---|---|
| 11 | POLO: Sing, huh? |
| 12 | SING: Yeah. |
| 13 | POLO: Sing, huh? |
| 14 | SING: Yeah, who is this? |
| 15 | POLO: Polo. |
| 16 | SING: Yeah, what's up? |
| 17 | POLO: How you've been, man? |
| 18 | SING: What...What the hell you guy doing? |
| 19 | POLO: Huh? |
| 20 | SING: What you guy doing? |
| 21 | POLO: Umm... you know, just fucking tryin' to get |
| 22 | the house up there, though. |
| 23 | SING: Just fuck around? |
| 24 | POLO: Huh? |
| 25 | SING: You guys fuck around? |

2

| | |
|---|---|
| 1 | POLO: Fuck around?  (Laughs00:00:16  )  Who, me? |
| 2 | SING: Yeah. |
| 3 | POLO: No. |
| 4 | SING:  I heard you.... Saturday go out, right? |
| 5 | POLO: Who? |
| 6 | SING: You. |
| 7 | POLO: The other day...man, ask Michael, man. |
| 8 | SING: You guys find out yet? |
| 9 | POLO: Huh? |
| 10 | SING: So what's up? |
| 11 | POLO: Uh...The guy's gonna let him know in a couple |
| 12 | of day.  He filled out the application |
| 13 | already, you know the guy TINH (phonetic)? |
| 14 | SING: Yeah. |
| 15 | POLO: TINH. |
| 16 | SING: Who? |
| 17 | POLO: TINH. |
| 18 | SING: THIEN? |
| 19 | POLO: TINH. |
| 20 | SING: Who? |
| 21 | POLO: Do you know, TINH. |
| 22 | S: TINH? |
| 23 | POLO: Uh-huh. |
| 24 | SING: You mean THIEN? |
| 25 | POLO: TINH. |

3

| | |
|---|---|
| 1 | SING: Who, who's this? |
| 2 | POLO: TINH. |
| 3 | SING: Uh...uh...What group is this? |
| 4 | POLO: Huh? |

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 11:04:42 AM

## A-080395-004

```
 5    SING: Who he belong?
 6    POLO: He's...uh...he know ONG XUONG
 7        (phonetic).
 8    SING: He... Cambodian?
 9    POLO: No, Vietnam.
10    SING: Oh, his friend, right?
11    POLO: Uh.
12    SING: ONG XUONG friend, right?
13    POLO: Yeah.
14    SING: So... so what's up?
15    POLO: The one that ah... the one that fucked up
16        at...uh... you know... the thing.  He said
17        that everyone's talking about.
18    SING: Yeah.
19    POLO: The guy ripped them off, three thousand
20        (3,000).
21    SING: Yeah.
22    POLO: Yeah, that guy.
23    SING: So what happened?  Why...why people rip off?
24
25    POLO: Huh?
```

4

```
 1    SING: Why people rip him off three thousand?
 2    POLO: I don't know.  He say... he say...  you know,
 3        he thought he know the guy, you know, good,
 4        you know?
 5    SING: Yeah.
 6    POLO: So he give him some money first, you know?
 7    SING: Yeah.
 8    POLO: Three thousand (3,000).  ONG XUONG gave him
 9        two thousand (2,000), right?
10    SING: Yeah.
11    POLO: And the other guy gave him 1,000.
12    SING: Yeah.
13    POLO: You know, after that, you know, like, you
14        know, the guy just took off.
15    SING: Why?
16    POLO: He's at Santa Ana right now.
17    SING: Where?
18    POLO: Santa Ana.
19    SING: Santa Ana, that, that guy?
20    POLO: Yeah.
21    SING: Uh.
22    POLO: The guy that ripped them off, you
23     know.
24    SING: Yeah.
25    POLO: But, you know...uh... Michael say, you know,
```

5

```
 1     just forget about that for right now, you
 2        know?  Just finish this.  Plus right now,
 3        he's gonna come down and // (unintelligible).
 4    SING: // So when you guy planning do?
 5    POLO: What?
 6    SING: When you guy planning?
 7    POLO: // Shit, man.
```

*page 2*

Case4:96-cr-00094-JSW   Document2126-7   Filed11/27/13   Page5 of 69
DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 11:04:42 AM

## A-080395-004

```
8   SING: // Wait for the house, right?
9   POLO: Huh?
10  SING: Waiting for the house?
11  POLO: The house?!
12  SING: Waiting for the house?
13  POLO: Yeah, waitin' for the house, man.
14  SING: Uh, I // sent...
15  POLO: // (Unintelligible) what it is.
16  SING: Tomorrow I send somebody go down LA and go
17     // (unintelligible).
18  POLO: // Hey, hold on a minute, okay?  Hold on.
19    (Pause)
20  POLO: Hello?
21  SING: Yeah.
22  POLO: Ah SING.  Uh.
23  SING: Yeah.
24  POLO: Yeah, we just get in the house, man.
25     // (Unintelligible).
```

6

```
1   SING: // Yeah.
2   POLO: Hey.
3   SING: Why?  What?
4   POLO: You know which fishing spot it is?
5   SING: Huh?
6   PO: You know which fishing spot?
7   SING: What about it?
8   POLO: You know what...uh... you know the name of
9    it yet?
10  SING: No, I don't want to know the name, man.
11  POLO: Oh, Okay.
12  SING: You know, don't talk on the phone with the
13        name.
14  POLO: No, it's a fishing spot, man.
15  SING: Fish?  I know!  But don't talk on the phone
16        with that name.
17  POLO: (Unintelligible).
18  SING: Okay?
19  POLO: Yeah, hey, I just called JIMMY.
20  SING: Yeah.
21  POLO: You know, umm, I talked to him, you know,
22        the... if they... somebody's gonna come down,
23        may be Saturday or something?
24  SING: Tomorrow my people coming down.
25  POLO: Yeah, two people, right?
```

7

```
1   SING: Yeah.
2   POLO: Yeah, so Saturday... you know.
3   SING: Tomorrow is Friday, (unintelligible)
4        Saturday, they go down LA... then go with
5   MICHAEL together.
6   POLO: Oh!  Okay.
7   SING: I can send one... but, unless two people
8        go... one guy with... can go in with you guy,
9        okay?
10
```

Case4:96-cr-00094-JSW Document2126-7 Filed11/27/13 Page6 of 69
DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 11:04:42 AM

A-080395-004

```
11    POLO: Yeah.
12    SING: You mean you saw...
13    POLO:  Hey, (unintelligible).
14    SING: Yeah?
15    POLO: You think ah... you can send me like, 500?
16    SING: What?
17    POLO: Do you think you could send through Western
18      Union like, 500?
19    SING: Tomorrow they bring up.
20    POLO: Huh?
21    SING: Tomorrow they bring up, all.
22    POLO: No, he say not until Saturday.
23    SING: No, tomorrow.
24    POLO: Now I don't have nothin' right now, you know?
25    SING: Right now... I with the new house, shit, man,
```

8

```
1         nothing in here.
2     POLO: Are they, ah, hey...
3     SING: I'm moving today.
4     POLO: Are they gonna rent the house?
5     SING: Who?
6     POLO: Are they gonna come up with the money to rent
7         the house down here?
8     SING: Yeah, everything, Okay?
9     POLO: Yeah?
10    SING: Make sure you don't... tell them mother fuck,
11        don't take that money spend again, man.
12    POLO: No, man...
13    SING: Take care of the house, man, do the thing.
14    POLO: No.  Hey, look!  I come down here, right?
15              I...
16    SING: Yeah.
17    POLO: I fucking had to buy airplane ticket and shit
18        for people, you know.
19    SING: Yeah.
20    POLO: For... uh... you know... the... ANN
21        (phonetic), you know, to come from
22        Massachusetts and stuff.
23    SING: Yeah.
24    POLO: And those...ah, three guys from Stockton
25        there..., you know?
```

9

```
1
2     SING: Don't talk, man.  Make sure, man, don't talk
3         on the phone that those thing, man.
4     POLO: Yeah.  Okay, man.
5     SING: Okay?  They can go down, take care
6         everything.
7     POLO: Alright.  Uh... they got my number, or what?
8     SING: Uh... they can go with Michael.
9     POLO: Oh, yeah?
10    SING: Yeah.
11    POLO: Oh.
12    SING: They go down LA meet Michael first and
13        together, they going...
```

A-080395-004

```
14   POLO: Okay, yeah.
15   SING: Okay?
16   POLO: What you been doing, man?
17   SING: I'm doing Okay.
18   POLO: You still going out... down uh... San Jo
19         (phonetic)?
20   SING: No.  I'm busy these couple of week.  I'm
21         moving house, that's why I busy.
22   POLO: Who's moving?
23   SING: Me.
24   POLO: You are?
25   SING: Yeah.
```

                                    10

```
 1   POLO: To where?
 2   SING: To new house.
 3   POLO: In San Jo, or?
 4   SING: No, no, uh...yeah, uh...
 5   POLO: Sacramento, uh?
 6   SING: No, far away from Sacramento.
 7   POLO: Shit!
 8   SING: // Okay?
 9   POLO: // Okay, man.
10   SING: You... They can go down take care of
11         everything.  Anything you call MICHAEL,
12         MICHAEL take care, Okay?
13   POLO: Okay, I, I talk to Michael, then.
14   SING: Alright?
15   POLO: Alright.
16   SING: Next time don't... I tell you one thing on
17         the phone, don't ever talk about that thing.
18   POLO: Okay.
19   SING: You guy personal, you guys can take care,
20    okay?  See each other talk.
21   POLO: // Alright, man.
22   SING: // Take care, you know?
23   POLO: Okay, man.
24   SING: Alright?
25   POLO: Take care.
```

                                    11

```
 1   SING: Alright, bye.
 2   POLO: Bye-bye.
 3    (End of conversation)
```

```
1    FILE #  281E-SF-111963
2    LOG #   A-08/05/95-024
3    Call type      Incoming
4    Call time      1458-1503 Hours
5    Language       English
6    Transcriber    RM
7    Caller: CHARLIE (phonetic, male)
8    Receiver:      SING (phonetic, male)
9    //:     Speaking simultaneously
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # _____ 536 _____

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____
            Deputy Clerk

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 3:55:14 PM

## A-080595-024

 **A-080595-024**

 CHARLIE: Yeah....

A-080595-02401L10          1 SEGMENTS / 00:01:32:00 DURATION

**1. Page 1:10 - 4:10 / Duration 00:01:32:00**

```
10    CHARLIE: Yeah.
11    SING: Yeah.
12    CHARLIE: // (Unintelligible)
13    SING: // You missed number, man.
14    CHARLIE: Huh?
15    SING: You missing number.
16    CHARLIE: Oh, yeah?
17    SING: Yeah.
18    CHARLIE: You know uh... FREEMAN (phonetic), his phone
19    number?
20    SING: FREEMAN?
21    CHARLIE: Yeah.
22    SING: Why you don't call STEVE (phonetic) beeper?
23    CHARLIE: What, what's his beeper?
24    SING: Yesterday I give you.
25    CHARLIE: I forgot!
```

2

```
1     SING: Okay.  Five-one-O (510).
2     CHARLIE: What?  Five-one-O (510)?
3     SING: Yeah.
4     CHARLIE: Okay.
5     SING: Three-two-one (321).
6     CHARLIE: Three-two-one (321).
7     SING: Three-eight-zero-one (3801).
8     CHARLIE: Three-eight-zero-one (3801).
9     SING: You... you call, put your number and put the
10    code zero-zero-three (003).  Then he know I
11    call.
12    CHARLIE: Three-two-one (321), what?
13    SING: Three-two-one, three-eight-zero-one (321-
14    3801).
15    CHARLIE: Three-eight-zero-one (3801).
16    SING: Okay, put the code is uh... the code...
17    CHARLIE: Yeah.
18    SING: Zero-zero-three (003).
19    CHARLIE: Okay.
20    SING: Okay?
21    CHARLIE: Okay.
22    SING: Alright.
23    CHARLIE: Thank you.  Bye.
24    SING: So, what are you doing?
25    CHARLIE: Uh... (unintelligible) got a party tonight.
```

3

```
1     SING: Party, huh?
2     CHARLIE: KEVIN (phonetic) call.  He wanna meet me
3     about some case.
```

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 3:55:14 PM

A-080595-024

---

4   SING: (Laughs)  He talked with me.  I say no, you
5   know?  (Laughs)
  6   CHARLIE: Uh-huh.
7   SING: Now he call you.  (Laughs)  I have couple for
8   you soon.
9   CHARLIE: You know I'll always stay with you no matter
10  what.
11  SING: No, let's see like... if good, you know, if
12  big, okay, you know.
13  CHARLIE: Uh-huh.
14  SING: If good, big and safety okay, you know?
15  CHARLIE: Okay.
16  SING: But if you mother fucking, it's... 'bout two
17  hundred (200), forget it, you know?
18  CHARLIE: Okay.
19  SING: At least, like five hundred (500), or six
20  hundred (600) up, right?
21  CHARLIE: Yeah.
22  SING: Then think about, right?
23  CHARLIE: Yeah.
24  SING: See right now, hundred (100) and two hundred
25  (200).  Before he told me about... hun...

4

1   about two hundred (200), probably one hundred
2   some (100+).  Shit!  Fuck, at even a hundred
3   some (100+) easy, forget it.  Okay?
4   CHARLIE: Um-hmm.
5   SING: If you... if you do it, man, more hot.  More
6   hot, how can you do other one.
7   CHARLIE: I know.
8   SING: Same job!
9   CHARLIE: Hey!
10  SING: Yeah.

```
 1   FILE #  281E-SF-111963
 2     LOG # B-08/14/95-021
 3     Call type   Outgoing
 4     Telephone # (209) 488-7131
 5     Call time   1602-1607 Hours
 6     Language    Chinese-Cantonese/English
 7     Translator  JW
 8     Caller:   AH SING
 9     Receivers:  CHARLIE
10          FREEMAN
11   UI:   Unintelligible
12   //:   Speaking simultaneously
13          (Tones of telephone number being dialed
14   were heard with music in the background, they were
15          followed by one telephone ring.)
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # **CR 96-0094 MHP**

Case Name: **U.S. v. John That Luong et al.**

PLAINTIFF Exhibit # __72 b__

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____

Deputy Clerk

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:01:18 PM

## B-081495-021

---

📁 **B081495-021**

🎬 CHARLIE: Hello....

