# EXHIBIT F

**NGO PRIVATE INVESTIGATIONS**
9608 Kiefer Boulevard, Suite 1
Sacramento, CA  95827
(916) 399-9422

April 23, 2010

Hiram M. Martin
9608 Kiefer Boulevard, Suite 1
Sacramento, CA 95827
(916) 399-9422

Re: JOHN TUAT LUONG

Interviewed:  CHHAYARITH RETH
FCI Victorville Medium II
13777 Air Expressway Blvd.
Victorville, CA 95239
DOB: 2/27/1967

On April 23, 2010 investigator Loc Ngo interviewed Chhayarith Reth at FCI Victorville Medium II 13777 Air Expressway Blvd. Victorville, CA 95239.  I identified myself to her as the investigator for John Tuat Luong, and his attorney is Hiram M. Martin. The following is a summary of his statement:

The incident occurred in Sunnyvale, CA, on August 18, 1995.  I never corroborated with the state it went to jury trial, there was no corroboration with the state, the state was the only trial with about Aristocrat, the federal corroboration was about everything, all the robberies. I had to debrief with my connection with the robberies, and that was my corroboration, is to what I have done, with the robberies.

My knowledge was the one who was calling the shots with the aristocrat robbery was Mady Chan. Kevin Lu was asked to come with me and make sure that the robbery happened and I was not to take any merchandise to anyone else. I was taking, hiding the chips from other people who were involved and it was Mady Chan who was the shot caller for the aristocrat.

I don't think I've mentioned anything to any agent in response to John Lu, in involvement with the aristocrat, I don't think I recall any names mentioned, if I did, the words must have been twisted, but the aristocrat was from Mady Chan, given by John Chang Chu, and that is all I know, I don't think John knew anything about the aristocrat robbery at all.

In review to the interview on November 1, 1999, with the FBI agent Nelson Lo, Aristocrat, United States attorney Elisabeth Le and attorney Dean Pick:

I think there was a wiretap in response to this, between John and I, calling a massage parlor, it is a taped conversation wiretap that they have played. Jimmy's conversation with John after the fact that I hung up, I think they talk about this.

Freeman is not John Luong. Freeman is another individual who was to do a robbery with me, let me explain something, if Freeman was to be with me then that is John Luong's case, this aristocrat has nothing to do with Freeman. IT is a whole different crew, it was a Cambodian crew, and I mentioned that to Ms Lee and Nelson Lo, the crews name and who was involved.

Freeman was not there with me during the aristocrat, Freeman is not John Luong.

In the report that was typed on November 1, 1999, it is assumed that Freeman is the same person as Luong, and that Freeman and Luong were a rental car together, but Freeman is not Luong.

The report also mentions that Luong and Reth were conducting computer company robberies during this time, this is wrong, it was not Luong. Freeman is the other Chinese individual who lives in Oakland that was doing a robbery with me.

I don't know what the FBI assumed, but if they did assume that Luong is Freeman then that is wrong. John Luong never committed any robbery with me.

Statement: B 8/14/95-23, given to the FBI.

"Reth advised that the car pertained to John Luong trying to obtain the pink skip for Reth car as not earlier the car was registered earlier to Reth's father."

I cannot recall that conversation, if I did speak to John about that, but it is correct that the car was under my father's name, and the pink slip with also under my father's name.

They had a wiretap with me and John talking over the phone, it has conversation about me getting married with a Cambodian movie star and talking about my car, that's all I can recall. We were just talking as friends.

Statement: B 8/14/95-23, second paragraph.

"Reth recognized the voice of John Luong and himself as the two participating in a conversation."

Yes this is true. I was just a conversation of what I was going to do, getting married, talking about marriage.

Statement: B 8/17/95-01

"Reth advised the following, there was no accident, Reth made up the story of having any accident, Reth planned to send Vannel Kim to deliver the phone to Los Angeles as requested by John Luong."

This here, I made this statement I was making an excuse that it was an accident so I didn't have to be in L.A. I was supposed to go to L.A. and see a robbery site for John Chang Chu. He is the one who has all the robbery sites.

