# EXHIBIT G

LAW OFFICES OF RICHARD B. MAZER
99 DIVISADERO STREET
SAN FRANCISCO, CALIFORNIA 94117
TELEPHONE (415) 621-4100
FAX (415) 621-4111

August 23, 1999

Dean Paik, Esq.
177 Post Street, Suite 600
San Francisco, CA 94108

RE:   *United States v. John That Luong, et al.*
      CR-96-0094-MHP

Dear Mr. Paik:

I represent John That Luong in the above-mentioned matter which is currently set to go to trial in late October of 1999. I was informed by Assistant United States Attorney Elizabeth Lee that you represent Chhayarith Reth. The government has identified Mr. Reth as a witness it intends to call in the prosecution's case in chief.

Please share this letter with your client and inquire whether or not he is amenable to an interview by a defense investigator or attorney prior to trial. As of yet, we have not had the opportunity to meet you client. It has been our experience that when we have had an opportunity to interview the witness prior to trial, cross examination tends to proceed in a more efficient manner both in terms of length and content. We anticipate that an interview with your client will help define the issues and assist the court and the jury in its truth finding function.

Of course, we welcome your presence at any interview we may conduct with your client. We are willing to meet you and your client at a time and place most convenient to both of you. I would appreciate your prompt written response to this request as the trial date is rapidly approaching. Please do not hesitate to contact me at my office if you have any questions regarding this request.

Very truly yours,

Richard B. Mazer

RBM/KK:cng

On 10/18/99, having received no response, I followed up the letter we sent to Charlie Reth's attorney Dean Paik with a telephone call. He declined to allow us to interview Charlie Reth.

Rob Liskey
12/14/99.