1    COLEMAN & BALOGH LLP
     ETHAN A. BALOGH, No. 172224
2    JAY A. NELSON, No. 258431
     235 Montgomery Street, Suite 1070
3    San Francisco, CA 94104
     Telephone: 415.391.0440
4    Facsimile: 415.373.3901

5    _____

6    Attorneys for Defendant
     JOHN THAT LUONG
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11
     UNITED STATES OF AMERICA,          Case No. 96 Cr. 94 (JSW)
12
                 Plaintiff,
13                                      DECLARATION OF DONALD CRISWELL
                 v.                     FILED NOVEMBER 27, 2013
14
     JOHN THAT LUONG,
15
                 Defendant.             Before the Honorable Jeffrey S. White
16                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Donald Criswell, declare under penalty of perjury as follows:

2    1. I am a licensed investigator previously appointed under the Criminal Justice Act on

3    behalf of John That Luong in this case. Except as where otherwise expressly noted, I state the

4    following on personal knowledge, and if called as a witness could testify competently thereto.

5    2. On June 9, 1999, in connection with my investigation on behalf of Mr. Luong, I spoke

6    with Robert F. Benson, Jr., a Boston lawyer who represented Tuan Thanh Nguyen, a.k.a. Quang

7    Phan, a.k.a. Ah Muoi, in the District of Massachusetts criminal case numbered 94 Cr. 10220

8    (EFH).

9    3. Mr. Benson informed me that he knew and represented Tuan Thanh Nguyen as Quang

10   Phan.

11   4. Mr. Benson further informed me that on January 27, 1995, in case number 94 Cr.

12   10220 (EFH), the district court granted Quang Phan a judgment of acquittal at the close of the

13   Government's case in chief based on insufficient evidence to establish the essential elements of

14   the charged crime.

15   5. Mr. Benson further informed me that subsequent to his release, Quang Phan was

16   subpoenaed to testify before a federal grand jury. Mr. Benson said that he accompanied Quang

17   Phan to the proceeding, and instructed Phan to assert his Fifth Amendment right against self-

18   incrimination. According to Mr. Benson, after Phan entered the grand jury room, Mr. Benson

19   remained outside for several hours, but eventually left and never saw Quang Phan again.

20   6. I am informed and believe that trial counsel for Mr. Luong previously filed an

21   unsigned declaration under my name attesting to these same facts in connection with Mr.

22   Luong's motion to suppress evidence obtained by unlawful surveillance. *See* Dkt. 822,

23   Declaration of Don Criswell in Support of Defense's Response to Government's Reply

24   Memoranda. I have reviewed the prior unsigned declaration, as well as my files pertaining to

25   ////

26   ////

27   ////

28   ////

1  Mr. Luong's case—including my investigation notes and activity sheets—and recall the

2  conversation described above.

3         I state the foregoing is true and correct under penalty of perjury under the laws of the

4  United States.

5

6  Dated: November 22, 2013                    DONALD CRISWELL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2   I, Ethan A. Balogh, certify that on November 27, 2013, I served all parties in this matter

3   by causing the foregoing pleading to be filed electronically, as set forth by as set forth by Local

4   Rule 5-1. I declare the foregoing is true and correct under penalty of perjury of the laws of the

5   United States.

6

7   Dated: November 27, 2013                    ETHAN A. BALOGH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1