COLEMAN, BALOGH & SCOTT LLP
ETHAN A. BALOGH, No. 172224
JAY A. NELSON, No. 258431
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com
jay@colemanbalogh.com

Attorneys for Defendant
JOHN THAT LUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN THAT LUONG,<br><br>Defendant. | Case No. 96 Cr. 94 (JSW)<br><br>SUPPLEMENTAL DECLARATION OF ETHAN A. BALOGH<br><br><br>Before the Honorable Jeffrey S. White<br>United States District Judge |

I, Ethan A. Balogh, declare under penalty of perjury as follows:

1. I am a partner in the law firm of Coleman, Balogh & Scott LLP and serve as counsel to Defendant John That Luong. I am admitted to practice before this Court, and except as where otherwise expressly noted, state the following on personal knowledge, and if called as a witness could testify competently thereto.

2. I make this supplemental declaration on information and belief in support of Mr. Luong's motions pursuant to 28 U.S.C. § 2255 and for discovery. I am informed and believe that the subject of Mr. Luong's Claim IX—Tuan Thanh Nguyen, aka "Ah Muoi"—has naturalized as a United States Citizen during the year 2014, and has assumed the Anglicized name Leon Nguyen. Mr. Luong contends that this development further supports his argument that the United States has granted lenience to Nguyen in exchange for services as a Government informant. This Court should require the Government to verify or refute Nguyen's United States citizenship.

I state the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: June 6, 2014                              ETHAN A. BALOGH

**PROOF OF SERVICE**

I, Ethan A. Balogh, certify that on June 6, 2014, I served all parties in this matter by causing the foregoing pleading to be filed electronically, as set forth by as set forth by Local Rule 5-1. I declare the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated: June 6, 2014                                                     ETHAN A. BALOGH