IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN THAT LUONG,<br><br>    Defendant.                     / | No. CR 96-00094-1 JSW<br><br>**JUDGMENT REGARDING MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255** |

For the reasons set forth in the Court's Order, issued this date, denying John That Luong's motion to vacate sentence, JUDGMENT IS HEREBY ENTERED.

**IT IS SO ORDERED.**

Dated: March 18, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE