IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-00094-1 JSW |
| Plaintiff, | **ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS AND DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AND INSTRUCTIONS TO COUNSEL** |
| v. | |
| JOHN THAT LUONG, | |
| Defendant. | |
| | **(Docket Nos. 2159, 2160)** |

On April 22, 2015, Defendant John That Luong, acting *pro se*, filed a motion to for leave to appeal *in forma pauperis*. (Docket No. 2159.) On April 15, 2015, Defendant's counsel on his motion to vacate filed a notice of appeal and paid the filing fee. Accordingly, the Court DENIES, AS MOOT, the application to proceed *in forma pauperis*.

In addition, Defendant has filed a motion for a certificate of appealability and a supplemental brief in support of that motion. (Docket Nos. 2160-2161.) In its Order denying Defendant's motion to vacate, it also denied a certificate of appealability, and this Court will not revisit that issue. Accordingly, it DENIES the motion a certificate of appealability for the reasons set forth in its prior Order.

Although Defendant may not appeal the denial of a certificate of appealability, he may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure. *See* Rule 11(a) of the Rules Governing Section 2254 Proceedings.

1       Finally, it is HEREBY ORDERED that counsel for Defendant, Ethan A. Balogh, Esq.,
2 shall serve a copy of this Order on the Defendant and file proof of service with the Court.
3       **IT IS SO ORDERED.**
4 Dated: April 24, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2