**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 29 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Appellee, )<br>)<br>vs )<br>)<br>JOHN THAT LUONG )<br>Appellant. )<br>) | U.S.C.A. No.: 15-15777<br>U.S.D.C. No.: CR-96-00094-JSW<br><br>ORDER RE: CJA APPOINTMENT<br>OF AND AUTHORITY TO PAY<br>COURT APPOINTED COUNSEL<br>ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

Hanni M. Fakhoury
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333 x 117
hanni@eff.org

*[signature]*
Appointing Judge: Hon. Judge White

MAY 29 2015                     May 19, 2015
Date of Order                   Nunc Pro Tunc Date