B-081495-02101L16          **1 SEGMENTS / 00:04:38:16 DURATION**          

**1. Page 1:16 - 9:10 / Duration 00:04:38:16**

```
16    CHARLIE: Hello.
17    SING: Yeah.
18    CHARLIE: Yeah.
19    SING: Yeah, what you say?
20    CHARLIE: Can you make sure about Foster City?
21    SING: Huh?
22    CHARLIE: You make sure about Foster City?
23    SING: That why I tell you go check out, check out
24    all.
25    CHARLIE: It's no problem.  Foster and (UI).
```

2

```
1     SING: You see yet?
2     CHARLIE: (UI) see it.  I'm going right now with him.
3     SING: So (cutting out)... thing now okay?
4     CHARLIE: Huh?
5     SING: Whole thing now okay.
6     CHARLIE: I'm just saying, about inside.
7     SING: Let me talk with FREEMAN (phonetic).  He
8     there?
9     CHARLIE: Yeah.
10    SING: Yeah.
11    CHARLIE: Hold on.
12    FREEMAN: Hello?
13    SING: Yeah, Freeman?
14    FREEMAN: Big brother SING (phonetic)?
15    SING: Yes.  How did it go when you went to look
16    around the other day?
17    FREEMAN: Yes, the situation is that all four of them
18    are big.  They have (UI).
19    SING: Are they all companies though?
20    FREEMAN: They are all small companies. They are small
21    companies.  The one in San Mateo has some
22    electronic but they're not those kind of
23    electronic (UI).
24    SING: Are they ... //
25    FREEMAN: // Computer, (UI), and things like that.
```

3

```
1     SING: Umm...
2     FREEMAN: That one in Foster yesterday; it does have
3     merchandise, but it's just small.
4     SING: It does have merchandise but it's small?
5     FREEMAN: Memory System (phonetic), and then there is a
6     garage in the back.
7     SING: Ah, there's a garage in the back?
8     FREEMAN: Yes.
9     SING: How big is the store?
```

**B-081495-021**

```
10   FREEMAN: The space? It's about a car's length big.
11   SING: No. I'm asking how big is the company?
12   FREEMAN: The company is small, just like those (UI).
13   SING: Really?
14   FREEMAN: Many units connected together.
15   SING: Ooh, that's the case.  There's another one,
16   you mentioned that there's another one which
17   is pretty good.  Which one is that?
18   FREEMAN: It's in San Jose, near (UI). (UI) ....  There
19   are about ten .... ten some stores.
20   SING: Twelve blocks?
21   FREEMAN: Twenty-eight.  What I mean was that the one
22   next door is even better.
23   SING: The one next door is even better?
24   FREEMAN: That's right.
25   SING: Why?
```

4

```
1    FREEMAN: Uh, written .... written on it was
2    1..7..2..1..., (UI) and something like that,
3    but this place is a pretty good one.
4    SING: Really?
5    FREEMAN: Yeah.  That's right.
6    SING: Really?
7    FREEMAN: I'll take you there and show it to you later.
8     We can get a feel of the surrounding area.
9    SING: Ah, okay.
10   FREEMAN: Okay?
11   SING: He ...  Also on that day when he was with us,
12   he also gave us a new place.
13   FREEMAN: Huh?
14   SING: He also gave us a new place.
15   FREEMAN: A new place?
16   SING: Right.
17   FREEMAN: Where is it?
18   SING: Ah CHEONG-FUN (phonetic).
19   FREEMAN: At Ah .... Ah ... with Ah Brother CHEONG
20   (phonetic).
21   SING: Right.
22   FREEMAN: I ... I don't know.
23   SING: Huh?
24   FREEMAN: I don't know about that.
25   SING: You call him and get that too.
```

5

```
1    FREEMAN: Okay.
2    SING: He gave us a new place also.
3    FREEMAN: Uh-huh, okay. I am going to call .... call
4    and ask him right now.
5    SING: Okay, if it doesn't work out down there, I
6    also have a few places in Los Angeles that we
7    can do.
8    FREEMAN: Okay.
9    SING: Okay?
10   FREEMAN: Okay.
11   SING: Let me talk with CHAR (phonetic).
12   FREEMAN: Okay.
```

**B-081495-021**

```
13    CHARLIE: Hello.
14    SING: Yeah, CHARLIE?
15    CHARLIE: Yeah.
16    SING: Yeah, you go check alone, okay?  If not, if
17    you .... if you don't like, right?  In L.A.
18    they have it, okay?  L.A. already tell
19    somebody already check out.  They said they
20    have two or three okay.  You know?
21    CHARLIE: Two or three okay?
22    SING: In L.A., yeah.
23    CHARLIE: Then why (UI) in L.A.?
24    SING: Now, you check this one first, if not okay,
25    you meet Michael out .... out there.  You
```

6

```
1   know Michael, right?
2    CHARLIE: Yeah.
3    SING: Yeah.
4    CHARLIE: I don't care about this place or I can ... //
5    SING: // Make sure have umm ... thing, right? //
6    CHARLIE: // (UI) this place, but make sure I have the
7    thing.
8    SING: I know. That's why you go check out, you take
9    a look, okay?
10   CHARLIE: And even I take a look outside, I can't tell.
11   SING: You can tell how big business is.
12   CHARLIE: Yeah, I can tell how big, but you know, I
13   don't know the stuff inside.
14   SING: Yeah.
15   CHARLIE: If I do it, I do it.
16   SING: Okay.
17   CHARLIE: You know? If I look at it, I like it, I do
18   it.
19   SING: I know.
20   CHARLIE: Who.... who give you this?
21   SING: Huh?
22   CHARLIE: KEVIN, huh?
23   SING: No. They not belong me anymore, man.
24   CHARLIE: Hope you don't take it from him, you know?
25   SING: It's not?
```

7

```
1   CHARLIE: Okay.
2    SING: I ... I told you, all these address inside
3    the business book. You know this is all ...
4    all company have make ... ten million ...//
5    CHARLIE: L.A., you sure they have it in L.A., right?
6    SING: They have two, yeah.  DONG (phonetic) already
7    check out three.  And he doing now one, okay?
8    Still have two more available.
9    CHARLIE: Okay.
10   SING: He check out three okay, all three okay.
11   CHARLIE: Why don't you have him drive look at it.
12   When I get down there, I wanna know (UI),
13   just drive me and show me, okay?
14   SING: That why Michael, he take a look already.
15   CHARLIE: Yeah.  When he's ready, call me and then I go
```

**B-081495-021**

---

16    down and look at it.  Okay?
17    SING: So, you check out this one first.  If not
18    okay, then you go down there.
19    CHARLIE: Okay.
20    SING: Yeah, I don't want you guy go far away,
21    right?
22    CHARLIE: It's okay.  L.A. is okay.
23    SING: That way you check it out here first, if
24    don't ..... not okay, then go down there.
25    CHARLIE: Okay.

8

1    SING: Right?
2    CHARLIE: I call you tonight.
3    SING: Okay. Hey, hey, you tell FREEMAN call back to
4    the ..... Steve (phonetic), right?
5    CHARLIE: Uh-huh.
6    SING: Because you say, CHEONG-FUN and the other
7    guy, the short guy have one more, one more
8    address I give him.
9    CHARLIE: What short guy?
10    SING: He know, I already told him.
11    CHARLIE: SON (phonetic)?
12    SING: I ... I don't, I forget his name.
13    CHARLIE: Call CHEONG-FUN and ask him?
14    SING: No, tell... (line cutting out) call to HUNG
15    (phonetic), okay?
16    CHARLIE: Uh-huh.
17    SING: Then he ..... he know.
18    CHARLIE: Where's HUNG at?
19    SING: He ... FREEMAN know.
20    CHARLIE: Huh?
21    SING: FREEMAN know.
22    CHARLIE: Oh, FREEMAN know where HUNG's at?
23    SING: Yeah.  Okay?
24    CHARLIE: Okay.
25    SING: Because I give, I give him one address, I

9

1    tell him give to you guy.  You know, probably
2    he forget, you know?
3    CHARLIE: Uh-huh.
4    SING: Okay.
5    CHARLIE: Okay.
6    SING: Bye.
7    (CHARLIE was mentioning something about HUNG
8    in the background while he was hanging up the
9    phone.)
10    (End of conversation)

```
 1    FILE #  281E-SF-111963
 2    LOG # B-08/14/95-022
 3    Call type   Outgoing
 4    Telephone # (209) 483-8713
 5    Call time   1640-1643 Hours
 6    Language    Chinese-Cantonese/English
 7    Translator  JW
 8    Caller:     AH SING
 9    Receivers:  CHARLIE
10         FREEMAN
11    UI:   Unintelligible
12    //:   Speaking simultaneously
13          (Tones of telephone number being dialed were
14          heard, they were followed by one telephone
15          ring.)
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # **CR 96-0094 MHP**

Case Name: **U.S. v. John That Luong et al.**

PLAINTIFF Exhibit # __73 b__

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____
                    Deputy Clerk

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:01:37 PM

## B-081495-022

### B081495-022

 CHARLIE: Hello....

B-081495-02201L16          1 SEGMENTS / 00:02:40:02 DURATION          

**1. Page 1:16 - 5:21 / Duration 00:02:40:02**

```
16    CHARLIE: Hello.
17    SING: Ah.
18    CHARLIE: JOHN?
19    SING: Yeah.
20    CHARLIE: Nothing man, small.
21    SING: Check other one then.
22    CHARLIE: Went to two already.  The other one's no good
23    too.
24    SING: I give them five.  Hello?
25    CHARLIE: One, two, three, (inaudible).
```

2

```
1    SING: You have four, still have one more.
2    CHARLIE: Four .... four already.
3    SING: You see four already?
4    CHARLIE: Yeah.
5    SING: How ... how they look?
6    CHARLIE: Sun (phonetic)...., Sun, okay?
7    SING: Huh?
8    CHARLIE: You know what's happening, okay?  Sun?
9    SING: Yeah.
10    CHARLIE: Got there, about four building, okay?
11    SING: Oh.
12    CHARLIE: Four floor.
13    SING: Ooh!  (Laughing.)
14    CHARLIE: Okay?
15    SING: Oh.
16    CHARLIE: And the one in Foster, okay?
17    SING: Yeah.
18    CHARLIE: The door's open.
19    SING: Yeah.
20    CHARLIE: Back and the front.
21    SING: Yeah.
22    CHARLIE: Too small.
23    SING: Too small, right?
24    CHARLIE: Okay?
25    SING: Yeah.
```

3

```
1    CHARLIE: Then there's San Mateo.
2    SING: San Mateo, yeah.
3    CHARLIE: They sell like cellular phone.
4    SING: No, not that one then.
5    CHARLIE: And the other one, you know, also small.  But
6    inside one whole building.
7    SING: Small, and one side ..., inside one ...
8    CHARLIE: One whole building.
9    SING: One whole building, what that mean?
```

**B-081495-022**

10    CHARLIE: Like, the address is 743.
11    SING: Yeah.
12    CHARLIE: Start with 733 inside there.
13    SING: Oh.
14    CHARLIE: It's O something.
15    SING: Ah.  Okay.  Where's one more?  Is FREEMAN see
16    it?
17    CHARLIE: Who?  Oh, he don't, he don't know what you
18    talking about HUNG (phonetic).
19    SING: He don't know what the phone number house?
20    CHARLIE: HUNG, he don't know HUNG.
21    SING: Let me talk with him, he know.
22    CHARLIE: Okay, hold on.
23    FREEMAN: Hello?
24    SING: Yeah.  Where are you now?
25    FREEMAN: Uh?  Going back to Oakland right now.


                                    4


1    SING: You don't know the telephone number to his
2    house?
3    FREEMAN: Huh?  Who?
4    SING: Ah CHEONG-FUN?
5    FREEMAN: Ah brother FUN-CHEONG (phonetic)?
6    SING: Yes.
7    FREEMAN: Oh, you mean Ah brother CHEONG?  He ... I
8    thought you meant the owner.
9    SING: No.  You call Ah CHEONG-FUN, CHEONG-FUN has
10    an address.
11    FREEMAN: Okay.  What are you doing? (UI).
12    SING: Huh?
13    FREEMAN: I'll call him now.
14    SING: Ah, you do this, you call him, ask Ah CHEONG-
15    FUN.  Tell him it's the address I gave.
16    FREEMAN: Okay.
17    SING: If it still doesn't work out, then go to Los
18    Angeles.
19    FREEMAN: Okay.
20    SING: Okay. I'll save one for you guys in Los
21    Angeles.
22    FREEMAN: Okay.
23    SING: Okay, bye.
24    FREEMAN: (UI, talking away from the phone in the
25     background.)


                                    5


1    SING: Hey, hey, hey, hey, hey.  Hello!
2    CHARLIE: Hello!
3    SING: Yeah. Okay, one more.  Last one if not okay,
4    go L.A.
5    CHARLIE: Okay, which one?
6    SING: Ah, I don't .... uh, I tell him call that
7    number. I didn't bring with me.
8    CHARLIE: Okay.
9    SING: I already give the other guy, STEVE...
10    STEVEN, okay?
11    CHARLIE: Okay. Tell Michael to look at it, all I want
12    to know is ...

**B-081495-022**

```
      13    SING: He went look .... look at, okay?
      14    CHARLIE: Just wanna know it's true or not.
      15    SING: That day I give him five, okay?  He check out
      16    three okay.  Now, one ...., there's one
      17    today. They uh .... this week they action,
      18    okay?  Down uh ...one, okay?  Still have two,
      19    okay.  Two, okay?  All .....
20    (Line was disconnected.)
21    End of conversation
```

```
1    FILE #  281E-SF-111963
2    LOG #                B-08/14/95-023
3    Call type            Outgoing
4    Telephone #          (209) 483-6713
5    Call time            1643-1645 Hours
6    Language             English
7    Transcriber    RM
8    Caller:              SING (phonetic, male)
9    Receiver:            CHARLIE (phonetic, male)
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit #  ___74 b___

Date Entered: _____

RICHARD W. WIEKING, Clerk
By: _____
          Deputy Clerk

**B-081495-023**

---

📁 **B-08/14/95-23**

🎞️ CHARLIE: Hello....