The whole incident... John Luong came in later, Mady Chan was originally with me. John Luong was asked to be with me, to keep an eye on me. The direct operation is from Mady. Everything starts out from Mady, Donavon Wong and Kevin Lou, and John Luong was brought in later, okay. John Luong was just asked to me an eye on me.

Really it was the operation of Mady Chan, not John Luong. You know, John Luong was to come and keep eye on me, as too Jimmy, his brother in law, the originator is Mady Chan and Donavon Wong.

John didn't... all he would do... I don't know what kind of order he took from Mady, because he was new to this, and apparently there must be some kind of order that's given by Mady that I don't know of, but he was going to keep an eye on me.

I can't recall how many times Luong was asked to keep an eye on me. I can't remember what robbery it was for.

I've been trying to tell "them", I said, look, John Luong was brought down, he came from New York as Jimmy's cousin or something.

Statement: B 8/17/95-06

Reth advise of the following, would you remember the Hopkins, you both in with him, was making reference to Nghia, who had committed the Hopkins robbery with Reth. Eric is a friend of Jay who is a friend of Benji small guy, making reference to Freeman's friend who committed the pigeon computer robbery with Reth and Freeman. This Freeman is not John Luong.

Statement: B8/17/95-06

Bill makes reference to Mady Chan, Reth recognized the voice of John Luong and himself as participants in the conversation.

I remember the Hopkins robbery, I remember Jimmy asked the co-conspirator, he was there, he's the one who's got most of the crews together, including my crew, and he rented a car from Oakland and brought it down, in fact he was the one who picked me up and took me back home. Jimmy Luong was there, I didn't see John there so I don't know about the taped conversation of John Luong.

I don't know if they assume its John Luong on the tape, I would have to hear the tape. I do know about Hopkins, I remember Hopkins.

I don't think there is a phone-taped conversation during the Hopkins robbery, the only conversation they have with John and I and Jimmy is about my marriage and about the car. I told them I was in debt, I had the car with Bobby, the massage parlor, and that's the only conversation really that they have with me and John.

Statement: B8/17/95-55

Reth advise that this car related to a rumor reflected Ted was waiting to do a possible drive by shooting, directed at Reth.

Yes, that was mine.

Statement: B8/17/95-55

Reth recognized the voice Freeman, John Luong and himself as participant...

Why are they confusing Freeman as John, Freeman is not John Luong.

Statement: B81895-12

Reth recognized the voice of John Luong and himself as a participant in the conversation

Conversation? They keep saying conversation, I don't know what conversation they are talking about.

Like I said, the only conversation that was a wire tap conversation they have with me and John was about me getting married with a Cambodian movie star and we talked about the car. That's all I can remember

Statement: B8/14/95-22

Reth advised that he [Reth] and Freeman were in the rental car, which was rented by Vannel Kim. Freeman has the robbery target list, which has been given by John Luong, to Freeman. Reth recalled that he, [Reth] and Freeman had been, or were conducting computer company target surveys during this period.

The robbery site, like I said, Mady Chan had all the robbery sites. Mady Chan gave the robbery sites to who ever he wants, John Luong, Jimmy, whatever. The crew was so,

there are so many crews that were separated.

See, the only person that can answer if John Luong was involved i8/14/95-22 is Freeman, because is states right here, "Freeman had the robbery target list which had been given by John Luong to Freeman", so the only person that would know that is Freeman. So the only thing I can do is speculate because that's all it said, "given to Freeman".

Freeman is not John Luong, Freeman is another individual.

Statement: B8/14/95-22, second paragraph

Reth recognized the voice Freeman, John Luong and himself as participants in the conversation.

They put Freeman and Luong together, so they are not, yeah, Freeman is not John Luong.

Statement: B8/14/95-23

Reth advised that the call pertaining to John Luong trying to obtain the pink slip for Reth's car, as noted earlier the car was registered in the name of Reth and his father.