---

**B-081495-02301L10**        **1 SEGMENTS / 00:01:25:02 DURATION**        

**1. Page 1:10 - 3:17 / Duration 00:01:25:02**

```
10    CHARLIE: Hello.
11    SING: Yeah.
12    CHARLIE:   Yeah.
13    SING:   Okay? Ooh.
14    CHARLIE:   One more and then go L.A., right?
15    SING:   Yeah, you check one more.  And not o... not
16    okay, go L.A.
17    CHARLIE:   Just make sure I...  Don't wanna know if you
18    do or not.  I don't wanna look... don't wanna
19    look (inaudible).  I just want him to show me
20    and then do it.
21    SING:   Yeah.
22    CHARLIE: God!  (Unintelligible).
23    SING: Hey!  You, your father never call me.
24    Charlie.   Huh?
25    SING:   Your father never call me.
```

2

```
1    CHARLIE:   I call him already.  He say he call you,
2    he'll call you.
3    SING:   (Chuckling)  He call you, call you.  When?
4    Next year?
5    CHARLIE:   Ah, no.
6    Ah Sing.  My sister keep (unintelligible), asking, man.
7    CHARLIE:   Don't worry, OK.
8    SING: (Sighs)
9    CHARLIE: He's got the car there.
10    SING:   Huh?
11    CHARLIE:   He have the car there.  Hey!
12    SING: Yeah.
13    CHARLIE: I'm getting married.
14    SING:   Huh?
15    CHARLIE: I'm getting married.
16    SING: You getting married?
17    CHARLIE: Yeah.
18    SING: When?
19    CHARLIE:   Ah, next month on the 23rd.
20    SING:   With who?
21    CHARLIE:   With Cambodian movie star.
22    SING:   Hey, really?  (Chuckles)  Oh, my God!  Next
23    month 23rd?  yeah.
24    CHARLIE:   Wanna come?
25    SING:   Of course.
```

3

```
1    CHARLIE:   (Unintelligible).
2    SING:  Huh?
3    CHARLIE:   (Unintelligible).
```

B-081495-023

```
 4    SING:   I don't tell you now.  (Laughs)  You sure?
 5    CHARLIE:   Yeah!  I (unintelligible) already.  I miss
 6    her already.
 7    SING:   Man!  That fast?
 8    CHARLIE:   Yeah.  (Unintelligible) already.
 9    SING:   Baby or not?
10    CHARLIE:   (Unintelligible).
11    SING:   Okay.
12    CHARLIE: I'm hungry, man.
13    SING: All right.
14    CHARLIE: (Unintelligible)?
15    SING: OK.
16    CHARLIE: Okay, bye.
17    (End of conversation)
```

```
1    FILE #  281E-SF-111963
2    LOG #   B-8/15/95-014
3    Call type       Outgoing
4    Telephone #   (209) 957-9873
5    Call time     1924-1927 Hours
6    Language       English
7    Transcriber   RM
8    Caller: SING (phonetic, male)
9    Receivers:    UNKNOWN CHILD
10    UNKNOWN FEMALE
11    CHARLIE
12
13    //:    Speaking simultaneously
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # ___77 b___

Date Entered: _____

                RICHARD W. WIEKING, Clerk

By: _____

             Deputy Clerk

DepositionDirector - Printed Transcript
Thursday, January 27, 2000, 3:05:52 PM

## US v Luong

### B-08/15/95-014

1

```
 1    FILE # 281E-SF-111963
 2    LOG # B-8/15/95-014
 3    Call type Outgoing
 4    Telephone # (209) 957-9873
 5    Call time 1924-1927 Hours
 6    Language English
 7    Transcriber RM
 8    Caller: SING (phonetic, male)
 9    Receivers: UNKNOWN CHILD
10     UNKNOWN FEMALE
11     CHARLIE
12
13    //: Speaking simultaneously
14     (Ringing)
15    UNKNOWN CHILD: Hello?
16    SING: Yeah.  CHARLIE home?
17    UNKNOWN CHILD: Who?
18    SING: CHARLIE.
19     (Pause)
20    UNKNOWN FEMALE: Hello?
21    SING: Hello?
22    UNKNOWN FEMALE: (Unintelligible).
23    SING: Hello... Hello, CHARLIE there?
24    CHARLIE: Hello?
25    SING: CHARLIE?
```

2

```
 1    CHARLIE: Uh-huh.
 2    SING: Yeah, me.
 3    CHARLIE: Oh, yeah.
 4    SING: Yeah, what?
 5    CHARLIE: Huh?
 6    SING: What?
 7    CHARLIE: Go to L.A., right?
 8    SING: Yeah.
 9    CHARLIE: Tomorrow, right?
10    SING: You go tomorrow, right?  L.A., right?
11    CHARLIE: Yeah.  But Freeman has to go to court.
12    SING: Freeman have go to court?
13    CHARLIE: Yeah.
14    SING: What?...
15    CHARLIE: Burglary.
16    SING: Oh, really?
17    CHARLIE: Yeah.
18    SING: Oh, he have a court for that?
```

105,474

DepositionDirector - Printed Transcript
Thursday, January 27, 2000, 3:05:52 PM

## US v Luong

### B-08/15/95-014 (continued)

19  CHARLIE: Yeah, that's why we wait.  Or else we leave
20  today already.
21  SING: Oh.  Okay, so tomorrow you go with him,
22  right?
23  CHARLIE: Yeah.
24  SING: Okay.
25  CHARLIE: Go with uh... and I bring three other guys.

3

1  SING: Don't need bring that much, man.  You just...
2  CHARLIE: Why?
3  SING: Go up there first and take a look, okay, then
4  tell them to come over.
5  CHARLIE: Okay.  // (Unintelligible).
6  SING: // Why you, you like to bring too much, for,
7  for, for what?
8  CHARLIE: I just wanna get it done, that's all.
9  SING: I know.  Why don't you go check first, okay.
10   You call them, one phone call, they can //
11  fly up, right?
12  CHARLIE: // (Unintelligible) check it already.
13  SING: DONG... I know DONG, they check out...
14  (Unintelligible), right?
15  CHARLIE: Uh-huh.
16  SING: But you have to go check too, right?
17  CHARLIE: Uh-huh.
18  SING: Remember DONG checked and tell you go do it?
19  CHARLIE: // Uh-huh.
20  SING: // You can't do it?
21  CHARLIE: Of course!  That's why (line break) do
22  before.
23  SING: Aiye.  Better if you go check by yourself,
24  better.
25  CHARLIE: Okay, I go tomorrow, okay?

4

1  SING: Okay?  Alright, I call and tell Michael,
2  // okay?
3  CHARLIE: // (Unintelligible).  Who gonna pick us up?
4  SING: You don't have anybody rent car with you?
5  (Pause)  Hello?
6  CHARLIE: Right away, you cannot bring too many people.
7  SING: Uh, you wanna bring the guy... bring the guy,
8  rent car then.
9  CHARLIE: They gotta go to work.

**105,475**

*page 2*

## US v Luong

### B-08/15/95-014 (continued)

```
10    SING: Oh, they go work?
11    CHARLIE: Yeah, one day is one day, you know?  I don't
12    want them go back and forth.
13    SING: So who have uh... credit... who have credit?
14    (static on line).  Yeah.
15    CHARLIE: (Unintelligible, static) you know, wait.
16    SING: Oh.
17    CHARLIE: I go look.  And then one day, I see another
18    two up there.
19    SING: Okay, I tell them pick you up there.
20    CHARLIE: Okay.  Tell me... tell them pick me up.
21    SING: Yeah, okay.
22    CHARLIE: Okay?
23    SING: I call them first.
24    CHARLIE: Bye-bye.
25    SING: So anything you order, you let me know.
```

5

```
1    CHARLIE: Alright.
2        (End of Conversation)
3
4
5
6    FILE # 281E-SF-111963
7    LOG # B-8/15/95-014
8
```

105,476

```
 1   FILE #              281E-SF-111963
 2   LOG #   B-08/16/95-027
 3   Call type           Outgoing
 4   Telephone #   (916) 204-8978
 5   Call time           2032-2054 Hours
 6   Language            Chinese-Cantonese/English
 7   Translator    JW
 8   Caller: Ah SING (phonetic)
 9   Receiver:   CHI-FEI (phonetic)
10   Overheard(o):    UNKNOWN FEMALE (O)
11   //:    Speaking Simultaneously
12   UI:    Unintelligible
13   (O):   Overhear
14   *:     See translator's notes
15   (Tones of telephone number being dialed were
16   heard, they were followed by two telephone
17    rings.)
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # ___83b___

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____
        Deputy Clerk

## B-081695-027

 **B-081695-027**

 B-081695-02701L18

| NEWCLIP | 1 SEGMENTS / 00:22:02:00 DURATION |
|---|---|

**1. Page 1:18 - 36:08 / Duration 00:22:02:00**

```
18    CHI-FEI: Hello!
19    SING: Hello!
20    CHI-FEI: Yes.
21    SING: Wow!  Did you change to a new phone again?
22    CHI-FEI: No, this is another one.
23    SING: Wow!  How come you have so many of them?  How
24    many do you have?
25    CHI-FEI: I only have three.
```

                            2

```
1     SING: Hah?
2     CHI-FEI: Just have three.
3     SING: Only three?  I thought you have four or five
4     of them. (Laughing.)
5     CHI-FEI: (UI).
6     SING: (Chuckles)  One is 204 and one is 206.
7     CHI-FEI: That's true. I use these phones for (UI).
8     SING: Oh! (Laughing.) Well, I thought that you
9     entered the wrong number earlier. You entered
10    206.
11    CHI-FEI: Is that right?
12    SING: Yeah.
13    CHI-FEI: Uh ... How's Ah SUP (phonetic)?
14    SING: How is Ah SUP?  Uh?  What about him?
15    CHI-FEI: Hah?
16    SING: What about him?
17    CHI-FEI: Will he do it?
18    SING: He said he would do it.
19    CHI-FEI: If he wants to do it, then why didn't he
20    return my call when I called his pager. Is he
21    in Los Angeles now?
22    SING: He's carrying Ah MICHAEL's beeper.
23    CHI-FEI: He's carrying .... He should be carrying Ah
24    NGHIA's (phonetic).
25    SING: No, it should be MICHAEL's. Oh, it should be
```

                            3

```
1     Ah NGHIA's, yeah.
2     CHI-FEI: That's right. I called his pager, but he
3     didn't return the page. Hah?
4     SING: He didn't return the page?
5     CHI-FEI: That's right. (Inaudible, with static and
6     other noises in the background.)
7     SING: Hello!
8     CHI-FEI: Yes.
9     SING: He didn't return the page?
10    CHI-FEI: He didn't return any page. I wanted to ask if
11    he wanted to do it or not.
```

B-081695-027

12  SING: He said he would do it ... I spoke with him
13  on the matter about the attorney's fee.
14  CHI-FEI: Yes.
15  SING: He said to go ahead and just take .... take
16  the hard drive account, take the hard drive
17  account to make it up.
18  CHI-FEI: Uh-huh.
19  SING: I said that's fine then.
20  CHI-FEI: Yeah.
21  SING: Let him do it.
22  CHI-FEI: Uh-huh.
23  SING: Whatever he needs for the bail money, we'll
24  calculate that accordingly.
25  CHI-FEI: Yeah.  The account from the hard drive?

4

1   SING: We promise to give him one beng* (phonetic)
2   plus ... 1.2 beng from the hard drive.
3   CHI-FEI: Uh-huh.
4   SING: Do you remember? That's the situation.
5   CHI-FEI: That can't be enough for him.
6   SING: (Coughing.) Hah? Hah?
7   CHI-FEI: That's not enough.
8   SING: What is not enough?
9   CHI-FEI: How can he have enough money?
10  SING: Fuck, he has to cough up the rest of it
11  himself.
12  CHI-FEI: You have to tell him that. Mother fucker,
13  they are all down there. Anyway, Ah ... Ah
14  what's his name and those guys are down
15  there.  Ah CHARLIE and those guys are going
16  down there too.
17  SING: Fuck.  CHARLIE .... You're talking about
18  CHARLIE, even your ... your side wants us to
19  come up with some money too.
20  CHI-FEI: Ah ..., that is this side's business, (UI).
21  SING: When Ah CHARLIE just .... just got over here,
22  didn't he hand over one beng to Ah MICHAEL?
23  CHI-FEI: When?
24  SING: I just handed it over to MICH ... to Ah
25  CHARLIE, and had Ah CHARLIE to bring it down

5

1   to him.
2   CHI-FEI: No, I don't know.
3   SING: He personally borrowed five dimes*.
4   CHI-FEI: Uh-huh.
5   SING: And the other five dimes ..., the other five
6   dimes will be used for work.
7   CHI-FEI: Hey, why is he borrowing that much money?
8   (Baby's noise was heard in the background.)
9   SING: Why the fuck are you asking me this for?
10  CHI-FEI: Well, he borrowed that much money, (UI).
11  SING: (UI) ...., I don't fucking know why this one
12  spent so fucking much lately.
13  CHI-FEI: I know sometimes there is a lot of expenses.
14  I said .... I told him to give me an

*page 2*

**B-081695-027**

---

15   accounting ....
16   SING: I am telling you, okay?  Next time when you
17   and I ...., okay, this is for real. I don't
18   fucking care who asks for money, okay, we
19   should notify each other, okay? Do you
20   understand?
21   CHI-FEI: Uh-huh.
22   SING: So often they get it from me and they also
23   get it from you. Do you understand?
24   CHI-FEI: That's right. I told them that I won't give
25   them anything from this side anymore.

6

1   SING: Fuck, this Ah Gor (phonetic) said that he has
2   never taken ... never taken any money from
3   me. I said, "What do you mean by saying that
4   you have never taken any money from me?  What
5   is the difference when you take it from CHI-
6   FEI and from Ah DONG (phonetic)?  (UI), I am
7   also responsible for that too."  This son of
8   a bitch doesn't even know what he's talking
9   about.  He said in the last few days he only
10   took ..., he said that he only took .... he
11   only took one beng from Ah DONG recently. I
12   told him, "for this one beng, don't I have to
13   pay it back?  Or are you going to pay it
14   back?"
15   CHI-FEI: I will cover Ah DONG's end, fuck.
16   SING: That's just it. Mother fucker, regarding Ah
17   DONG's money, okay, Ah CHI-FEI will be the
18   first and I will be the second who will have
19   to cover it.
20   CHI-FEI: I will cover it. I'll .... I'll ... he
21   fucking (UI) ... (Static.)
22   SING: Ah Gor is putting on an act in front of me.
23   He said that he's never taken any money from
24   me. And I said, "Mother fucker, you've taken
25   it from Ah DONG, okay, and you've also taken

7

1   it from CHI-FEI.  Don't they all get charged
2   in the company's account?"
3   CHI-FEI: That didn't go into the company's account,
4   that money for Ah Gor.
5   SING: Really? (Static.)  Those ...
6   CHI-FEI: That is considered to be what I gave out for
7   Ah DONG's attorney fee.
8   SING: Ooh.
9   CHI-FEI: I ... I already paid it for you over there,
10   and then I also gave some to Ah DONG
11   separately.
12   SING: Ooh.
13   CHI-FEI: I already ... (inaudible).
14   SING: Yeah. (Static.) Ummh.
15   CHI-FEI: I ...., I ... (inaudible).
16   SING: Uh.
17   CHI-FEI: I said .... (UI and inaudible).