Like I said, there is a taped conversation between John and I, and that's all I can say.

Statement: B8/17/95/01

Reth advised of the following, there was no accident, Reth made up the story of having had an accident. Piece Mint Gun. Hook Mint Clone Phone. Reth planed to send Vannel Kim to deliver a phone to Las Angeles as requested by John Luong.

What I do remember, is yes I did make up the accident.

I can't recall, I think at that time, somebody had asked me to deliver the guns and the

rental a car, to do a robbery in L.A. but instead we ended up doing a robbery in Aristocrat. So I think that might be connection with Mady, because I don't know how, I cant remember how it flipped from going to L.A. to going to Aristocrat and I cant remember now, because Aristocrat was conducted by Mady Chan. John Luong was not involved, John don't even know about that.

Usually if its Johns crew then John would of been there, and there would of been a Vietnamese crew and a Chinese crew, and this crew was all Cambodian.

I don't think I mentioned anything to any FBI agent or State Officer regarding John Luong's involvement in Aristocrat robbery. In the state case I went to jury trial, in the federal case I talk about Aristocrat, my involvement and I know that Mady Chan was behind everything and Kevin Lu, I didn't think I mentioned about John's name, but I think what they did is, because John had been involved with me or whatever, they just speculating he was apart of it, but they don't know the whole truth about the robbery site, who's involvement, and I don't think John even knows anything about Aristocrat.

I don't think I ever gave any statement regarding John's involvement in Aristocrat, I only answer what they ask me. So its like a trick question, for example, what citizen are you, meaning where were you born at, if I was to tell you I was born in Cambodia, so they are taking it here that I'm not a U.S. citizen, but I can be a U.S. citizen. So its a trick question, so when you ask a question, and you answer the question, but you don't go in detail, you know, its just pure speculation.

I remember agent Carol Le. It was just a brief statement. I cant remember what I told

her. She wasn't even there that long, I don't even remember what I even said to her, I cant remember.

John's name is always thrown out there, they always want to put him in the involvement of everything.

He [Luong] was not involved in everything.

I started out doing robberies for Mady and Kevin.

I assume they (Mady and Kevin) told me not to tell John Luong, because that's not John's robbery. To claim the merchandise, whosever robbery site it is, then that the person who gets that commission.

About the phone, the gun and stuff, I think that was Jimmy, you know. Jimmy was the one that I was supposed to go down and deliver the guns to and stuff, it wasn't John.

Data Pro, that was John Chang Chu's robbery site, I remember meeting John Chang Chu, and Jimmy was also there, so that, see all those robberies I've never seen John [Luong] there, you know.

Data Pro was John Chang Chu's robbery site, Mady was there, in the same hotel I was, and Jimmy was there, Mady's second wife was there. But no, every planning that was during Data Pro was Mady, Kevin and John Chang Chu. I don't think John [Luong] was there for a discussion.

The government always wants to throw John [Luong] into the mix of everything. Like I said, John came later, Mady was the originator with Donavon Wong and Kevin Lu, and then me, and then Jimmy was asked to go get me. Jimmy Luong. And then I refused, but

there is always a moment that Jimmy was always around watching me.

The FBI never asked me if John Luong was involved with the Aristocrat. They just assumed he was, they never asked me, so they charged him with it.

If I was to go on the stand, and which they know and if his defense would of asked me, the truth would of came out, you know, who's the originator and who runs what.

At the time I was cooperating with the FBI and they asked me to debrief mainly, and I did debrief. The debrief was about my involvement, and they wanted to know who also was involved and at that time John should understand that I tried, I went to jury trial, I did what I thought was right, I went to jury trial and was the only one that went to jury trial, I was the only one who was arrested, I got 16 years 4 months, got the Federal indictment, come back, I was going to go to jury trial again on the Alpha system, okay the reason I took the deal is because I couldn't win. There was so many people telling on me like John Chang Chu. I was going to go to Alpha system robbery case to trial with T-Bone and Rambo and stuff, until they had a star witness of John Chang Chu.