**B-081695-027**

---

18  SING: (Coughing).  Fuck, the attorney's fee will
19  have to be covered by the three of us.  Who
20  else will cover it right now?
21  CHI-FEI: (Static.) Right now I'll cover ... (static).
22  Ah DONG doesn't need it.  You guys cover
23  fifty, and I will cover the other fifty
24  percent, right?
25  SING: Uh-huh.

8

1  CHI-FEI: Fuck, the three of us will cover fifty,
2  right?  And I will cover the rest of the
3  fifty percent.  Ah DONG and I.... (UI).
4  SING: // You .... you will pay for the rest?
5  CHI-FEI: Yes, I will pay for the rest. I don't want to
6  lose my credibility. Is that right?
7  SING: What do you mean by losing your credibility?
8    In fact, you made it fucking clear, okay?
9  CHI-FEI: But I told him that before he started to
10  work.
11  SING: Oh, you ... So it is your .... //
12  CHI-FEI: // (UI).
13  SING: Then it is your fault.
14  CHI-FEI: So I .. I ... I ... I will pay for Ah DONG
15  (UI, static).  I don't care.
16  SING: Regarding Ah CHAR's (phonetic) side ... I
17  fucking  spoke with Ah CHAR already. I spoke
18  with Ah CHAR when he came down here
19   today, okay? When he does it next time,
20  okay, he will have to pay out 20%
21  commission, okay.
22  CHI-FEI: Yeah.
23  SING: He has no problem with that.
24  CHI-FEI: Uh-huh.
25  SING: It has been made very fucking clear to Ah

9

1  CHAR. I said, "okay, if you don't pay out
2  any commission, ..... There are two
3  conditions here, okay? Number one, if you
4  pay out commission, this will include the
5  underlings getting busted, we will pay for it
6  from the commission, okay?  Ten percent will
7  be paid with the company's money, okay? The
8  other condition is, if you don't fucking pay
9  out anything, okay?  And we continue to
10  divide everything like we are doing now,
11  okay? If anything should happen next time,
12  then I will not help out at all, okay?  If
13  anything should happen to the underlings,
14  you'll have to fucking take care of it, okay?
15   With you ... you being the exception, okay?
16   I ... If you ... you ... you get busted,
17  okay, then I will help you as far as I'm able
18  to help. That's all."   That's it.
19  CHI-FEI: I will ... I will help the big (UI).(Static).
20  How much money does he need? (Inaudible).

*page 4*

Case4:96-cr-00094-JSW   Document2126-7   Filed11/27/13   Page32 of 69
DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:05:16 PM

**B-081695-027**

---

21  SING: (UI)...
22  CHI-FEI: I know.  Ah DONG's underlings know. (UI). If
23  I am able to help, I will help.
24  SING: Yeah.  Now with Ah CHARLIE ... //
25  CHI-FEI:   // (UI and inaudible). //

10

1   SING: (Coughing.)  So right now Ah CHAR ..., he ...
2   he ... he likes ... the idea ... the idea of
3   setting up a company fund.  He likes that
4   idea, okay. So next time, after a job is
5   done, doing whatever...  We'll take out 30
6   percent from the commission, okay? I told him
7   that 10 percent of that commission will be
8   given to other people.
9   CHI-FEI: Yeah, I know.  Ah DONG ... Ah Gor did it
10  before, so it's easy.
11  SING: Yeah.
12  CHI-FEI: (UI and inaudible).
13  SING: Ah CHAR ... Ah CHAR....  right now we're
14  talking about MICHAEL down there.  And Ah
15  STEVE will go up there too.
16  CHI-FEI: Uh, you should have one guy stay with the
17  van.  And have two sit in one car.
18  SING: The underlings will be there with him. You
19  don't need to worry about it. (Coughing).
20  CHI-FEI: Right.  I'm afraid (UI) during the driving.
21  SING: Yeah.
22  CHI-FEI: You know?  Will definitely (UI) for... for
23  MADY.  And MADY will certainly give the
24  instruction.  Ah MADY is coming out.  He is
25  coming out with us.

11

1   SING: I know. I will go with his underlings. You
2   don't ...
3   CHI-FEI: No, no, I just follow them.  Those of them
4   from the past, I don't know them, okay?
5   You... you have to apply .... apply some
6   pressure.
7   SING: Nothing ... Nothing should happen to that
8   previous deal ... that previous deal.  There
9   are underlings here.
10  CHI-FEI: I don't know about those guys.  (UI).  They
11  are scattered all over the place.
12  SING: Uh.
13  CHI-FEI: I instructed them to come over here, but they
14  would go over there.  Made arrangements to
15  come here but they go there.  Wasn't that
16  right?
17  SING: Umm.
18
19  CHI-FEI: (UI and inaudible).
20  SING: Regarding that, I will leave ... leave the
21  instruction for this side.
22  CHI-FEI: I am not afraid of our side.
23  SING: Yeah.

```
 1    FILE #  281E-SF-111963
 2    LOG #  B-08/16/95-035
 3    Call type    Outgoing
 4    Telephone #  (916) 685-3410
 5    Call time    2308-2335 Hours
 6    Language     Chinese-Cantonese/English
 7    Translator   JW
 8    Caller:      Ah SING (phonetic)
 9    Receiver:    MADY, aka, MANNY
10    UI:    Unintelligible
11    //:    Speaking simultaneously
12    (O):   Overhear
13    *:     See Translator's Notes
14           (Tones of telephone number being dialed were
15    heard, they were followed by one telephone
16    ring. TV noises were also heard in the
17    background.)
18
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # _86b_

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____

Deputy Clerk

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:06:15 PM

## B-081695-035

---

🎬 **B081695-035**

🎞 MADY: Hello!...

---

**B-081695-03501L19**          **5 SEGMENTS / 00:18:51:04 DURATION**          

**1. Page 1:19 - 3:08 / Duration 00:00:51:04**

```
19   MADY: Hello!
20   SING: Yeah.
21   MADY: What's up?
22   SING: Uh ..., is this KEVIN?
23   MADY: No, it's not.
24   SING: MANNY (phonetic)?
25   MADY: How can you mistaken me for KEVIN?
```

2

```
1    SING: Uh!
2    MADY: 916 is my home number. Don't you know that?
3    SING: I don't ... don't remember.
4    MADY: You forgot already?
5    SING: Yeah.
6    MADY: (Sighing).  I've been sleeping lately...
7    SING: Huh?
8    MADY: Lately....  I just woke up about now.
9    SING: You?
10   MADY: Yes.
11   SING: Is that right?
12   MADY: I just woke up.  I want to see if
13   (inaudible). Recently ... the last few
14   days...
15   SING: Ooh.
16   MADY: Almost (UI).
17   SING: Is that right?
18   MADY: (UI)
19   SING: Wow! (Laughing).
20   MADY: It's true. (Inaudible) ... the last few days.
21   I just slept.
22   SING: No, it's not true, is it?
23   MADY: Yes. (UI) and slept.
24   SING: Slept ... (A break in the telephone line).
25   MADY: Hmmh?
```

3

```
1    SING: Slept ...
2    MADY: Hah?
3    SING: You sleep .... You sleep for a few weeks
4    consecutively? (Chuckles)
5    MADY: That's right. (UI), took that stuff, aiye.  I
6    just woke up.
7    SING: Uh.
8    MADY: (UI).
```

**2. Page 8:15 - 13:23 / Duration 00:03:42:00**

```
15   MADY: You definitely want to talk to him?
```

### B-081695-035

```
16   SING: No.
17   MADY: You know that I don't have much to say to
18   him.  I never do.
19   SING: Mother fucker, CHI-FEI (phonetic) told me
20   that according to you guys, it was four peis
21   something.
22   MADY: Uh.
23   SING: Shouldn't it have been six bengs that last
24   time?
25   MADY: Big brother, even if I said ... I said that
```

9

```
1    it was six bengs, so what?
2    SING: No.  The way that you guys talked about the
3    account, mother fucker, ... Hmmh ...., and
4    then you mentioned that somewhere the stuff
5    got stolen....
6    MADY: He, in fact, collected the account in full
7    already.  Okay?
8    SING: Hah?
9    MADY: He collected the account in full already.
10   SING: Not yet, right?
11   MADY: It was collected in full.
12   SING: How long ago?
13   MADY: Long time ago.  We are the only ones who
14   haven't received anything on that account
15   yet.  The others have all received their
16   salaries already.
17   SING: Me?
18   MADY: All of them should have been paid already,
19   okay?  Your account should be all cleared.
20   SING: My account has all been cleared?
21   MADY: It has all been cleared.
22   SING: I don't think so.
23   MADY: Big brother!  It's like, you owed me one pei
24   in the past and you haven't cleared the
25   account as of now.  This is just the same
```

10

```
1    thing.  (Laughing.)
2    SING: Hey.
3    MADY: Hello.
4    SING: But I only got two bengs.
5    MADY: Well, that's just it, big brother, there is
6    no use for you to ask me about it.  Honestly
7    speaking, the account has been all cleared.
8    Okay? The account was paid in full, okay?
9    Just like with your one bengs, I didn't know
10   anything about that. Isn't that right? I only
11   knew about that just now, and I didn't
12   mention anything about it.  Aih, I don't care
13   about it.  That's how things are. Aih!
14   SING: Uh.
15   MADY: The account has been cleared. I am telling
16   you honestly, really. The account has
17   been collected in full. I called down there
18   over the phone and asked around thoroughly.
```

**B-081695-035**

---

19   All the money has been collected, okay?
20   That's the case with your share.  It is true
21   that KEVIN and I came up a little short with
22   our account.  We haven't collected it in full
23   yet.  But your account has been collected in
24   full.
25   SING: Where did you call?

11

1   MADY: Huh? MIAMI.
2   SING: Has he ... Has he already sent it all out?
3   MADY: All of it has been sent out.  And all the
4   money has been collected already.  I had a
5   talk with him. Because of that, I have to
6   collect on my account.  I don't care, I just
7   want to collect on my account.  That's all,
8   okay?  The rest ... the rest of the account
9   has all been collected.  Only the part of the
10   account belonging to KEVIN and myself has not
11   been collected yet.  Your .... Your account
12   has been all cleared.  Okay?  So, if you want
13   me to help you to talk to him, I can help you
14   talk to him.  I'll mention it to him.
15   SING: Well, mother fucker, I still haven't
16   collected on my account yet.  So far I only
17   got two bengs after all this time.
18   MADY: Big brother, // I ....
19   SING: // Fuck.
20   MADY: I understand, okay? I understand the minute
21   you brought it up.  I know that you haven't
22   gotten it.  That's how it is ... (a break in
23   reception.)  They asked me about the six
24   bengs... that and the four plus bengs ...
25   (UI) ... how big a difference can it be?

12

1   That's how it is.
2   SING: No. Mother fucker, I just want to get back
3   what I deserve.  Mother fucker.
4   MADY: I understand that, big brother. I'm saying
5   the same thing too.  It's like the three
6   bengs from last time is not a big problem,
7   okay? Originally, it's not ...  That is,
8   originally it's okay, right?  I am not
9   concerned about that few peis ... that few
10   bengs, okay?  You know?  You know, that
11   matter was not handled in an agreeable
12   manner.  So... just don't ... just don't do
13   it.  That's all.  Aih, I already said it, I
14   said that I didn't want to do it anymore.
15   Aih, I said I have no solution.  Things like
16   this is very hard to argue.  What's there to
17   argue about?  There's nothing to argue about.
18   The only thing to do is to quit doing it.
19   SING: Aih!
20   MADY: In any case, you have already collected on
21   your account, okay?  In any case, your

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:06:15 PM

## B-081695-035

```
22   account has been collected as of now, okay?
23   (UI) the price has been negotiated, and the
24   talk is done.   (UI).
25   SING: Uh. (Sighing.)
```

13

```
1   MADY: So, what do you want to do?  Do you want me
2   to talk to him about it?  You know that I
3   don't talk much to him, okay?  We don't chat.
4    We have nothing to chat about.   (UI).
5   SING: I called him up today.
6   MADY: // Uh.
7   SING: // I ... I called today already.
8   MADY: Uh-huh.
9   SING: I said that I wanted my account back.
10   MADY: Then what did he say?
11   SING: Then he said, "I received five bengs a while
12   ago."
13   MADY: He collected the account in full already,
14   okay?  In short, he collected your account in
15   full already, okay?
16   SING: Is that right?
17   MADY: I am certain of that.  Outside of that, I
18   don't ... I don't have anything to say.  You
19   know.  Well, with things like these, even if
20   we are not going to do it anymore, we should
21   have a good follow through.  We should tie up
22   all the loose ends first, right?
23   SING: Yeah.
```

### 3. Page 16:01 - 26:16 / Duration 00:06:37:00

```
1   MADY: (UI).  Well, if you have time to come out,
2   we'll have a chat then.
3   SING: Okay.
4   MADY: If we are going to do it in the future, I
5   would like to spell it out clearly.  If
6   that's the case, it's going to be just you
7   and me, okay?  No need to worry about anyone
8   else, okay?
9   SING: Hmmh.
10   MADY: Whether I give anything to KEVIN or not, it's
11   my business.  And whether you give him
12   anything or not, it's your business. Okay?  I
13   don't want to worry about all that. You know?
14    Then it's easier to do the accounting.
15   SING: Yeah.
16   MADY: If we are going to do it, then this is how it
17   will be done, okay?  Make it crystal clear,
18   okay?  No delay, no debt, get it done
19   quickly, that's how we usually do business.
20   No problem.  Aiye!  This is so fucking
21   troublesome, you know?  And it's so difficult
22   to open my mouth, okay?  I have to bottle it
23   up inside and say nothing. (Inaudible.)
24   SING: (UI) .... Hmmh, you're back with DONOVAN?
25   MADY: Who said that?
```

17

## B-081695-035