John Chang Chu was working for the FBI, they did not mention his name or anything until I was going to go to trial, then they brought him in as a star witness. That right there links him to my pager, okay, my paper was on a different name. (Min 30:48) claimed that he called on my pager, so they had a pager phone list on that and it came back to that pager. My argument was that pager didn't belong to me.

So what happened, they brought John Chang Chu, John Chang Chu said that when they raided his house the calendar that was in his possession was my name on his calendar, with

that pagers name, that's how they linked that pagers number to me. Right there I knew I couldn't beat it. If I would of gone to trial I would of got 85 years.

The cooperation, the deal with the FBI was the same deal they mentioned to John Wong, Mady Chan, first it was 3 district, the northern district base was Sacramento, the central district was San Francisco, the southern district was Los Angeles, all three districts have to agree on a plea. LA and SF agree on giving me 24 years, but Sacramento argued no, you have to take the same 30 years as we offer John Luong, Mady Chan and stuff. My lawyer refused because it had statue of limitation on it now. That's why I took the deal; I took a 24 year deal.

As for the FBI asking me about John Luong's involvement, all they asked me is, what involvement does John Luong have? And I told them, the main conspirer is Mady Chan, Donavon Wong and Kevin Lu.

I told the FBI, look, John Luong is not the mastermind of this.

When I told the FBI about Aristocrat I don't think I mentioned John's names involvement because that's not John's robbery site.

When the FBI assume its a robbery, they assume John Luong was involved, its because, you know, John Luong had a conversation with me, John Luong and I we did this, or whatever. That's the speculation that they had

I can tell you right here right now that I know for a fact that John Luong was not and should not be indicted in the Aristocrat robbery, because its not his robbery site.

I do think that an FBI agent can revoke information that John Luong was not

involved, and like I said, I don't know unless I hear the tape or whatever, but I can sit here and tell you again that Aristocrat was John Chang Chu's robbery site given to Mady Chan, Kevin Lu was there, and it was a Cambodian crew, not John's crew or anyone else's crew.

All the paper work I saw that states that John Luong is Freeman is incorrect. John Luong is not Freeman. Freeman is another individual who did many robbery sites with me, many robberies with me. Freeman is not John Luong.

I will write a declaration stating that the information that I have given you today April 23, 2010 is correct.

I am willing to tell the truth, and my knowledge.

I am not on any medication right now. What I am telling you today is with a clear head. No one has persuaded me or promised me anything. You have no promised me anything for me to give you this statement.

I don't know if the government knows that John Luong was not involved in the Aristocrat robbery and if they withheld that from the trial.

The aristocrat robbery okay, I think all they ask me is how I conducted the robbery, I know I mentioned Mady's name, but I know I never mentioned John's name in there, but they could not give you the statement and could of withheld it, maybe that's a reason why they didn't want to call me on to the stand. If its Aristocrat robbery... I can tell you in details what had happened, you know, with the Aristocrat robbery, I'm pretty sure John Luong is not involved in the Aristocrat robbery.

While talking to any prosecutor on this case I don't think I mentioned John Luong's

name in the Aristocrat robbery, I'm almost certain, you know.

All they did, they asked about the robbery, who, what and I mentioned John Chang Chu's name, I mentioned Mady's name, I mentioned Kevin's name, I don't think I mentioned John's name, you know.

The prosecutor and the agent know who was involved in the Aristocrat, they probably didn't tell his defense, didn't whatever, and just threw him in the mix. That's what my assumption is. John Luong is not involved in the Aristocrat.

Mady is a guy.

Yeah if anything, I tell you right now, John Luong is not involved in Aristocrat. If you read my statement, you know.

I would like you to read me the declaration so I can write it out.

End of Statement

_____
Loc Ngo, Investigator

I Chhayarith Reth declares under penalty of perjury under the laws of the state of california that I am at least 18 years or older and not involved in any case and that the information above is True and Correct. The interview was taped

Signed _Chhayarith Reth_    Date: 4/23/2010