```
1   SING: Hmmh?
2   MADY: Who said that?
3   SING: Uh ..., I just heard it from other people.
4   MADY: That's just what you heard from other people.
5   Who said that?
6   SING: Hah?
7   MADY: Who said that?
8   SING: (Laughs)
9   MADY: There's no such thing.  I have been sleeping
10  at home until now.
11  SING: Hmmh!
12  MADY: I have been flat on my back very often
13   lately.  I am not in the mood to work
14  with him.  I am telling you.
15  SING: I heard that someone got busted.
16  MADY: Who?  I don't know.
17  SING: With Ah THIEN Jai's (phonetic) side.
18  MADY: I don't know.  I don't know.
19  SING: Seems like they all got busted.
20  MADY: Huh?  If that's the case, it's good.  It's
21  good that they all got busted.
22  SING: THIEN Jai is the only one who didn't get
23  busted.
24  MADY: Is that right?  So, that's a good thing.
25  Isn't that right? This is not our concern.
```

18

```
1   Right?
2   SING: Uh.
3   MADY: We should be happy about that, honestly
4   speaking.
5   SING: (Sighing.)
6   MADY:  In short, AH SING, I am telling you
7   honestly here, okay?  When you come out to
8   work nowadays, basically... you know that
9   it's chaotic out there, okay?  Everyone has
10  something to say, okay?  (UI), right?  So,
11  there's no big problem with things like that.
12  SING: Aih! I'm in the fucking most difficult
13  position right now.  (Laughing.) Okay?
14  MADY: Don't just talk about you, I have been in a
15  difficult position for a long time too.  Do
16  you know that?
17  SING: (Laughing.)
18  MADY: You know why I have been keeping my mouth
19  shut for so long? That's because I am in a
20  difficult position, okay? That's why I don't
21  want to do it.
22  SING: (Laughing.)  For them to progress to the
23  present state.  Mother fucker, I don't know
24  what to do either.  Okay?  (Chuckles)
25  MADY: Aiye.
```

19

```
1   SING: Do you understand? (Noise of a siren was
```

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:06:15 PM

## B-081695-035

2   heard in the background.)
3   MADY: I understand you ... I understand. (A break
4   in the line.)... I understand, okay? I know
5   that, okay? You think it's easy for me to
6   act under these circumstances?
7   SING: Ah.
8   MADY: It's very difficult to act also. That's why
9   I don't get involved. So I just passed out
10  at home. Passed out for a while. That's why
11  I don't whatever .... not get involved.
12  (Other people were talking in the
13  background.)
14  SING: Uh.
15  MADY: It's not possible for me and DONOVAN to get
16  together again. I am telling you honestly,
17  okay? That is something which is impossible,
18  I am telling you. The chances for a
19  partnership with him again is an
20  impossibility.
21  SING: Uh ... That's just it. When I look at you
22  guys, aih ...., I don't even fucking know
23  what to do. (Laughing.) I haven't been
24  coming out for.... A while back, I moved to
25  another house. To my surprise, mother

20

1   fucker, I came out and looked around, and
2   what I saw was the current situation.
3   MADY: (UI).
4   SING: Fuck, I don't fucking know how to put it in
5   words..
6   MADY: Hey! Let me tell you this now .... Let me
7   tell you now. Right now, if .... I can tell
8   you one thing first. If I have to find some
9   people to work right now, ....
10  SING: Yeah.
11  MADY: That is, to go and make ... make some money.
12   There is only one choice, okay? If I am not
13  going to work with you, no one will work with
14  you. I'm telling you now.
15  SING: Yeah.
16  MADY: I am telling you the facts here. There is
17  nothing more to say, okay?
18  SING: Uh.
19  MADY: Some things cannot be reversed, (inaudible).
20  SING: Uh.
21  MADY: No one else would give you the chance.
22  SING: Uh.
23  MADY: Put yourself aside. There are lots of other
24  problems too, okay? (UI).
25  SING: Hmmh.

21

1   MADY: You know. If that's the case, I'll look for
2   some people to work on the first one. I'll
3   do it with you. No need to mention about
4   KEVIN, we work together. That's for certain.

## B-081695-035

```
 5   We are together.  It has always been like
 6   that, okay?
 7   SING: Uh-huh.
 8   MADY: If we are going to do it, KEVIN and I will be
 9   doing it with you.  However, I don't want to
10   divide it into three shares, okay?
11   SING: Uh.
12   MADY: Because that is not quite fair, okay?  Two
13   people to do one ...  That is to say, we are
14   only doing one thing, you know?  If I do it,
15   I'll work with you directly, okay?  Or you
16   work directly with KEVIN.  This way, the
17   negotiation will be easier.  It will make
18   things clearer.
19   SING: (Sighing.)
20   MADY: Anything else would be impossible, okay?  For
21   example ...
22   SING: I ... I know that, okay.
23   MADY: It's like with CHARLESTON (phonetic), okay?
24    The way he works, okay?  He has people
25   working for him now.  I heard it from a
```

22

```
 1   source.
 2   SING: Uh.
 3   MADY: Well, I am happy that he is making it.
 4   SING: Uh.
 5   MADY: Honestly speaking, ....
 6   SING: Truthfully, I might as well tell you, okay?
 7   If ... If, in fact, I didn't have the two of
 8   you, then, in fact, he wouldn't have.... we
 9   would not be on this track, okay?  He would
10   not be working on this track either, okay?  I
11   know about that, okay?  It's not like I don't
12   know, MADY.
13   MADY: Uh-huh.
14   SING: When, in fact, I don't even belong to this
15   line of work, okay.  You know that, okay.
16   MADY: Uh-huh.
17   SING: If it weren't for you two, I wouldn't have
18   even touched this line of work.  Isn't that
19   right?
20   MADY: Uh.
21   SING: Do you understand?
22   MADY: Uh.
23   SING: (Sighing.)  And it's precisely because we
24   are... right now....  Mother fucker, and
25   then he tells me.... Aih, I am, in fact, in
```

23

```
 1   the middle ...  Well, because I'm almost like
 2   the middle man, I don't know what the fuck to
 3   say, okay?  And you are like ... It's like a
 4   pair of hands, one is a left hand and the
 5   other one is a right hand, and I don't know
 6   what the fuck to say to either one, okay?
 7   MADY: I know that.  I am saying the same thing too,
```

**B-081695-035**

8  okay.  In the past, you didn't ask me.  Now
9  you asked me why.  You know, I'm in a very
10  difficult position, okay, regarding that
11  stuff, okay?  You know what I mean. (Pause.)
12  Anyway, that's how it is, okay.  It's not a
13  problem.  I am telling you honestly.  Number
14  one, okay, I don't have a problem with it,
15  okay.  I am telling you.
16  SING: Yeah.
17  MADY: This will be the best way to do it, I am
18  telling you, okay.  As for me, I don't want
19  to continue to do it, okay?  I no longer want
20  to do it, I am telling you.  It's because you
21  have been working with him all along and you
22  should continue to work with him, okay.
23  SING: Uh.
24  MADY: That's not a problem, okay.  Because... right
25  now I ...  That is, I have nothing at all,

24

1  okay?  I have no people, no money; I have
2  nothing at all.  How can I do anything, big
3  brother?
4  SING: No.  How about this?
5  MADY: Right?
6  SING: So, this is what I'm proposing.  I don't know
7  if you will like it or not, okay?
8  MADY: Ah .... Uh-huh.
9  SING: You ...  The fact is, I'm telling you now.
10  We are currently in the middle, and that's
11  very hard.  It's a very fucking difficult
12  position, okay?  You know that, okay?
13  MADY: That's right.
14  SING: You know what's up, okay?
15  MADY: Uh-huh.
16  SING: If we are going to do it together...  you
17  don't need to show your face.  You show
18  nothing at all.
19  MADY: Uh-huh.
20  SING: Right?
21  MADY: Uh.
22  SING: If you have any list, you pass it over here,
23  okay?  I'll send other people to do the work,
24  and you will receive a certain amount of
25  commission.  That's all.  This is the best

25

1  way to do it.
2  MADY: That's right.
3  SING: We'll treat it as if it doesn't involve you
4  at all.  Do you understand?
5  MADY: That's fine. (Baby's voice was heard in the
6  background.)
7  SING: You don't have to let him know that you ... I
8  won't let him know who gave me the list
9  either, okay?
10  MADY: Right. Right.

**B-081695-035**

---

```
11    SING: Anyway, a certain amount of commission, okay?
12     After it is done, I'll take out the
13    commission and hand it over to you.
14    MADY: Good.  This is good.
15    SING: Do you want to do it this way?
16    MADY: This is ... This is of course the best way.
17    SING: Then we can avoid ....
18    MADY: It's troublesome (UI) // I...
19    SING: // That's right.
20    MADY: You know that I am in a difficult position,
21    not to even mention that you are in a
22    difficult position also.  I don't know ....
23    You ... you ... Whatever you didn't want to
24    say, I said it for you already, okay?
25    SING: (Sighing.)
```

26

```
 1    MADY: But.... Do you understand?
 2    SING: That's just it.  You understand?  That's what
 3    I told him.  Being the middleman is the most
 4    fucking difficult thing to do, okay?
 5    (Laughing.)
 6    MADY: Difficult ... I ... // (UI)...
 7    SING: // You are my kin and he is my kin too.
 8    Fuck, I don't fucking know what to do.
 9    Mother fucker, were we supposed to divide it
10    up and play it four ways?  Mother fucker, and
11    each one .... each one of us has his own
12    banner?
13    MADY: That's right.  I understand.  This is the
14    best way.  This is the best way.  I don't
15    want to ... whatever either.  To tell you the
16    truth, // (UI).
```

**4. Page 30:19 - 41:25 / Duration 00:05:59:00**

```
19    MADY: Hey, how about doing this, okay?  I have two
20    ideas, okay.  Number one is, okay, from now
21    on you talk to Ah KEVIN, okay?  And Ah KEVIN
22    will provide you ... you... provide you with
23    the line to do the work, okay?  Is that
24    alright?  That's Ah KEVIN.
25    SING: Hmmh.
```

31

```
 1    MADY: He'll ... Next time, I'll tell him to talk to
 2    you, okay?  We only want a small part, okay?
 3    We'll take fifteen, okay?
 4    SING: Yeah.
 5    MADY: Fifteen.
 6    SING: Yeah.
 7    MADY: We can also unload them too.  That's no
 8    problem with us.  So it's fifteen, okay?
 9    SING: Hmmh.
10    MADY: Is that alright?  The two of us will share.
11    A total of fifteen for the two of us.
12    SING: Yeah.
```

Case4:96-cr-00094-JSW   Document2126-7   Filed11/27/13   Page43 of 69
DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:06:15 PM

**B-081695-035**

13  MADY: Okay?
14  SING: The most important thing is for the line to
15  be good.  Fuck.
16  MADY: Let's go to number two, okay?
17  SING: Yeah.
18  MADY: And if you have any other business
19  opportunities, then you'll speak up and we'll
20  see if it's feasible.
21  SING: I am telling him now, right now, we are
22  pretty much .... we, pretty much, ourselves
23  are....  There's no need to let anyone know,
24  okay?  I don't even need to know.  All I am
25  going to tell him is that the line was given

32

1  by someone else, okay?
2  MADY: // That's right. That's right.
3  SING: // It is not necessary to ... I won't let
4  people know who gave me the line, okay?  And
5  you don't need to contact the ... boys
6  either, okay?  If you contact them a lot,
7  they might fucking blow your cover, okay?
8  That would put me in a difficult position,
9  okay?
10  MADY: Let me tell you this, AH SING, okay?
11  SING: Yeah.
12  MADY: Because up until now, you haven't come into
13  this for too long, okay?
14  SING: Yeah.
15  MADY: But this group of people here have been here
16  for a long time already, okay?
17  SING: I know that.
18  MADY: What I mean is, as far as knowing about me,
19  that is, who doesn't know about me.  I'm not
20  talking about the present time, big brother.
21  SING: I know.
22  MADY: It's been like this for many years.  As a
23  result, many people when they see money...
24  many of them will start talking, okay?
25  They'll say this and that. You know?  You

33

1  know how it is, okay?  People will talk about
2  this and that.  You know all about that. It's
3  a mess.  You know?  But then you... you
4  shouldn't listen too much to what other
5  people have to say, okay?
6  SING: Yeah.
7  MADY: Because you didn't personally see those
8  things, okay?  That's because people are ...
9  SING: Let me tell you the truth here, whatever
10  those people have to say, they can go ahead
11  and say it, okay.  I don't even // fucking

12  care about all that, okay?
13  MADY: // (UI).  Just like the incident with Ah POLO
14  (phonetic) that other time, okay?

*page 10*

**B-081695-035**

---

```
15   SING: Yeah.
16   MADY: You can still find out the truth from him,
17   okay?  I am just saying...
18   SING: Fuck.
19   MADY: It's like you told me about this matter
20   today, okay?  You can ask // that guy clearly
21   today, okay?
22   SING: // I ... Uh ....
23   MADY: In a manner of speaking, okay?  That is to
24   say, even if we don't have any work to do,
25   it's still okay.
```

34

```
1    SING: Regarding POLO, I already fucking chewed him
2    out.  I chewed him out already.  I said, fuck
3    his mother fucking cunt.
4    MADY: Hmmh.
5    SING: He knows how to borrow, but when it comes to
6    doing the work, he cannot fucking perform.  I
7    wasted one beng on him alone.  Almost one
8    beng on him alone, okay?  With Ah CHAR
9    (phonetic), because Ah CHAR... it was a bit
10   heavy.  Because after we finished ...
11   finished our job last ... last time, I sold
12   the wrong merchandise to Ah NAM (phonetic).
13   MADY: Uh-huh.
14   SING: As a result, Ah NAM already handed over more
15   than twenty thousand dollars extra.  And I
16   fucking divided it up already.  So it's not
17   reasonable for me to ask them to return it.
18   Do you understand?  So I marked the twenty
19   thousand dollars against myself for him.
20   That's the situation there.
21   MADY: Uh-huh.
22   SING: And we didn't do the deal in BOSTON after we
23   got there.  The airfare is a loss.
24   MADY: Uh.
25   SING: That's the situation.
```

35

```
1    MADY: So this is how this whole thing is going to
2    be, okay?  Like I said, okay?  Let's see what
3    they are going to do.  (UI), you get back the
4    account first, okay?  We don't have any
5    problem with it, AH SING.  Honestly speaking,
6    if the account has been calculated correctly,
7    then I won't have a problem with it, okay?
8    Even if it has not been calculated correctly,
9    I still won't ... I won't have anything to
10   say about it.
11   SING: No. We do it ... You ... I don't fucking know
12   how they do things, okay?  The way I am,
13   okay?
14   MADY: Hmmh.
15   SING: I follow through from start to finish, okay?
16   MADY: That's right.
17   SING: Whoever wants to .... Mother fucker, I am
```

Case4:96-cr-00094-JSW   Document2126-7   Filed11/27/13   Page45 of 69
DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:06:15 PM

**B-081695-035**

18  telling you, if it weren't for you and KEVIN,
19  I wouldn't have touched this line of work,
20  okay?
21  MADY: Uh.
22  SING: Because it doesn't make sense.  Mother fucker
23  .... Do you understand?
24  MADY: Hmmuh.
25  SING: Even though I am making it now, mother

36

1  fucker, there's no reason for me to, mother
2  fucker, watch my brothers die.  Am I right?
3  MADY: So that's number one ... number two, okay?
4  Okay, you look at them...  It's like, they
5  said they weren't doing it anymore.  So what
6  are they doing now?  They are all still doing
7  the same thing.
8  SING: Yeah.
9  MADY: You know.  It is just all talk.  I don't
10  believe them, okay?  You can say what you
11  want.  Fuck, you know what to say, okay?
12  Well, at least you know to say "thank you"
13  and I'm able to hear this, okay?  But there's
14  no ... no such kind of people in this world.
15  SING: Yeah.
16  MADY: You know.  That is to say, they're all
17  ungrateful, okay?  They're like that, okay?
18  SING: Hmmh.
19  MADY: Nowadays, In this world of ours .... Of
20  course, depending on your situation, okay?  I
21  have nothing at all now, okay?  So someone
22  has something, there's no reason for him to
23  have to share what he has with me.  It's
24  like, I'm not even able to articulate.
25  That's why I don't come out.  That's why I

37

1  don't want to come out to work.  You know?  I
2  understand, okay?  That's why I said, if you
3  don't want me to work, then say so.  There's
4  no need to say all that garbage, I said.
5  SING: Hmmh.
6  MADY: You know.  I work for my money and I spend it
7  myself.  I feel happy that way, okay?  You
8  know?  That's because it's got nothing to do
9  with me.  In fact, I didn't cheat on them,
10  okay?
11  SING: Hmmh.
12  MADY: Right?  That's how things are.
13  SING: Hey!  Since we are on this subject, fuck, I
14  don't even know what to say.  Number one, if
15  he is an outsider, then it will be very
16  fucking easy to talk these things over, okay?
17  MADY: Yeah.
18  SING: With the outsiders, I talk to them.  And it
19  is very fucking easy to settle it, okay? And
20  // he ....

**B-081695-035**

```
21   MADY: // Everything will be easier to clear up.
22   And it's because the way things are right
23   now, it is very difficult to clear up.
24   SING: (Laughing.)
25   MADY: I don't want to talk about it, okay?  If he
```

38

```
1    was someone else, then I would not hesitate
2    to say something.  Because of this
3    relationship between us.  I don't have
4    anything to say, okay?  At most, I just won't
5    do it.  If it's difficult to split the shares
6    then don't give me a share.  That's all.  I
7    am happy.  Okay?  If it is somebody else, it
8    will be so much easier to handle.  But with
9  . these people, there is no way to handle them,
10   okay?  If you don't like it, then just don't
11   do it.  That's all.  Calculating the account
12   should be very easy, right?  That's how it
13   is.  So that's why things turned out the way
14   it did now.  If we can't do it, then we won't
15   do it.  That's all.  I have nothing to say
16   regarding the rest of the matter.  I don't
17   want to mention about the things in the past,
18   and I don't want ... don't want to know ...
19   know about them either.  That is, if you ask
20   me, I would not like to talk about it
21   anymore.  I would say that I don't want to
22   talk about those things in the past.  In
23   short, if you ask, "is your account all
24   clear?" I would say, "who care?" You know?
25   Anyway, I didn't delay things like that,
```

39

```
1    okay? You know?
2    SING: So with that one beng of yours, let's see ...
3    MADY: (Yawning.)
4    SING: I will talk to him and // get it back for
5    you.
6    MADY: // (UI).
7    SING: No.
8    MADY: Forget it, okay?  Anyway, in any case, the
9    reason I ... I ... asked you is not because I
10   wanted to get back that one pei, okay?  // So
11   just forget it.
12   SING: // No. The truth is ... I am telling you the
13   truth.  I paid off your one pei a fucking
14   long time ago, mother fucker.
15   MADY: // So that's why ....
16   SING: // There is no reason for me to owe ... to
17   owe you money.  Do you understand?
18   MADY: But you have to understand ....
19   SING: It's not that I couldn't fucking make it.
20   (Laughing.)  Do you understand?  Fuck.
21   (Laughing.)
22   MADY: Your account was cleared recently.  To tell
23   you honestly, your account has been cleared,
```

*page 13*

**B-081695-035**

24   for sure, a couple of weeks ago, okay?
25   SING: Aih yah!

40

1   MADY: (Static)... clear your account.   (Static)...
2   know that, okay?
3   SING: Aih!
4   MADY: So you ... you ... // (UI).
5   SING: // Right now I'm ... I'm still fucking asking
6   him about when I can collect on my account.
7   I called him today, and asked him when I can
8   collect the remainder of my (reception cut
9   off), okay?
10   MADY: Uh huh.
11   SING: I heard that .... okay. I told him, okay, "I
12   heard that you are responsible for the
13   collection." Okay?
14   MADY: Hmmuh.
15   SING: "And now ... now I would like to know when I
16   can have the account.  Okay?"
17   MADY: (Laughing.)  That's right. It's like if he
18   hasn't done anything, then .... then he
19   should let people know.  There's no problem
20   with that.  Well, fuck, he has said nothing
21   at all.
22   SING: I told him very clearly today.  I said, "I
23   don't fucking care at this point whether you
24   have spent the money or not after you've
25   collected it, okay?  Anyway, I just want to

41

1   get back the remainder of my money."  //
2   (UI).
3   MADY: // Even if he spent it, that's not a problem.
4   He can just owe you for the time being,
5   right?  As long as the accounting is here,
6   then it's alright.
7   SING: He told me that he has not been spent yet,
8   okay? I said, "if it has not been spent,
9   okay.  You call whoever is in charge ....,
10   the one who is holding the account.  You tell
11   him to bring it back to me."
12   MADY: Hmmuh.
13   SING: When it comes to work, I should get back the
14   share which I deserve, okay?
15   MADY: That's right.
16   SING: In fact, I am not ... I am not freeloading,
17   okay?  And I am not fucking extorting you
18   either, okay?
19   MADY: Right.
20   SING: I put out my effort in that deal too, okay.
21   I'm only getting back the share which I
22   deserve, okay?
23   MADY: Hmmh.
24   SING: I did not .... I have never extorted anybody,
25   mother fucker.

**B-081695-035**

5. Page 44:02 - 47:09 / Duration 00:01:42:00

2   MADY: Honestly speaking, Ah SING, okay, I will
3   usually take in almost any kind of
4   merchandise, almost anything, okay?

5   SING: Hmmh.
6   MADY: I can sell any kind of merchandise.  Anyway,
7   you can bring any kind of merchandise over
8   here, I can sell them.
9   SING: Yeah. So, this is what we have decided.
10  MADY: Okay.
11  SING: So you tell KEVIN to contact me about working
12  on that stuff.
13  MADY: Okay. Yeah.
14  SING: I would like to have them go to work in the
15  near future.  So I can get my account back.
16  MADY: Okay. I will talk to him.
17  SING: It is not with Ah CHAR's side, it is another
18  separate side.  Mother fucker, there are
19  fucking many accounts on both sides.
20  MADY: Uh-huh.
21  SING: It came to more than seven bengs with the two
22  ... two sides added together.  Mother fucker,
23  (UI) ... (Laughing.)
24  MADY: Which side were you talking about?
25  SING: Hah?

45

1   MADY: Which side still has it?
2   SING: My side!
3   MADY: Your side?
4   SING: Yes.
5   MADY: Oh!
6   SING: AH DONG (phonetic) and his side too.
7   MADY: AH DONG and those guys?
8   SING: Who else?
9   MADY: Did Ah DONG work too?
10  SING: Hah?
11  MADY: Ah DONG's money has nothing to do with me,
12  big brother.
13  SING: It has // nothing to do with you.
14  MADY: // What does it have to do with me?
15  (Laughing.)
16  SING: That's why I would like to let them go to
17  work, so that I can get back my account.
18  That's all.  If we don't work, in regards to
19  my account, it will be like throwing away my
20  account into the sea.
21  MADY: I know that.  But then I have nothing to do
22  with Ah DONG's stuff.
23  SING: I know.
24  MADY: AH DONG's money is his own money. It has
25  nothing to do with me. I can't even collect a

46

1   dollar from that.

**B-081695-035**

---

2  SING: He is also ... If we are going to do it
3  according to what we've just planned, then it
4  will not involve you from now on.
5  MADY: You know.
6  SING: The most important thing is ... Anyway, when
7  it comes back, you will have a percentage.
8  You understand?
9  MADY: (UI). Anyway, I'll ...
10  SING: You're in the best position.  You won't have
11  any headache, okay?
12  MADY: .... do a little bit of work with Ah KEVIN.
13  SING: No.  It's not bad.  It's pretty good.  You
14  just take a look at how we were before.  With
15  everything added up, and it still didn't ....
16  it only added up to be five percent.
17  MADY: That's right.
18  SING: It still worked out better, really.
19  MADY: That might not be the case.  Since there are
20  fewer people nowadays, it will be easier to
21  divide .... to divide it up.  You know?  I
22  know that. Okay!
23  SING (O): // At laundry cabinet.
24  MADY: // I'll ask KEVIN to call you later on.
25  SING: Hah?


47


1  MADY: I'll tell KEVIN to call you.
2  SING: You tell him to do his best to try to call.
3  MADY: Okay.  I'll tell him to call you tomorrow,
4  okay?
5  SING: Okay.
6  MADY: Bye.
7  SING: Bye.
8  MADY: Uh. Bye.
9  (END OF CONVERSATION)

```
FILE #              281E-SF-111963
LOG #               B-08/16/95-035
```

Translators's notes

BENG(s) (P. 6)---   Slang for monetary unit, a beng generally
                    means ten thousand dollars.

PEI(s) (P. 7)---    Slang for one dollar.  But it can also mean
                    ten thousand dollars ($10,000).

```
1    FILE #  281E-SF-111963
2    LOG #   B-08/17/95-006
3    Call type     Outgoing
4    Telephone #   (209) 957-9873
5    Call time     1250-1256 Hours
6    Language      English/Chinese
7    Transcriber   RM
8    Caller: SING (phonetic, male)
9    Receiver:     CHARLIE (phonetic, male)
10   //:    Speaking Simultaneously
11
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # 90 b

Date Entered: _____

By: _____
RICHARD W. WIEKING, Clerk

Deputy Clerk

## B-081795-006

📁 **B-08/17/95-006**

🎬 CHARLIE: Hello?...

---

**B-081795-00601L12**          **1 SEGMENTS / 00:05:29:00 DURATION**          

**1. Page 1:12 - 9:24 / Duration 00:05:29:00**

```
12   CHARLIE: Hello?
13   SING: Yeah, CHAR?
14   CHARLIE: Yeah.
15   SING: Yeah, me.
16   CHARLIE: Uh huh.
17   SING: You still stay home?
18   CHARLIE: Huh?
19   SING: Have you ordered the ticket yet?
20   CHARLIE: Not yet!  I'm waitin' for the guy to come
21   through.
22   SING: (Sighs)
23   CHARLIE: Don't worry, JOHN, I took care of it.
24   SING: (Coughs)  They working today.
25   CHARLIE: Huh?
```

2

```
 1   SING: They go work today.
 2   CHARLIE: Why?!...  You say (unintelligible).
 3   SING: // Aiye.
 4   CHARLIE: // (Unintelligible).
 5   SING: I just called up there.  They say today, they
 6   working.
 7   CHARLIE: Aiye.
 8   SING: About five o'clock they're laving (phonetic),
 9   they're leaving.
10   CHARLIE: Right.  Actually, wait until tomorrow, they
11   crazy or what?
12   SING: Huh?
13   CHARLIE: Me, you don't wanna (unintelligible), that's
14   why I don't wanna go there too, okay?  They
15   wanna do before me.
16   SING: No, no.  They, this one, yeah, very easy,
17   small, okay?
18   CHARLIE: I know easy.  But they ca wait!
19   SING: You know why?
20   CHARLIE: They wanna do before me.
21   SING: Aye.
22   CHARLIE: You know how DONG (phonetic) thinks, okay?
23   SING: Aye, okay, man, you, you order, tell somebody
24   go down there, huh?
25   CHARLIE: I told them go down there.  DONG (phonetic),
```

3

```
 1   he always think like that.  He wants to do it
 2   before me.
 3   SING: Aiye.
 4   CHARLIE: I wanna do before him.
 5   SING: (Laughs)  You guy...  Okay, man, you, you go
```

*page 1*

**B-081795-006**

---

```
 6   down and check that one, right?
 7   CHARLIE: Yeah.
 8   SING: Okay, you check out everything is...  I can
 9   send one guy help you, huh?
10   CHARLIE: Okay.
11   SING: I send one guy help you out, okay?
12   CHARLIE: The Future (phonetic), right?
13   SING: Yeah.
14   CHARLIE: Okay.
15   SING: you know who is it, right?
16   CHARLIE: MICHAEL?
17   SING: No.
18   CHARLIE: STEVEN?
19   SING: No.  I say some...  I send someone help you go
20   in...
21   CHARLIE: Who?
22   SING: ...with you, remember the Hopkin (phonetic),
23   you go with him?
24   CHARLIE: // (Unintelligible).
25   SING: // My boy.  Yeah.
```

                              4

```
 1   CHARLIE: Is he still here?
 2   SING: He come tomorrow morning.
 3   CHARLIE: Okay.
 4   SING: I call him come back tomorrow morning.
 5   CHARLIE: Okay.
 6   SING: He okay, right?
 7   CHARLIE: Right.
 8   SING: I (unintelligible), I know you don't like
 9   DONG.  That's why I don't call, okay?
10   CHARLIE: Yeah.
11   SING: Don't worry about that.
12   CHARLIE: Okay.
13   SING: Anyway, this case he do it today.  This case
14   he don't go.  They too small.  Only let the
15   POLO (phonetic) did it.
16   CHARLIE: Okay.
17   SING: Today POLO do it.
18   CHARLIE: Okay.
19   SING: Okay?
20   CHARLIE: Okay.
21   SING: First you order ticket, send, send one guy
22   bring down there for them, man.
23   CHARLIE: // What about...
24   SING: // They need...
25   CHARLIE: I get it there by tonight, okay?  No, no
```

                              5

```
 1   problem.
 2   SING: Who?  Who?
 3   CHARLIE: ERIC (phonetic), I have ERIC fly down.
 4   SING: Tonight?
 5   CHARLIE: Yeah!  About... you see the flight leave
 6   about eight o'clock, he get there about nine.
 7   SING: Too late, man.
 8   CHARLIE: An hour flight.
```

                              *page 2*

Deposition of Data Seizure 06 Data Wednesday, February 23, 2000, 4:07:41 PM

B-081795-006

---

```
 9    SING: No more flight?
10    CHARLIE: Ten o'clock is the last flight, eight o'clock
11    is one flight.
12    SING: How come?
13    CHARLIE: Huh?  That's how it is, you get off at
14    Burbank, okay?
15    SING: From Sacramento?
16    CHARLIE: Sacramento to Burbank.
17    SING: That late?
18    CHARLIE: Yeah.
19    SING: Aiye.  Fuck.
20    CHARLIE: I want him to sleep a little bit, he don't
21    got no...
22    SING: (Laughs)  What the fuck, man, why he so bad
23    luck, man?
24    CHARLIE: Aiye.  Too much rush, you know.
25    SING: Aiye.
```

6

```
 1    CHARLIE: It's okay, you know?  'Cause I know how DONG
 2    thinks.  DONG, the way he thinks.  I know how
 3    he thinks already.  I taught him to think
 4    like that.
 5    SING: But this time he didn't do it.
 6    CHARLIE: I know he didn't do it.  But the way he
 7    think, okay?  I know already.  He wanna do
 8    before me and I wanna do before him.
 9    SING: Okay.
10    CHARLIE: You know?  That's why I don't want
11    (unintelligible).
12    SING: (Coughs)
13    CHARLIE: Alright, don't worry, okay?
14    SING: Yeah.
15    CHARLIE: I guarantee (unintelligible) like I guarantee
16    before, okay?
17    SING: Okay.
18    CHARLIE: (Unintelligible) I guarantee.
19    SING: I know this one big, okay?  Very big.
20    CHARLIE: Don't worry, okay?  I seen it already.  I
21    just want them (unintelligible) the closing
22    time.
23    SING: I know, that's why I'm worried, okay?
24    Because one thing, FREEMAN new, probably, he
25    don't know how to do yet, you know?
```

7

```
 1    CHARLIE: No!  No, no, no, I promise you (inaudible)
 2    already.
 3    SING: Yeah.
 4    CHARLIE: Don't worry, John.
 5    SING: Umm.
 6    CHARLIE: Okay?  You don't need a heart, if you have a
 7    heart...
 8    SING: That's why I can tell him help... uh, send
 9    one guy, because that guy come down for help
10    with you go in there.
11    CHARLIE: How 'bout the other one?
```

## B-081795-006

```
12   SING: Who?
13   CHARLIE: Last time.
14   SING: Who the other one?
15   CHARLIE: You know, him and FREEMAN.
16   SING: Him and Freeman?
17   CHARLIE: Yeah, the other guy.
18   SING: You want that guy?
19   CHARLIE: Yeah!  He's okay.
20   SING: Doesn't matter who is it, you know?  But one
21   thing, I want, I want somebody know to do,
22   you know, go with you.
23   CHARLIE: The other guy is better, (unintelligible) go
24   with me.
25   SING: Better than Freeman?
```

                            8

```
1    CHARLIE: The one that go with (unintelligible) and me.
2    SING: // Uh, the...
3    CHARLIE: // Remember the one...
4    SING: The shh... small, oh, small guy, right?
5    CHARLIE: Yeah.
6    SING: That one, right?
7    CHARLIE: One at the house.
8    SING: Yeah, I know, I know.
9    CHARLIE: Yeah.
10   SING: The small guy, right?
11   CHARLIE: He's okay.
12   SING: Okay.  No, he can go too.
13   CHARLIE: Yeah, okay, page him at the other guy
14   (unintelligible).
15   SING: That's why, the best way, I want those people
16   who know how to do, go with you, go in first,
17   you know?  Better, right?  More, like make
18   more comfortable, you know.  (Sighs)
19   CHARLIE: Don't worry, okay?
20   SING: Okay.
21   CHARLIE: You worried too much, man.
22   SING: Not worried too much, man.
23   CHARLIE: Like you pressure me too much.
24   SING: (Laughs) Look like...
25   CHARLIE: I don't like people worry.
```

                            9

```
1    SING: Looks like you pressure me, man.
2    CHARLIE: Like BELL (phonetic), he before, he never
3    worry.
4    SING: Umm.
5    CHARLIE: Let me go and then, all of a sudden he
6    (unintelligible).
7    SING: The fucking one thing, they don't worry,
8    because you know, I don't care, okay?  Even
9    you fucked up they don't give a shit.
10   CHARLIE: Remember Hopkins?  Remember Hopkins?
11   SING: I know.
12   CHARLIE: Not even planned, okay?
13   SING: I know that.
14   CHARLIE: I don't even plan, okay?  Just the heart,
```

Deposition Date: 06-04-2004 Detailed Report of case clips
Wednesday, February 23, 2000, 4:07:41 PM
Case 3:06-cr-00094-JSW    Document 2126-7    Filed 11/27/13    Page 56 of 69

```
15    okay?  You have the heart and a brain, that's
16    all you need.
17    SING: I know.  I know.
18    CHARLIE: Okay.
19    SING: Okay.
20    CHARLIE: Okay?
21    SING: Okay, you, you order ticket for them, okay?
22    CHARLIE: Yeah.
23    SING: Okay.  Bye.
24     (End of conversation)
```

```
 1    FILE #  281E-SF-111963
 2    LOG # B-08/17/95-055
 3    Call type    Incoming
 4    Call time    2139-2145 Hours
 5    Language     Chinese-Cantonese/English
 6    Translator   JW
 7    Callers:     AH GAI (phonetic, male)
 8          CHARLIE (Last Name Unknown)
 9    Receiver:    AH SING
10    UI:    Unintelligible
11    (O):   Overhear
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # _____ 96b _____

Date Entered: _____

By: _____
          RICHARD W. WIEKING, Clerk

Deputy Clerk

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:09:01 PM

## B-081795-055

---

📁 **B081795-055**

🎬 AH SING: Hello!...

| B-081795-05501L12 | 1 SEGMENTS / 00:05:58:25 DURATION |  |

**1. Page 1:12 - 8:22 / Duration 00:05:58:25**

```
12    AH SING: Hello!
13    AH GAI: It's Ah GAI (phonetic).
14    AH SING: Hah?
15    AH GAI: It's Ah GAI.
16    AH SING: Ah GAI?
17    AH GAI: Uh-huh.
18    AH SING: Where is AH CHAR (phonetic)?
19    AH GAI: AH CHAR ... (Static).
20    AH SING: So where is he?
21    AH GAI: Hah?
22    AH SING: Let me talk to him.
23    AH GAI: Okay.
24      (A short pause.)
25
```

2

```
1     AH SING (O): Put down here.
2     CHARLIE: Hello!
3     AH SING: Yeah, AH CHAR?
4     CHARLIE: Yeah.
5     AH SING: When I page, you don't call back?
6     CHARLIE: Uh, (UI).
7     AH SING: What?
8     CHARLIE: I have a fucking problem.
9     AH SING: What?
10    CHARLIE: I have a problem, okay?
11    AH SING: What problem?
12    CHARLIE: (UI) .... problem.
13    AH SING: What's matter?
14    CHARLIE: Hah?
15    AH SING: What's matter?
16    CHARLIE: (UI and inaudible).
17    AH SING: Who?
18    CHARLIE: Mother fucker (UI and inaudible).
19    AH SING: What about it?
20    CHARLIE: (UI and inaudible).
21    AH SING: Who?
22    CHARLIE: Those mother fucker, okay?
23    AH SING: But who is this?
24    CHARLIE: (UI and inaudible) people in Stockton
25    (inaudible).
```

3

```
1     AH SING: Yeah?
2     CHARLIE: Yeah.
3       (A short pause.)
4     AH SING: Why don't you come back?
5     CHARLIE: No.
```

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:09:01 PM

## B-081795-055

---

```
 6   AH SING: Come down here talk (UI).
 7   CHARLIE: (UI), call you later, okay? I want to (UI)...
 8   ten o'clock ... (Static). (UI).
 9   AH SING: Wow.
10   CHARLIE: (UI).
11   AH SING: Yeah. Tell FREEMAN (phonetic), uh .... forget
12   anyway.  JIMMY go down already.
13   CHARLIE: Hah?
14   AH SING: JIMMY bring that one down.  He driving
15   tonight. That's why.
16   CHARLIE: What? ... What?
17   AH SING: Nothing.
18   CHARLIE: Money?
19   AH SING: Yeah. Go down L.A.
20   CHARLIE: Gonna come over here to pick it up?
21   AH SING: No.  He ... I don't think he come up there.
22   CHARLIE: Let me take care my business, okay?  Before I
23   can do it, I don't know .... (UI and
24   inaudible).
25   AH SING: (A cough.) Can you call me back five minute?
```

                                    4

```
 1   CHARLIE: Why?
 2   AH SING: I'm ... in ... uh ... grocery now.
 3   CHARLIE: It's okay. I don't want to call back. I just
 4   wanna ... (UI and inaudible). John!
 5   AH SING: Hold on.
 6   CHARLIE: (UI and inaudible).
 7   AH SING: Wait.  Hold on.  Hold on a little. (A short
 8   pause). Hello?
 9   CHARLIE:  Yeah.
10   AH SING: Yeah.
11   CHARLIE: (UI and inaudible).
12   AH SING: What?
13   CHARLIE: We are take care whatever I promise ....(UI)
14   tomorrow. (UI and inaudible) ...., okay?
15   That's it.
16   AH SING: What thing?
17   CHARLIE: Tuesday, okay?
18   AH SING: Aih! I don't rush you to take care, right?
19   CHARLIE: You don't rush (UI and inaudible)...., okay?
20   AH SING: Aih ....!
21   CHARLIE: John, leave me alone! (UI and inaudible.
22   Heavy static.)
23   AH SING: (Laughing.) Hah! Hah! You tell me what
24   problem now.
25   CHARLIE: (UI and inaudible. Heavy static).
```

                                    5

```
 1   AH SING: Do you have big piece?
 2   CHARLIE: I have everything already.  Everybody is
 3   coming down.
 4   AH SING: You don't have big piece, you could ... I
 5   have ... uh ... the forty seven down
 6   STOCKTON. (A short beep.)  DONG (phonetic)
 7   hold it.
 8   CHARLIE: Down in STOCKTON?
```

*page 2*

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:09:01 PM

## B-081795-055

```
9   AH SING: Yeah.
10  CHARLIE: (UI) .... somewhere?
11  AH SING: Uh ... Who?
12  CHARLIE: DONG.
13  AH SING: DONG .... DONG he down L A. I can tell him
14  ... I think his boy holding ... in STOCKTON.
15  CHARLIE: Tell his boy to (UI) here.
16  AH SING: Remember when DONG, he have trouble with his
17  ex-hus..., uh..., ex-husband ..., his wife?
18  CHARLIE: What kind of gun?
19  AH SING: Forty seven!
20  CHARLIE: What?
21  AH SING: AK.
22  CHARLIE: Who has it?
23  AH SING: Aih ...! I call him.
24  CHARLIE: Ten o'clock ... (UI and inaudible). I want to
25  see the guy who hire the guy to do the job.
```

6

```
1   AH SING: So, who hiding?
2   CHARLIE: Fucking gambling guy.
3   AH SING: Gambler?
4   CHARLIE: Yeah.
5   AH SING: Ooh ...! They shoot you today.
6   CHARLIE: (UI and inaudible).
7   AH SING: But they don't get you, right?
8   CHARLIE: (UI). No. (Static).
9   AH SING: Mother fuck.
10  CHARLIE: (UI).
11  AH SING: Yeah.  Okay, you ... Can you tell ... uh ...
12  I call somebody to check up that one, okay?
13  And is FREEMAN (phonetic) down there?
14  CHARLIE: Yeah.
15  AH SING: Is he have any car?
16  CHARLIE: Yeah.
17  AH SING: Can you tell him ... uh ... bring that money
18  down?  So I can give Jimmy they go down....
19   Because tomorrow morning they ..., six
20  o'clock, they action already.  Today, you
21  know what?  They already go in, okay?  But,
22  not enough phone to contact.  That why they
23  walk out.  Two ... Two guy already inside.
24  (Sound of a bell was heard.)  They already
25  walk inside, okay?  But one thing, not enough
```

7

```
1   phone to contact.
2   CHARLIE: How about (UI and inaudible)?
3   AH SING: Hah?
4   CHARLIE: I don't have no phone?
5   AH SING: Phone?
6   CHARLIE: I ... I need a phone too.
7   AH SING: That's why I have machine here, right?
8   CHARLIE: Uh ..., (UI and inaudible).
9   AH SING: You don't need bring a phone.  JIMMY have two
10  phone now.  Those four phone, remember
11  yesterday you have, you keep it.
```

*page 3*

**B-081795-055**

---

12   CHARLIE: Three phone only.
13   AH SING: Okay.  You keep that phone.  JIMMY have his
14   phone now.  That way now all ... all I ...,
15   all I have to give him is the money.  That's
16   it.
17   CHARLIE: Okay.
18   AH SING: Because he can driving at ten thirty, okay?
19   (Noises from a female and a child were heard
20   in the background.)  That why I call you a
21   whole day, whole ... whole night, man!  Try
22   ... Because tomorrow morning six o'clock they
23   start, okay?  Right now that late, no flight
24   any more.  That why JIMMY have to drive down
25   there.

8

1   CHARLIE: Okay.
2   AH SING: Take about six ... six and half hour get down
3   there.
4   CHARLIE: Okay. I give the money to FREEMAN.
5   AH SING: Can you telephone him, uh,  drive down here
6   right away?  I need ... give to JIMMY right
7   away.  Otherwise, late ..., they have no
8   money action, you know?
9   CHARLIE: Okay.
10   AH SING: You know today they go in okay.  Very easy,
11   okay?
12   CHARLIE: Okay.
13   AH SING: When they walk in, they cannot do anything.
14   They just pretending go get the form, go out
15   again.
16   CHARLIE: Okay.
17   AH SING: (Sighing.) And the other guy, I can contact
18   DONG right now, okay?
19   CHARLIE: Okay.
20   AH SING: I tell DONG get the piece for you, okay?
21   Alright.
22  (END OF CONVERSATION)

```
1    FILE #  281E-SF-111963
2    LOG #   B-08/18/95-022
3    Call type      Outgoing
4    Telephone #    (818) 426-8803
5    Call time      1546-1552 Hours
6    Language       Chinese-Cantonese/English
7    Translator     JW
8    Caller: AH SING (phonetic), aka, JOHN
9    Receivers:  CHI-FEI (phonetic, male)
10     MICHAEL
11   //:    Speaking Simultaneously
12   UI:    Unintelligible
13   (O):   Overhear
14   *:     See translator's notes
15   (Tones of telephone number being dialed were
16   heard, they were followed by two telephone
17   rings.  At the same time, music was playing
18   in the background.)
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # <u>CR 96-0094 MHP</u>

Case Name: <u>U.S. v. John That Luong et al.</u>

PLAINTIFF Exhibit # ___/ O / b___

Date Entered: _____

RICHARD W. WIEKING, Clerk

By: _____
        Deputy Clerk

DepositionDirector - Detailed report of case clip(s)
Wednesday, February 23, 2000, 4:10:43 PM

## B-081895-022

---

### 📁 B-081895-022

🎬 AH SING (O):  Good enough.  You have five job in there....

| B-081895-02201L19 | 1 SEGMENTS / 00:05:26:00 DURATION |  |
|---|---|---|

**1. Page 1:19 - 12:15 / Duration 00:05:26:00**

```
19    AH SING (O):  Good enough.  You have five job in there.
20    (Ringing)
21    CHI-FEI: Hello!
22    AH SING: Yeah.
23    CHI-FEI: Uh, Ah John?
24    AH SING: Yeah.
25    CHI-FEI: (UI and inaudible).
```

2

```
1     AH SING: Hah?
2     CHI-FEI: (UI and inaudible).
3     AH SING: CHI-FEI?
4     CHI-FEI: No.
5     AH SING: Wow!  How come you are speaking English?
6     CHI-FEI: Who else could it be?  Aih!
7     AH SING: Oh!  Are you calling the Taiwanese guy, JOHN
8     (phonetic)?
9     CHI-FEI: Yeah.  (UI).  I'm looking for him.  // (UI).
10    AH SING: // What for?
11    CHI-FEI: Hah?
12    AH SING: What for?
13    CHI-FEI: Looking for him to get one or two more
14    addresses.
15    AH SING: Fuck, he ... he is MANNY's contact.
16    CHI-FEI: (UI), grandpa!
17    AH SING: Don't you know his house?
18    CHI-FEI: His place of business is his house?
19    AH SING: Don't you know his house?
20    CHI-FEI: I know his house.
21    AH SING: That's right.  Just go to his house then.
22    CHI-FEI: One goes to the house at night, but I'll be
23    leaving in a little while.  I am going to go
24    with somebody.
25    AH SING: I'm coming down tomorrow.
```

3

```
1     CHI-FEI: (UI).  Ah DONG (phonetic) is going down.
2     AH SING: Uh.
3     CHI-FEI: All of the cars can be returned then.
4     AH SING: Uh.
5     CHI-FEI: It's Friday.  Friday is (UI and inaudible).
6     AH SING: It's not working out, right?
7     CHI-FEI: (Inaudible).
8     AH SING: (UI) yesterday, right?
9     CHI-FEI: No, (UI and inaudible).
10    AH SING: Those headphones, right?
11    CHI-FEI: That's right.  Everybody has them, (UI and
12    inaudible).
```

**B-081895-022**

---

```
13   AH SING: Uh.
14   CHI-FEI: (UI).
15   AH SING: It's difficult.
16   CHI-FEI: A lot of people watching, (UI and inaudible).
17   AH SING: Shit.
18   CHI-FEI: (UI) don't want to do it.  A lot of ... (UI).
19   AH SING: Hah?
20   CHI-FEI: It is not that easy to go in.
21   AH SING: That's right.
22   CHI-FEI: (UI and inaudible).
23   AH SING: It can be done.  Unless, for example, like
24   their one piece ...  Wait for them to come
25   out and grab .....
```

4

```
1    CHI-FEI: That's right.
2    AH SING: Grab it and get it down there.
3    CHI-FEI: That's right.  Have Ah DONG keep a close
4    watch ... watch on it for a couple of days
5    and see .... (UI and inaudible).
6    AH SING: Yeah.
7    CHI-FEI: That's the way to do it, (UI and inaudible).
8    AH SING: You, in fact, have no other way.  If they
9    wear headphones, everyone will be able to
10   hear.
11   CHI-FEI: That's right. (UI and inaudible).
12   AH SING: Oh, I know that.
13   CHI-FEI: Yeah.
14   AH SING: You just have to talk a little bit, then
15   they'll find out everything.  If there's
16   anything at all, all will fucking be heard
17   completely.
18   CHI-FEI: That's right.  MICHAEL wants to talk to you.
19   AH SING: Hah?
20   MICHAEL: Hello!
21   AH SING: Yeah.
22   MICHAEL: Yes, what's up?
23   AH SING: Uh, I'll come down tomorrow.
24   MICHAEL: Yeah, (UI), so we are going to drive down
25   there tonight.
```

5

```
1    AH SING: You're coming down?
2    MICHAEL: Together with .... I am coming down with AH
3    DONG (phonetic).
4    AH SING: What about you?
5    MICHAEL: Me? I'm coming down too.
6    AH SING: What are you coming down here for?
7    MICHAEL: This time, Ah CHI-FEI asked me to drive down
8    there.
9    AH SING: Ah CHI ....
10   MICHAEL: He asked me to go back down there.
11   AH SING: CHI-FEI told you to come back here?
12   MICHAEL: That's right.
13   AH SING: Is that right?
14   MICHAEL: That's right.
15   AH SING: When?
```

**B-081895-022**

```
16    MICHAEL: Hah, I'll go back with him tonight.
17    AH SING: Oh, so all are going back tonight?
18    MICHAEL: That's right.  Everyone is going back. They
19    are driving.  Everyone is driving back.
20    AH SING: Wow! So fucking ... So fucking serious!
21    (Laughing).
22    MICHAEL: That's right.  You ... You ... You ... //
23    (UI).
24    AH SING: // I thought you are not coming back just
25    yet, so I was going to fly down there
```

                                           6

```
1     tomorrow.
2     MICHAEL: You don't need to fly down here tomorrow.
3     AH SING: I thought you were not coming back yet.
4     MICHAEL: I'm coming back.  I'm coming back and will
5     bring everything back tomorrow.
6     AH SING: Hah?
7     MICHAEL: I'll bring ... bring everything back.
8     AH SING: No, I thought that if you aren't coming back
9     just yet, then I was going to fly down there
10    and pick up some shirts and pants to sell at
11    the same time, mother fucker.
12    MICHAEL: Picking up the shirts and pants ... Picking
13    up the shirts and pants, they haven't been
14    fitted yet.
15    AH SING: That's just it.  The fitting... The fitting
16    is very fucking fast.
17    MICHAEL: Can't get it until (UI) hour later after they
18    have been fitted.
19    AH SING: Is that right?
20    MICHAEL: That's right.
21    UNKNOWN FEMALE (O): Open it.
22    AH SING: I thought that, mother fucker, you're still
23    up there, so I was going to fly up there.
24    That's all.
25    MICHAEL: How about next week?  We'll wait another
```

                                           7

```
1     week.  And then we'll go.  On Saturday and
2     Sunday, that place is full of stuff.
3     AH SING: Oh!
4     MICHAEL: Yeah, (UI).
5     AH SING: Yeah.
6     MICHAEL: Wow, coming down next week will be great.
7     Right now CHI-FEI is going back up, then ...
8     then, we'll go and have fun tomorrow.  And
9     then we'll come down next week, and it will
10    be great.  Right now... uh.... there's a lot
11    to do right now.
12    AH SING: Hah?
13    MICHAEL: There's a lot to do.  Right now, there are a
14    lot of people who wants to make the move.  A
15    lot of people want to make the move.  Right
16    now, we are considering it.
17    AH SING: Fuck.
18    MICHAEL: He is working for us down there now.
```

## B-081895-022

```
19   AH SING: You'd better be more careful.
20   MICHAEL: That's right.  We are not giving him the real
21   (UI).  We have so many of them here.
22   AH SING: Yeah.
23   MICHAEL: That's right.  There is a group ... There are
24   three groups of people working here, big
25   brother.
```

8

```
1    AH SING: Let our own people make money first.
2    MICHAEL: That's right.  Wait until they go far away.
3    I won't ... won't let outsider come in.
4    Right now, there are a lot .... There are
5    four ... four to five groups of people now.
6    There are at least two ... two groups of
7    people who are talking about wanting to join
8    in.  Right now we don't even allow one of
9    them to do so.  (UI) .... In the meantime, we
10   are .... (UI and inaudible). // (UI).
11   AH SING: You let our own people make all the money
12   they want first.
13   MICHAEL: We are (UI) right now.
14   AH SING: Mother fucker, you let all the new people in,
15   and the new ....
16   MICHAEL: The new ....
17   AH SING: It doesn't make sense that the old people
18   can't make any money but the new people can.
19   MICHAEL: Well, that won't happen.  We won't do that.
20   AH SING: Yeah.
21   MICHAEL: Anyway, there are three groups now.  Ah ...
22   Ah POLO (phonetic) is one group, Ah DONG
23   (phonetic) is one group, Ah ... Ah SHUI
24   (phonetic) and those guys is another group.
25   AH SING: Yeah.
```

9

```
1    MICHAEL: So we have to support for those three groups
2    here.  I am not joking now.  Aih, Ah CHI-FEI
3    and I are going down there today.  Ah CHI-FEI
4    is looking for ... He said he got four dimes*
5    from you, and he told me  to get back six
6    dimes, right?
7    AH SING: To get six dimes from where?
8    MICHAEL: Over there with you.  Did he give you six
9    dimes?
10   AH SING: When?
11   MICHAEL: Hah?
12   AH SING: When?
13   MICHAEL: You gave him four dimes.
14   AH SING: I only gave him four dimes.
15   MICHAEL: Right, right.
16   AH SING: That's right.
17   MICHAEL: So if I go up there, will I .... will I be
18   able to get it?  Or we'll have to see Ah CHAR
19   to get it?
20   AH SING: Hah?
21   MICHAEL: Do I have to see CHARLIE first before I can
```

**B-081895-022**

22  get it or what?
23  AH SING: That's not necessary.  When you come back,
24  you should have it.  I'm going to swing by
25  there to pick it up right now.  I'll collect

10

1  his account back.
2  MICHAEL: Did you see CHARLIE yet?
3  AH SING: That's just it.  I'm going to swing down
4  there to collect the account.
5  MICHAEL: Okay. Ah CHARLIE ..... How's Ah ... Ah ...
6  CHARLIE?
7  AH SING: Hah?
8  MICHAEL: You said that .... Why didn't he ... didn't
9  he return your pager calls?
10  AH SING: No.  He had something going on yesterday.
11  MICHAEL: Something happened?
12  AH SING: Yeah.
13  MICHAEL: Tell him to be more careful and (UI).  Right
14  now there are a lot of people mouthing off
15  about him behind .... behind his back.
16  AH SING: Hah?
17  MICHAEL: A lot of mouthing off, I got wind of it.  You
18  know?
19  AH SING: What is it?
20  MICHAEL: There are lot of people who are mouthing off
21  about him around here.  You tell Ah CHARLIE
22  to be careful when he goes out.
23  AH SING: Who?
24  MICHAEL: I don't know, some Cambodian kids out there.
25  I don't know who.  It's like they said that

11

1  he has a big mouth.  Is that true?  I don't
2  know. I don't know any of those Cambodian
3  people at all. You know that.
4  AH SING: You don't have to worry about that.  You just
5  worry about your own business.
6  MICHAEL: Of course I won't worry about that. That's
7  none of my concern. Am I right?
8  AH SING: Yeah.
9  MICHAEL: Yeah, it really has nothing to do with us.
10  Right now we have so many fucking things that
11  need to be taken care of already. Isn't that
12  right? Okay, in a little while, CHI-FEI and I
13  will ...
14  AH SING: // Okay.
15  MICHAEL: // ... will go over there.
16  AH SING: Okay, so you will bring all the stuff back,
17  right?
18  MICHAEL: Uh.  I'll bring the machine back.
19  AH SING: Yeah.
20  MICHAEL: It's just the machine ... //
21  AH SING: // Also bring back that...., including that
22  machine.  Bring that back down here too, and
23  see why it was broken.
24  MICHAEL: Hah?  You have to ask Ah NGHIA (phonetic)

## B-081895-022

```
25    about that machine.  I didn't go back there.


                              12

 1    I'm outside right now.
 2    AH SING: If the machine is broken, then fucking bring
 3    it back here.
 4    MICHAEL: Okay.  So why don't you call Ah NGHIA then.
 5    AH SING: You take a look ... take a look at it, and
 6    see how it was broken.
 7    MICHAEL: Okay, that's fine. Okay, I'll tell him to
 8    (UI)?
 9    AH SING: That's right.
10    MICHAEL: He knows. Okay.
11    AH SING: Okay.
12    MICHAEL: Okay, then I'll see you tomorrow.
13    AH SING: Yeah.
14    MICHAEL: Bye-bye.
15    (END OF CONVERSATION)
```

```
FILE #                281E-SF-111963
LOG #                 B-08/18/95-022

                      Translator's notes


DIME(s) (P. 7) ---    Besides it's stated meaning, sometimes it can
                      be used as a slang to represent one thousand
                      dollar ($1,000).
```